FILED *sxb*

NOV 01 2019

NOV 0 1 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE #

Raxu Desew, Hershead Desew
And Kylu Manali Inc. DBA
SUBWAY,

**Plaintiff(s),**

vs.

(1) Doctor's Associates LLC
(2) Subway Development Corp. of Chicago
(3) Independent Purchasing cooperative
(4) Horizon Realty Group
(5) City of Chicago & its official
(6) Ramax United, Deerilka Syea its
broker

**Defendant(s).**

(7) Subway Real Estate LLC (SRE)

) (1) Discrimination under Art. 14 of
) U.S. Constitution.
) (2) Implied Covenant of good faith &
) fair dealing.
) (3) Fraud.
) (4) Intentional infliction of emotional
) distress
) Estoppla.
) (5) Unjust enrichment.
) (6) Breach of fiduciary
) duties.
)
)
)
)

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___Raxu Desew and Hershead Desew___ .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

Case Number: 19-cv-7214
Judge: Robert Blakey
1  Magistrate Judge Sidney I. Schenkier

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Raxa Desai
Harshad DESAI also
known as Harry.
@ Kulu-manali Inc.
     **Plaintiff(s),**

    **vs.**       **Case No.**

① Doctor's renovate LLC

② Subway development Corporation
Peter Buck, Susan Greskoet of Chicago

③ Independent Purchasing ⑦ Subway Real Estate LLC
Co-operative
   **Defendant(s).**

④ City of Chicago

⑤ Horizon Realty.

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

⑥ Remax United sell broker Deepika Syal.

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear
manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs
may not apply to you. You may cross out paragraphs that do not apply to you. All references
to "plaintiff" and "defendant" are stated in the singular but will apply to more than one
plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

     laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is  **HARSHAD K. DESAI**

          **& RAXA H. DESAI.**

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff
and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, CITY OF CHICAGO , is
    _____
    (name, badge number if known)

    ☒ an officer or official employed by Department of Health + Sanitation ;
    _____
    (department or agency of government)

    and Chicago Police Department or
    _____

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

    acted is CITY OF CHICAGO . As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about Jan 2017 , at approximately 9:00 ☒a.m. ☐ p.m.
    (month,day, year)

    plaintiff was present in the municipality (or unincorporated area) of CHICAGO

    _____, in the County of COOK ,

    State of Illinois, at 1938 W LAWRENCE ,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows (*Place X in each box that applies*):

    ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

    ☐   searched plaintiff or his property without a warrant and without reasonable cause;

    ☐   used excessive force upon plaintiff;

    ☐   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

    ☐   failed to provide plaintiff with needed medical care;

    ☒   conspired together to violate one or more of plaintiff's civil rights;

    ☒   Other:
        Discriminatory inspection practises in
        violation of article 14 of the constitution,
        and the First Ammendment which
        details excessive fines, and unusual
        punishment.

7. Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): During health inspection

of my subway restaurant. The health

maliciously

inspector ~~was~~ had already re planned to

shut down my subway to benefit subway

Dev chicago + HQ.

8. Plaintiff was charged with one or more crimes, specifically:

N/A

9. **(Place an X in the box that applies. If none applies, you may describe the criminal**
   **proceedings under "Other")** The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a

   fair trial as follows Due to a sham trial and

   consaracy between prosecutors, Judge, and my

   own attorney.

   ☐ Other: _____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

See attached
Complaint.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Shut down of restaurant for 5 BusINESS DAYS
which resulted in economic loss and physical
mental distress(anxiety and blood pressure).

13. Plaintiff asks that the case be tried by a jury. ☑Yes ☐No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: X _Kaei_

Plaintiff's name *(print clearly or type)*: _Raxa Desai_

Plaintiff's mailing address: _6312 N TROY_

City _CHICAGO_ State _IL_ ZIP _60659_

Plaintiff's telephone number: (773) _510 - 8292_ .

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

_Harshaddesaiil@gmail.com_

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5



14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☑ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Hd. J Osa_

Plaintiff's name *(print clearly or type):* DESAI, HARSHAD K.

Plaintiff's mailing address: 6312 N. Troy ST

City Chicago State IL ZIP 60659

Plaintiff's telephone number: (773) 510 - 8292

Plaintiff's email address *(if you prefer to be contacted by email):* ___

15. Plaintiff has previously filed a case in this district.  ☐ Yes ☑ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION.

**RAXA DESAI,**

**HARSHAD DESAI**

**KULU-MANALI INC, DBA**

**SUBWAY RESTAURANT**

     **PLAINTIFFS**

ADDRESS:6312 N. TROY STREET

CHICAGO,IL-60659.

     **VS**

**1: Doctor's associates LLC**

325 BIC DRIVE

MILFORD, CT 06461

*and #7 Subway real Estate LLC (SRE) same address*

**2: SUBWAY DEVELOPMENT CORPORATION OF CHICAGO.**

And its official Phil Mesi .

5521 N Cumberland Ave, #1102

Chicago, IL 60656

**3 :INDEPENDENT PURCHASING CO-OPERATIVE.**

**Independent Purchasing Cooperative**
9200 S. Dadeland Blvd., Suite 800 Miami, FL 33156
Phone: (305) 670-0041 | Toll-Free: (888) 445-9239 | Fax: (305) 670-4465

**4 :Remax United and its broker**

Deepika Syal.

**401 South Milwaukee ave**

Wheeling,il-60090.

**5 : HORIZON REALTY GROUP ,**

Also Known as

**HRG REALTY  MANAGEMENT LLC.**

**1946 WEST. LAWRENCE AVE**

**CHICAGO,IL-60640.**

**6: THE CITY OF CHICAGO, A MUNICIPAL CORPORATION.CITY OFFICIAL**

EDDIE JOHNSON , SUPERINTENDENT OF POLICE DEPARTMENT, CITY OF CHICAGO.

# Law

- Phone: 312.744.0200
  Toll Free:
  TTY: 312.744.2963
  Fax: 312.744.5185
- 121 North LaSalle Street
  Suite 600
  Chicago, IL 60602
  Get Directions

1///

**THIS IS SHOKING AND UNCONSCIONABLE BEHAVIOR OF TWO BILLION DOLLAR ADVERSERIES**

**AND THE EXTENT AND SCOPE OF THEIR MEANNESS .**

This case is about white collar crime. Also the actions taken by public officials of various agencies of city of Chicago under the color of law to benefit private corporation, subway.

This is blatant abuse of power by government officials and subway in partnership to shakedown vulnerable and unsuspecting franchisees. This is a public/ private partnership

Or conspiracy to shakedown a franchisee , so the subway can have whole subway store

For free. As a non-franchisee spouse , I have become conspiracy nut, fearful

And threatened. Also subway corporate greed. Our ex-president Susan Greco wanted to

Build 100,000 (hundred thousand stores) to fulfill her late brother"s dream, at a time when

Huge number of stores were struggling to survive. Which is the fact still true after more than

Three years. Continuously for three years in a raw subway has been closing about(1000) one thousand stores every year on average. So subway had this grand scale churning the stores project and abuse the old Retiring franchisees and depriving the franchisees of their part of the bargain and wanted To enrich herself and her family by unjust enrichment. This case should

Also be divided in two parts ;the period prior to new Mayor , Lori Lightfoot and the period after

The New mayor and judicial notice be taken about the culture and functioning of city hall during those two periods. There are startling facts out there in the news about the way

City hall was managed for the benefit of rich and powerful and politically connected prior

To new Mayor.

### Remax United. Conspiracy with Business Broker

1. Deepika
   Depika Sayal of Remax United. Raj Patel's managing partner for this store was Anuj Patel. Anuj Patel had no choice but to run the store for three whole years until Dipika Sayal procured a buyer. All of Dipika Sayal's franchisee clients are steered from DA Phil Mesi and his affiliate inspectors. A major conflict of interest is observed as Ms Sayal of ReMax United represents buyers, sellers, and the Subway Development Corporation of Chicago. Dipika and Phil Messi found a buyer for Plaintiff, but plaintiffs were not willing to sell their business at the drastically low offer price and due to the emotional attachment, they had for their business which they have been running for over a decade. On November 2nd, 2015 plaintiff 1 hand delivered a letter alleging that the offer

Deepika is breach of her fiduciary duties to P/tff #1.

is null and void as the listing agreement was already expired. This decision made Phil Mesi upset and he began to abuse his power as the development agent to harass plaintiffs by various fraudulent practices. Phil Mesi used his connections and power with the City of Chicago to terrorize plaintiffs. Dipika Sayal became extremely unprofessional as well and started harassing plaintiffs by sending threatening text messages, cyber stalking them in the middle of the night, and placing a lien on plaintiffs' business.

### 2///

Deprivation of Rights Under Color of Law by Chicago Health and Sanitation department.

2. Soon after receiving an offer to purchase plaintiff's store, the City of Chicago Health Department came to inspect the store as is usual practice before the transfer of sale to the new franchise buyer. This health inspection passed with flying colors in order to ensure a smooth sales transaction for Subway which was an unknown fact to the plaintiffs. After plaintiffs refused to sell their business, the City of Chicago Health Department came to inspect their store again on or about February 9,2016 which was highly unusual as an inspection occurred only two months prior. This unusual inspection was carried out by not one but three inspectors: Ms. Lopez, L. Carbon, and Mrs. Buco. They were unreasonable and malicious with carrying out the inspection. The inspector supervisor, **Ms. Lopez Badge #323** was vicious, malicious, and arbitrary with her inspection process. It was very evident that Lopez came with every intent to close down plaintiffs' business that Friday morning. For instance, Ms. Lopez demanded plaintiffs to build a divider between the veggie sink and the dish washing sink, which is unheard of in any Chicagoland Subway store. Furthermore, Ms. Lopez was suffering from a cold and cough while conducting the inspection of my food business. It is a standard practice to not work in the food-based business while being sick in order to prevent disease and air borne illnesses. Ms. Lopez was constantly blowing her nose and practically contaminating every surface she touched for inspection purposes. The closure of my business for five consecutive days caused a huge financial, emotional, and mental burden on me. This unjust closure caused my wife and I to develop a severe case of blood pressure complications and depression. In the process of reopening my business, Ms. Lopez once again harassed me by using excessive force and excessive conditions. Due to this, the City of Chicago is instrumental to a new form of servitude by acting in collusion with the Subway Development Corporation of Chicago. The City of Chicago is also in violation of equal protection clause of ACT 14 of the Constitution. My Subway business has been intentionally targeted and threatened by the City of Chicago and Phil Mesi of SUBWAY. There was a purposeful discrimination by public officials of administrative court which is clearly demonstrated by all the facts read together

With subway development corporation of Chicago.

Also one of the owners of Multi-unit owner Mr. Raj Patel who also happens to be in our Periodic beer and food party told me that he has an arrangement with officials of health Department that he gets an on demand health inspection of his subway restaurants whenever he plans to go out of the country or on vacation. He also does not get written up any health violations due to prior intimation of his date, time and location of health Inspection.

### Malicious Prosecution by the City of Chicago Administrative Court.

3. The City of Chicago Administrative Court has conducted sham proceedings for all health violations that have been brought against my business by the City of Chicago Health Department. The violations that have been issued against my business have been intentionally malicious as arbitrary methods for inspection had been used to target my store. These unethical action by the Health Department and Administrative Court are a direct violation of due process and discrimination clauses of the Constitution. These facts have been mentioned in my complaints with The Attorney General, ARDC, and Inspector General of the City Chicago. I have also filed a review petition on 03/29/2019 with **Jerome Larkin, ARDC Chief Administrator.**

Those facts are also corroborated by recent case of hard ball play by city of Chicago in the Ed Burk Case, the complaint has been filed in this district court of Northern Illinois. Certain facts are also Pronounced by Attorney Kevin Brown which are mentioned in ARDC complaint.

### Chicago Police Recklessness in Performance of Duty Under The Color Of Law

4. There are have been numerous occasions where the Chicago Police department has failed to protect me and my business from criminal activities and incidences. I have outlined many of these criminal activities and incidences in my complaints to COPA, Inspector General of the City of Chicago, and Attorney General of Illinois. I have also enclosed copies of all these complaints, police reports, and facts related to these various assault, battery, and other criminal conduct that has occurred at my business. I am assuming that the complaints and police reports that I have made should have been investigated by theses aforementioned agencies. There are several Theories available to interpret this occurrences. These theories can be clarified and magical Truth can be discovered only through city of Chicago and subway and their counterpart investigative agencies.

5. I have a perception that I have been included in the city of Chicago, police department

Gang database to label me as such.

6. There was a discrimination in the administration of law and in investigation and prosecution
And persecution of criminals which is apparent from my various complaints with various
Government agencies like FBI and AG itc. It appears that CPD had discriminatory practices
And procedures on the basis of race and color on the enforcement of laws.

I do not know failure to prosecute was due to deliberate policy or lack of training and
Knowledge on the part of officers.

Because of the antagonistic relationship with the city of Chicago , various departments these
Criminal Occurrences were no priority for thorough  investigation by CPD.

Of special mention is the specific occurrence on august 5,2018 wherein Kenneth Schiffman  my next
door neighbor  furniture store owner was

Grievously hurt. I was able to take video of that incidence only due to newly installed nestcam
Camera which was a fact unknown to everybody subway, city of Chicago police department
And my employees . so this is a significant fact .

Also of special mention here is the incidence of April 27,2019 which shows mysterious attack
Of a homeless man on a grand scale from 11.00am to almost 7.00pm for a whole day and
Empathic officer politely handling the situation, giving free hand and full liberty to homeless
Person to behave in a ridiculous manner which incidence is mentioned in my COPA ,MAY 21,2019
complaint. There is clear connection between this incidence and our subway closing date of
April 29,2019 and surrounding circumstances and language used by the officers .There is a clear
Co-ordination between police department and subway.

Officers involved were star #4586 SWEENEY AND #19993 EBBITT.IT IS A DIFFICULT JOB OF TRYING
TO PREDICT FUTURE BEHAVIOR OF SUBWAY (CHICAGO) OR DOCTORS ASSOCIATES AND THEIR
OFFICERS AND CITY OF CHICAGO ,POLICE DEPARTMENT OR OTHER VARIOUS AGENCIES.
I HAD VISITED ON LAWYER WHO GAVE ME THE ADVICE OF DELETE THE WORD "POLICE" FROM
MY DICTIONARY AND HE WAS A  LAWYER PRACTICING IN A CRIMINAL SIDE.
I CALLED ANOTHER LAWYER AND HE WOULD TAKE THE CASE ONLY IF YOU ARE ARRESTED.
Plaintiffs are afraid and intimidated and overwhelmed. Subway and city of Chicago, both

Have money , resources, people , power and will to use against Plaintiffs and their family

Members in one of the many legal crimes on the books. There are more than 4500 federal crimes

On the books. And so many other state crimes.

## Breach of Privacy by the City of Chicago

7. I have a perception that the City of Chicago has violated my **Constitutional right to privacy** by illegally tracking me. When I went to the City of Chicago Administrative Court last year, I signed in as usual with security and went upstairs to the FOIA office to obtain a court transcript related to my Health Department violations. Right when I was exiting the building where the security guard desk is both the Judge and Prosecutor of this very case that I obtained FOIA records for were standing right in the

corridor laughing while I walked out with my sister. This was extremely insulting and outrageous conduct for a judge and prosecutor. It is extremely unlikely for the judge and prosecutor who were involved in my court hearing to be loitering around in the public entrance of the court at the same time and when I was exiting with FOIA transcripts. This can be only be seen as intimidation and harassment which is completing appalling. Both this prosecutor and judge are accomplices for the sham proceedings for which I have filed several complaints with the ARDC. This prosecutor and judge have violated my Constitutional right of Article 14 by discrimination. I have included my complaints filed with ARDC related to all sham proceedings in the City of Chicago Administrative Court. These complainst are against Peter Winthrop, Samuel Watson, Danny Teinowi, Kevin Brown, and David Cassola (ALO23). These

are the attorneys who are in violation of professional ethics and in breach of privacy and confidentiality.

Samual Watson is city of Chicago , attorney and  O David Cassola (ALO23) both are  PUBLIC OFFICIALS and ARE PERFORMING PUBLIC SERVICE  AND as such  PUBLIC SERVICE IS PUBLIC TRUST.

There was shocking and unconscionable level of collusion and co-ordination was going on

Between the subway and officials of city of Chicago.

And to suppress the exercise of 1st amendment rights as citizens of USA and to prevent

The exposure of those wrongful actions and conspiracy between concerned parties, plaintiffs

Are being sought to be  implicated in various crimes and ethics violations etc.

## Breach of privacy by Subway, Chicago.

There was this subway manager on Lincoln and Lawrence ave who is a  star witness to

Discriminatory practices of city health department and also regarding subway health

Inspector behavior. I could infer that he was sent by subway chicago, due to the fact

That he made a statement that he will not come to court to testify nor his owner , the

Franchisee/friend  Dipak Bhatt . He also wanted me to renew his ITIN number which

I had previously refused to renew since I had stopped doing that work. He came to my

Place without calling or any prior notice. I was also avoiding him because of my conflict

Of interest relationship. But Plaintiff#2can infer that he was intentionally told by subway

Chicago to visit and implicate or/and send their intimidating messages.

### CHICAGO Department of Transportation Harassment Under The Color Of Law.

8.  There was a city employee who would come to subway and write various tickets. Specifically

He would come on Saturdays targeting franchisee of the subway Raxa Desai who is working only on weekends due to her other job. He was coming to intimidate and scare her

Out , so that she would be forced to sell her business under the color of law. These facts are detailed

In plaintiffs' complaint with attorney general , Lisa Madigan dated -----------on page no ------.

### PIERCING CORPORATE VEIL.

9 . DOCTOR'S ASSOCIATES LLC, SUBWAY REAL ESTATE LLC, AND FRANCHISE WORLD HEAD QUARTER.,

ARE THE SAME ENTITY AND SHOULD BE CONSIDERED AS ONE ENTITY FOR THE PURPOSE OF THIS

LAW SUIT.

**SUBWAY Bad Faith and Malafide Inspections**

10. The Subway field Inspectors assigned to our business have intentionally conducted inspections when the manager Harshad Desai was not present. The Subway field inspectors would coordinate the inspections by first confirming with our employees over the phone about whether Harshad Desai was present at the store. This was done intentionally as Harshad Desai would be unable to witness or question the inspection findings. The Subway field inspectors would ask our employees to sign off on these **fraudulent inspection reports** on behalf of our franchise business. Through these deceptive practices, Subway has been able to accumulate a long paper trail of our store being allegedly out of compliance based on their arbitrary standards. These fraudulent inspection reports have been written up with the intent of harassing us to the brink of giving up the store.

11. On recent inspection conducted by Sylvia Miller and Claudette Gentle came to the store for Inspection on March 25,2019 .For the past four months , Claudette who is the regional manager Of operations attends inspections as a witness. This is **not normal protocol** as one inspector Is sufficient for doing a store evaluation as observed for fourteen years as a spouse of franchisee(Raxa). Additionally, this inspection was fraudulent as usual. Sylvia wrote up inaccurate statements to issue subway out of compliance. Additionally, subway inspectors Took up three tables while we had lunch rush hour. This seems to be another method of Hurting our business.

Plaintiff #2 (harshad) has niece named Dhara Mehta who helps with operations of the store For over ten years came to help out at the restaurant. Sylvia refused to be a part of the discussion related to the store's evaluation report. Plaintiff( harshad) gave express permission To Sylvia so that Dhara Mehta would be able to listen and understand the inspection report as she is a part of our subway restaurant team highly qualified as food science major.**By denying and secluding Dhara from the inspection report discussion, subway is intentionally Creating hindrances to operating the business successfully.** Dhara Mehta plays an integral Role in the operations of the subway store management and she was intentionally left In the dark about compliance issues.

This is completely malicious motive that is being orchestrated by the subway Development Corporation of Chicago and Subway HQ.

After being driven away by Sylvia, Dhara Mehta stepped out of the kitchen prep room area and Sat with subway inspector Claudette. Dhara asked about the evaluation of the store. Claudette Asked if she was interested in becoming a franchisee owner even though she is fully aware of The issues that are on going between us and subway.

Claudette even mentioned that Dhara would not be able to listen in on the store evaluation Discussion as " **it is a sticky situation**". The only inference that Dhara and Plaintiff #2 can make From this phrase is that the malicious attacks will be ongoing and continuous by subway.

There is **no good faith inspection by subway** and this has been going on for almost two years

Ever since plaintiffs refused to sell subway store **to Phil Mesi's appointee.**
Also one franchisee named **Jiten Patel** was saddled with health ticket because he was thrown
Going through critical stage of rent adjustment. Immediately after they had some difference
The health department came and gave him a ticket. He was also suspicious about this
Behavior of the health department. The time ,timing and location of the inspection was very
startling to Jiten. Then same Jiten Patel would come to my subway as
Spy and would comment on health inspection and make intimidating stories and statements.
Like my health inspection is due. And then he went inside to check my city business licence.
He also came at one of the inspections when subway inspector Claudett came for inspection.
It appeared to me that they had fixed up the meeting time in subway to create some
Controverting facts. Like he came and borrowed soup lids and stuff and was talking with
Subway inspector Claudett. These is highly unusual of Jiten Patel.

ALL THE INVESTMENTS AND ASSETS IN THE SUBWAY ARE HEAVILY SPECIFIC TO SUBWAY
BUSINESS."IT IS SAID THAT ONCE A SUBWAY ALWAYS A SUBWAY" , BECAUSE OF THE HUGE
SUBWAY SPECIFIC INVESTMENTS REQUIRED TO BE MADE BY FRANCHISEES LIKE OUTSIDE SIGNS,
FURNITURE, FIXTURESS, BUILT UP COST WHICH CAN RUN INTO HUNDREDS OF THOUSANDS
OF DOLLARS. WHICH IS A KNOWN FACT.

12.  On one occasion the subway inspector Sylvia was caught red handed revealing the fact that

"she was putting the subways out of compliance and she was helping the franchisee sell the

Subway that way." This statement was and is still haunting my heart and soul. She was

Treating in the same fashion the Plaintiffs . So this subway is also sold to the favorite of

Development Agent at a throw away price. This contract is a contract of good faith. And by

Using inappropriate language and gestures and laughter, she was demoralizing the plaintiffs,

Which would make it impossible to carry on the subway business and subway sales would

Suffer to the point of going to losses in thousands of dollars per month.

### DURESS AND INTENTIONAL HARRASEMENT ,and

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

13. As an employee and manager of the subway restaurant, I Plaintiff #2 was thrown in to secretive,
unconscionable, ruthless and shocking and mentally torturing atmosphere and environment
Created by subway . The shocking practices are disclosed in FDD(federal disclosure document)
Which as a non-franchisee spouse , I had no knowledge.
14. Subway is also using its network of his franchisees to isolate me from my friends and fellow

Franchisees. One franchisee ,Priyank Patel, who is heavily invested in subway system sent

Me the abusive and vulgar text to my social media account. Subway and/or city of Chicago

Is also using the same network of subway stake holders to file and fabricate complaints

With IRS which complaint is to be considered part of this complaint. Because of these

Two adversaries Subway and City of Chicago ,law enforcement , I have been put to extreme

Scrutiny by the IRS and probably other agencies. One franchisee Named **David Silkver** who used to visit the subway w as using intimidating language as described in my attorney general complaint to Lisa Madigan.

There are also so many other instances and occurrences where the subway and/or city would

Send in my home office certain people with different pretexts and for various entrapment purposes.

15. on or about the month of June 2018 , plaintiffs have made various e-mails to Subway , Chicago

And subway head quarter regarding all the misconducts of the subway, Chicago and subway

Head quarter in which plaintiffs have talked about **stealth attacks and stealthy evaluations**

Going on. I have also talked about my perception of subway sanctioned corporate intimidation

And violence. There was also subway **mysterious investigator** who was coming to our subway

With various intimidating messages periodically. And the kind of product and operations

Knowledge and the timing of his appearance coincide with other facts from which I can

Infer that he was from subway, corporate investigator.


16. The environment which is created by subway and city of Chicago does not create only physical

ailments but also psychological problems **like anxiety and depression** and that is what had

happened to plaintiffs. The franchisee Raxa was so much traumatized by this events that she

was prescribed opioid drugs to keep her calm and her non-franchisee husband had developed

high blood-pressure and occasional nose bleeding due to high blood pressure and anxiety.

About seven years back, there was a franchisee whose name is Ashwin Patel. He had bought

The subway recently. That subway was being managed by his brother in law Rajesh Patel

And his wife Damyanti and they had two daughters . Due to the extreme pressure and abusive

atmosphere created by subway, Raju Patel had died at a young age of about 40years.

According to Ashwin Patel , his brother in law had died from the extreme stress created

By his new job managing this subway. Then the wife Damyanti had moved to India with

her daughters. Because of this oppressive and discriminative practices , the poor Raju

was under so much stress that he succumb to death.

17      Franchisee Raxa has limited proficiency in English and she does not understand lot of the

Facts and subway is intentionally not properly training their franchisees. According to Plaintiff#2

Harshad , the only requirement to be franchisee is to have money to be invested in subway and
some math skill ,so the Subway keeps getting their royalties.

18.     The fraud on which plaintiffs are seeking punitive damages under Illinois may satisfy

Its burden of proof through evidence indicating that fraud was designed to enrich

Defendant subway and Doctors associates LLC without regard to its effect on

Others or was intended by defendants to harm plaintiffs. Which is clearly established

Here by sequence of occurrences and conducts of defendants both the city and subway.

There is gross fraud on the part of subway. Plaintiff seeking to recover punitive damages

On fraud claim must show in addition to simple fraud, gross fraud , breach of trust or

Other extraordinary or exceptional circumstances clearly showing malice and willfulness.

19.     At all relevant times there was in full force and effect a certain statute known as the

Illinois Franchise Disclosure Act, 815 ILCS et seq.("IFDA"), establishing a public policy

Which protects the rights of franchisees from improper termination practices of

Franchisors. This is a constructive termination of franchise by the actions and conduct

Of franchisor by means of various wrongful conduct of collusions and conspiracies

And malicious attacks by their inspectors and affiliates like IPC and Franchise advertising

Fund board(FAF board). Plaintiff was delivered faulty and broken tablet for its subway
delivery segment of the business so that the plaintiffs' subway business suffers. Plaintiffs'
neighboring subway Was allowed to do uber delivery business way earlier thereby
discriminative practices were observed at the cost of plaintiffs' business. Naturally the volume
of sales of plaintiff' subway Would go down. Illinois' corporate complicity rule is applicable

Here. As there is willful and wanton course of action which shows actual and deliberate

Intention to harm or which shows utter indifference to or conscious disregard for the

Rights of others.

20.     subway(chicago) and subway HQ and city of Chicago all the defendants are working

together for spoliation of evidence to shirk their liabilities under the constitution of united

states, contractual liability and tortious liability by implicating the plaintiffs under various

legislations like internal revenue code, and immigration. There are unusually high incidences

of various informants being sent to my home office under various pretexts to entrap me

under the underlying legislation as the defendents are fully aware that I am a tax preparer.


I had filed complaint with IRS and FTC regarding the incidence where Khodabhai Patel

And Raj patel of our beer and food party tried to implicate me in a criminal identity

Theft case. Copy of which is enclosed here with. FTC REFERENCE #98022333.THAT

INCIDENCE IS DATED  ON OR AROUND JUNE 22,2018. The consequence of this could

Be plaintiff #2 being tax preparer ,could have been implicated in criminal identity

Theft case.

There are also many other incidences where plaintiff #2 is sought to be implicated in

Various criminal schemes and situations  being created to implicate plaintiff #2.

In one scheme Junaid Vorajee , he was telling Plaintiff#2 that he had $90000/00

In cash in Burma. And whenever he goes to his country he has to clean it. Then

He also said he had police detective as a friend whose brother was alcoholic and

He fell right in front of his store and Junaid called 911 and the police officer, who

Is his friend attended the call.

There is another tax customer Alka Patel. She was also using code language of

Identity theft which I had to refuse to file her tax return. She used to be managing

One of the subways of some senior franchisee and she suddenly closed down

The subway . This kind of many incidences happen with so many other people

And so many other topics. i do not want to place all the names here. But because

Of these two adversaries I plaintiff#2  has been put to an extreme scrutiny of IRS.

But for this subway and city of chicago , these things would not have happened.

## DISCRIMINATION BY SUBWAY

21 : Subway development corporation of Chicago had further intentionally discriminated  us by not

inviting the franchisee Raxa or her, non-franchisee husband, Harshad in one of the owners' meeting which is clear indication of bad faith and unfair dealing towards the Plaintiffs. The

plaintiff's intentional exclusion from owner's meeting by subway had derogatory effect on the operation  and psychology of the plaintiffs. Also subway Head quarter has also given free rein to development agents to enforce the franchise contractual obligations in an arbitrary and  discriminatory manner and poor and unsuspecting franchisees are put to huge losses.

Franchisee Raxa and Harry put their trust and confidence on subway

For honest inspections and help in the successful running of the store.

Instead here plaintiffs get a blatant and gross breach of trust . It appears Subway Through his agents was acting as informant to city for health violations for their profiteering motive. There is also an established

Practice with the DA Phil Mesi of Chicago regarding abusive practices

Towards retiring and | or exiting franchisees of subway.

22. Defendant Subway and its affiliates have violated the implied covenant  of good faith and

Fair dealing and denied the plaintiff 1 franchisee and her husband Harshad by denying them the ability to Achieve its reasonable expectations and receiving the benefit of the franchise relationships

By

a  :   Betraying plaintiffs' reasonable expectation that defendant subway would not

Terminate its franchise unilaterally after the plaintiffs have spent significant time, resources

And capital in its Subway franchise. Plaintiff has spent fourteen years in that location.

B:   Defendant and through its affiliates applying biases and animosity and apply pretextual reasons to willfully, deceitfully and falsely destroy and take Plaintiff's business and restaurant .

C:   Subway is using its complex web of companies and affiliates to oppress, dominate

And victimizing franchisees for its personal profiteering goal of making 100,000(one hundred

Thousand) stores by hook or crook in an unlawful manner.

D:   Subway is engaged in its own breaches of the subject Franchise agreement by allowing

Their DAs to selectively enforce the subject franchise agreement and thereby acting in

Conspiracy with the development agents for their fraudulent purposes.

### CONSPIRACY WITH THE LANDLORD.

23 . ALL THE INVESTMENTS AND ASSETS  IN THE SUBWAY ARE HEAVILY  SPECIFIC TO SUBWAY BUSINESS."IT IS SAID THAT ONCE A SUBWAY ALWAYS A SUBWAY" , BECAUSE OF THE HUGE SUBWAY SPECIFIC INVESTMENTS REQUIRED TO BE MADE BY FRANCHISEES LIKE OUTSIDE SIGNS,

FURNITURE, FIXTURESS, BUILT UP COST WHICH CAN RU INTO HUNDREDS OF THOUSANDS OF DOLLARS. WHICH IS A KNOWN FACT.

Because of the above known facts, my landlord HRG realty Management LLc is also working

In collusion and conspiracy with my franchisor Subway. He had secret communications with

The subway. So he would come to subway under the pretext of buying sandwich and would

Give threatening and intimidating messages to non-franchisee Harshad Desai, the husband

Of the franchisee Raxa. One day during the time when all these problems were going on

Jeff the owner and manager of the HRG REALTY MANAGEMENT, LLC who is also a lawyer

By profession, gave me concealed threat that he will be making Trump Tower in the Subway

In a threatening manner and  with inappropriate gesture. And ever since he did not come face to face in  Subway . This fact is also mentioned in my Attorney complaint. HRG Realty Mgt LLC

Has filed the suit #20191708729 in the circuit court of cook county for Forcible Detainer which

Appears to Plaintiffs to be fraudulent and to disguise the real problem of fraud and conspiracy.

I do not know the judgement yet.  I had e-mailed on September 23,2019 to Jeff Michael, expressing

My concern regarding this law suit and his conspiracy with subway.His e-mail address is

jmichael@horionrealtygroup.com. He had responded back on next day.

### INDEPENDENT PURCHASING COOPERATIVE.(IPC)

24: IPC is also an affiliate of subway. IPC had refused to deliver the point of sale(POS) by overnight delivery for the malicious purpose of helping subway in its fraudulent purpose of shakedown

The franchisee Raxa Desai and forcing her to give up the subway. IPC is also co-conspirator

With subway .This fact is also asserted in my Attorney General complaint. Same fact was reiterated and repeated by subway HQ employee co-ordinator Mindy Myer.

### SUBWAY SURVELLANCE//EASY UNIVERSE.

25. This is other entity which is an affiliate of subway which was working tacitly and stealthily To delete surveillance footage of a criminal who had also battered and attacked Bhumika Patel in my subway. This criminal activity has been described as ravages of that homeless Person persisted for so many months at a stretch which is described in my complaints With Inspector General of City of Chicago and Attorney General of Illinois. Easy universe Is sold off or merged with another company which makes it inaccessible as party defendant And probably also to obtain discovery against that company. Subway had been using Subway surveillance as an instrument of oppression and control of unsuspecting franchisees For its illegal and unlawful purposes in breach of privacy and confidentiality.

### NAASF.

26. NORTH AMERICAN ASSOCIATION OF SUBWAY FRANCHISEE.ALSO KNOWN AS NAASF. THIS IS ANOTHER ASSOCIATION WHICH IS WORKING FOR THE BENEFIT OF SUBWAY. THERE IS A MAJOR CONFLICT OF INTEREST IN THIS ASSOCIATION AS THE DEVELOPMENT AGENTS ARE ALSO MEMBERS OF THIS ASSOCIATION WHERE THE INTEREST OF BOTH THE PARTIES ARE ADVERSE TO EACH OTHER. DEVELOPMENT AGENTS HAVE THEIR OWN ASSOCIATION SEPARATE FROM FRANCHISEE ASSOCIATION.

Despite the animosity towards plaintiffs by the defendants, the plaintiffs had always worked Extremely hard to keep subway in compliance. But only due to subway malicious attacks Which had continued until the day defendant subway terminated the franchise.

### EMPLOYEE BEHAVIOR.

27. ONE EMPLOYEE LAMAD CROSS HE WAS BEING ALLEGED WITH CREDIT CARD FRAUD AS THAT INCIDENCE IS DESCRIBED IN MY COPA COMPLAINT. SAME EMPLOYEE HAD HIS SMALL FINGER CUT WHICH APPEARED TO PLAINTIFF #2 AS SELF INFLICTED. BUT IT CREATED A HORROR CALL AS A OWNER OF A FOOD ESTABLISHMENT. IT APPEARED TO PLAINTIFF THAT SOME ONE WAS BEHIND THIS KIND OF MALICIOUS BEHAVIOR. ON ONE DAY ARTURO WAS TELLING THAT DEVID SILVER ONE OF THE FRANCHISEE HAD SENT HIM A SNAPCHAT VIDEO OF ONE OF THE ELECTRICAL PENAL IN ONE OF THE SUBWAY UNDER FIRE. OTHER EMPLOYEE WOULD CALL POLICE ON A CUSTOMER ON A TOASTING FLAT BREAD IN THE EARLY MORNING. ALL THESE FACTS ARE DESCRIBED IN COPA COMPLAINT WHICH MUST HAVE BEEN INVESTIGATED BY THE AUTHORITIES. BECAUSE OF THE CIRCUMSTANCES AND BEHAVIOR OF THE EMPLOEES , IT APPEARED THAT DEFENDENTS HAD CONTROL OVER THE EMPLOYEES AND EMPLOYEES WERE TURNED INTO TROUBLE MAKERS WHICH IS REVEALED IN VARIOUS COMPLAINTS. LAMAD CROSS ALSO USED TO KEEP TWO PHONES TO CREATE TWO SEPARATE SET OF DATA FACTS AND AT THE END HE TOLD PLAINTIFF#2 HARRY , ONE OF THE CELL PHONE WAS DESTROYED.

**PRAYER FOR RELIEF.**

1) WHEREFORE ,AWARDING PLAINTIFFS COMPENSATORY DAMAGES IN THE AMOUNT TO BE PROVEN AT TRIAL.

2) AWARDING PLAINTIFFS PUNITIVE AND EXEMPLARY DAMAGES AS A RESULT OF DEFENDANTS' MISCONDUCT

3) AN AWARD OF COSTS AND EXPENSES, INCLUDING REASONABLE ATTORNEY FEES, INCURRED BY PLAINTIFFS.

4) AN AWARD OF DAMAGES IN AN AMOUT TO BE PROVEN AT TRIAL BASED ON DEFENDANT SUBWAY'S BREACH OF CONREACT AND INPLIED COVANANT OF GOOD FAITH AND FAIR DEALING.

5) AN AWRD OF SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

X _Raja_

RAJA DESAI ( Franchisee )



**U.S. Department of Justice**

Civil Rights Division

---

*Federal Coordination and Compliance Section-NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

Doc #610103

Mr. Harshad K. Desai
6312 N. Troy Street
Chicago, IL 60659

AUG 2 2 2017

Dear Mr. Desai:

Your letter has been received by the Federal Coordination and Compliance Section of the Civil Rights Division of the U.S. Department of Justice.

This section coordinates the enforcement of various statutes that prohibit discrimination based on race, color, national origin, sex, and religion in programs that receive federal financial assistance. We also investigate complaints of discrimination on these bases against certain recipients of federal financial assistance from the U.S. Department of Justice (DOJ). DOJ's recipients mainly include state and local (but not federal) police and sheriffs' departments, state departments of corrections, courts, and other similar entities.

The circumstances you describe in your letter do not appear to allege a violation of the statutes we enforce. We regret that we cannot be of assistance to you in this matter.

Sincerely,

Christine Stoneman
Principal Deputy Chief
Federal Coordination and Compliance Section
Civil Rights Division

U.S. Department of Justice

Washington, D.C. 20530

Official Business
Penalty for Private Use $300





Mr. Harshad K. Desai
6312 N. Troy Street
Chicago, IL 60659

60659$1414 C013

**Request for an investigation on the corrupt practices of the Subway Development Corporation of Chicago and its connection with the City of Chicago's Health and Law Departments**

I was initially interested in selling my Subway franchise business and gave a listing to a broker of ReMax United Corporation named, Ms Dipika Sayyal. Ms Dipika Sayyal is the alter ego of Phil Mesi of Subway Development Corporation of Chicago. She is fraudulently working with Phil Mesi of Subway Development Corporation. Most of Ms. Dipika Sayyal's clients are steered from Phil Mesi and his affiliate inspectors. A major conflict of interest is observed as Ms Sayyal of ReMax United represents buyers, sellers, and the Subway Development Corporation of Chicago. Phil Messi found a buyer but my wife and I were not willing to sell our business at the offered price. This decision made Phil Mesi upset and he began to use his connections and power in the city to terrorize me and my family. Dipika Sayyal became extremely unprofessional and started harassing me by sending threatening text messages and cyber stalking me in the middle of the night.

Soon after refusing to sell my business, the City of Chicago Health Department came to inspect my store which was highly unusual as they had done an inspection only two months before. This unusual inspection was carried out by the inspector in conjunction with her supervisor who was unreasonable with carrying out the inspection. The inspector supervisor, Ms. Perez was vicious, malicious, and arbitrary with her inspection process. It was very evident that she was predetermined to close down my business that Friday morning from the time she walked in. For instance, Ms. Perez demanded me to build a divider between the veggie sink and the dish washing sink, which is unheard of in any Chicagoland subway store. Furthermore, Ms. Perez was suffering from a cold and cough while conducting the inspection of my food business. It is a standard practice to not work in food based business while being sick in order to prevent disease and air borne illnesses. Ms. Perez was constantly blowing her nose and essentially contaminating every surface she touched for inspection. The closure of my business for five consecutive days caused a huge financial, emotional. and mental burden on me. This unjust closure caused me and my wife to develop a severe case of blood pressure complications and depression. In the process of reopening my business, Ms. Perez once again harassed me by using excessive force and excessive conditions. Due to this, the City of Chicago is instrumental to a new form of servitude by acting in collusion with the Subway Development Corporation of Chicago. The City of Chicago is also in violation of equal protection clause of ACT 14 of the constitution. My Subway business has been intentionally targeted and threatened by the City of Chicago and Phil Messi.

On 04/21/2016, I appointed Mr. Danny Teinowitz as my attorney to represent me during the court hearing of the city of Chicago health inspection violation. I clearly told my lawyer to plead not guilty and even urged him to show my video evidence related to the violation. Danny refused to show the video evidence and told me he absolutely had to plead guilty even though he did not have my consent. Danny plead guilty without my consent which is fraudulent and illegal. The copy of the Attorney Registration and Disciplinary Commission (ARDC) complaint against Mr. Danny is included here with. This is a clear example that showcases how the court proceedings are corrupted by the law department of the City of Chicago. Furthermore, Alderman Scott Waguespack earlier this year sent a letter to the US Attorney General Loretta Lynch to request a federal investigation of the city Law Department.

The Department of Transportation (DOT) is another agency which has harassed me soon after my decision to not sell my business. Mr. Masood would illegally search my business every Saturday for two consecutive months and would write numerus tickets and would take photographs as he was instigated to do so by the Subway Development Corporation of Chicago. . He had terrorized my wife every Saturday. He had some information from Subway Chicago Corporation that my wife is working on Saturdays .One day accidently, when I was there he came and he was taking pictures , at that time I confronted him with the fact he was working on the instigation of the Subways Corporation of Chicago. After I confronted him, he stopped coming to search and spy on our restaurant. Additionally he would come in a private car which made it hard to know whether he was on or off duty.

To conclude, it is evident that the Subway Development Corporation of Chicago, the City of Chicago, and Depika Sayyal of Remax United are running an extortion ring which targets vulnerable and defenseless Subway franchisee owners through using intimidating tactics. A thorough investigation into the practices of the Subway Development Corporation and its affiliation with the City of Chicago must be looked into in order to ensure a more just system for franchisee owners. There is a very high possibility that Subway Development Agents (DA's) across the country are utilizing unfair and deceptive trade practices.

Mr Phil Messi (Development Agent of Subway) and the Chicago Health Department are working in collusion with the high officials of the City of Chicago. These two agencies have worked out special intimidation tactics and discriminatory practices to target vulnerable,innocent and unsuspecting Subway franchisee owners to gain economic benefits for themselves at the expense of poor franchisees. These discriminatory practices come in the form of multiple violations with heavy penalties and threats of shutting down franchisee stores. These agencies play favorites and provide preferential treatment in the form of under the table "perfect inspections" without any violations to some Subway franchisees. The inspection process used by City Health officials is highly arbitrary and corrupt which makes it impossible to ever satisfy the health/sanitation inspection requirements.

ALL THE INSPECTIONS BY MRS PEREZ SHAULD BE REVIEWED , AS SHE IS THE TOP OFFICIAL WITH DIRTY COP PERSONALITY AND ACTING MALICIOULY FOR THE ULTERIOR MOTIVES TO BENEFIT VESTED INTEREST.

The Subway Development Corporation is involved in black mailing and extortion. They sent an investigator to my restaurant and tried to intimidate me by stating that he works for a "three letter federal agency". Like IRS, INS, IDR AND LIKE . This investigator even asked me and my employees about our citizenship status. When I am not present , he would inquire from My employees what are my other businesses and things that I do  for whatever his malicious purpose and intentions.

## CHICAGO POLICE DEPARTMENT.

THERE WAS A MAN/WOMAN OR TRANS ,HARD TO SAY , WHO WILL COME EARLY MORNING AND SLEEP IN THE STORE AND CREATE NUISANCE AND DISRUPTING ATMOSPHERE. I HAD ONLY ONE FEMALE EMPLOYEE IN THE MORNING. SO SHE DID NOT SAY ANYTHING . WHEN ANOTHER MALE EMPLOYEE COMES, SHE TOLD HER TO GO, THEN HE/SHE WENT AWAY ON THAT DAY.

AFTER TWO DAYS AGAIN SHE WOULD COME IN THE MORNING. AND WHEN MY EMPLOYEE TOLD HER TO GO, HE/SHE  BECAME ANGREE AND ASSUALTED MY EMPLOYEE WITH THE METAL BELL AND SHE HAD TO DUCK HERSELF ,TO SAVE HERSELF. HE OR SHE ALSO THROW CHAIRS AND TABLES UPSIDE DOWN. MY EMPLOYEE CALLED POLICE BUT POLICE DID NOT MAKE ANY REPORT.THEN AGAIN EVEN AFTER ASSAULTING WITH DEADLY WEAPON HE/SHE WAS COMING AND STAY UNTIL I CALL THE POLICE. THAT HAPPENED THREE MORE TIMES. AND POLICE NEVER TOOK HIS/HER ID AND BOOKED HER FOR ANY THING.AND ALL THE EVIDENCE OF FOUL PLAY VANISHED EXCEPT THE SURVELLANCE FOOTAGE.

THE LAST TIME THAT  MAN/WOMAN  CAME, AT THE SAME DAY  IN THE AFTERNOON THE SUBWAY INVESTIGATOR CAME. WHEN WE WERE TERRIFIED AND AFRAID , THE SUBWAY INVESTIGATOR WAS LAUGHING AND HE WAS OFFERING TO BUY A SANDWICH FOR HIM. I HAVE WHOLE INCIDENCE ON CAPTURED IN MY SURVEILLANE. SO THIS HIGHLY SUSPICIOUS BEHAVIOR OF SUBWAY INVESTIGATOR TOGETHER WITH CPD. IT LOOKS LIKE COLLUSION BETWEEN THEM.

DA. PHIL MESI FROM SUBWAY DEVELOPMENT CORPORATION OF CHICAGO, HE IS USING

HIS OWN FIELD CONSULTANTS TO SPY ON INNOCENT AND UNSUSPECTING FRANCHISEES

AND GATHER ALL THE INFORMATION AND SUBMIT TO THE VARIOUS DEPARTMENTS OF THE CITY , SO CITY CAN WRITE VARIOUS VIOLATIONS TO THE FRANCHISEE WHO IS

NON CO-OPRATIVE OR NON OBEDIENT . THEN MAKE HIM SELL THE STORE OR SEND HIM FOR

ARBITRATION IN CONNECTICUT WHERE HE WILL CAUSE THE FRANCHISEE LOSE ALL HIS INVESTMENT AND LABOR. HE IS ABUSING THE LEGAL PROCESS. CITY OF CHICAGO HAS IMPOSED ON ME CRUEL AND UNUSUAL FINES AND STORE CLOSURE ON ME . COPIES OF THE ORDERS ARE ATTACHED HEREWITH.

THE SUBWAY AND CITY OF CHICAGO, THROUGH HIS VARIOUS DEPARTMENTS TRYING

TO CAUSE ME TO LOSS ALL OF MY LIFE'S INVESTMENT AND ELEVEN (11) YEARS OF LABOR

TO ZARO.

DA. PHIL MESI HAS , IT IS APPARENT THAT HE HAS CONSPIRED WITH EVERY LEVEL OF

CITY OFFICIALS INCLUDING THE PROSECUTOR AND PROBABLY THE JUDGE.HE WAS PLANNING

TO USE THIS TO SEND MY STORE TO GO TO CONNECTICUT FOR ARBITRATION AND WILL

BE LOSING EVERYTHING.

I HAVE THE UNUSUAL BEHAVIOR OF THE SYLAVIA MILLER , IN MY SURVELLANCE RECORDED.

PHIL MESI IS GETTING UPTODATE INFORMATION OF ALL OF MY ADMINISTRATIVE COURT MOVEMENT. IN THIS COURT , PROSECUTION , DEFENCE AND JUDGE , THEY ARE ALL ACTING IN COLLUSION AND THEY COVER AND CONCEAL THE BAD ACTS OF HEALTH DEPT. EMPLOYEES AND OTHERS.

EVEN THE COURT DATE IS GIVEN LOOKING AT MY BEHAVIOR. THEY KNOW WHERE I AM GOING

TO BE AND ACCORDINGLY THEY GIVE ME COURT DATE.

I AM SHOCKED AT THE EXTENT OF KNOWLEDGE AND PARTICIPATION IN ADMINISTRATIVE HEARING , DA. PHIL MESI , HAS. HE GETS INSTANT INFORMATION THAT I PLEAD GUILTY

OR NOT. OR I SAY SOMETHING ELSE. MR. HARRY PATEL IS WITNEES TO THAT FACT.


I am writing this complaint in a hurry as the Subway Development Corporation, the City of Chicago Health Department and the City Law Department are working in collusion to extort me of my business. They are trying to retaliate against me as I have filed several complaints with the Attorney Registration and Disciplinary Commission (ARDC). These three agencies are

fabricating discrimination complaints and food safety violations through third parties in order to close down my business. They will continue to use these tactics to make my family's and my own life a living hell. These three aforementioned agencies are acting in a criminal manner. Even the prosecutors and judges are acting in a manner which is not justifiable as they cover and conceal the fraud and deceit of the Health Department employees to benefit the Subway Development Corporation of Chicago.



*Page 1*

FROM: RAXA DESAI.

HARSHAD(HARRY) K. DESAI

6312 N. TROY STREET

CHICAGO,IL-60659

*Kulu-Manoli Inc*
*DBA 1-Subway*
*1934 W. Law renle*
*Chicago, IL- 60640*
*11-21-2017*

RECEIVED
NOV 2 1 2017
OFFICE OF THE ATTORNEY GENERAL

TO: OFFICE OF

MRS LISA MADIGAN

ATTORNEY GENERAL OF THE STATE OF ILLINOIS,

100 WEST RANDOLPH STREET

CHICAGO,IL-60601

COMPLAINT BY SUBWAY FRANCHSEE AGAINST SUBWAY DEVELOPMENT CORPORATION OF CHICAGO/SUBWAY , CITY OF CHICAGO HEALTH DEPARTMENT AND CITY OF CHICAGO , LAW

DEPARTMENT, REMAX UNITED(DEEPIKA SAYYAL) BUSINESS BROKER ETC.

REGARDING UNFAIR AND  DECEPTIVE TRADE PRACTICES OF SUBWAY IN CONSPIRACY WITH

VARIOUS ABOVE PARTIES. THIS IS STEP FURTHER , IT IS UNFAIR, DECEPTIVE AND CORRUPTIVE

PRACTICES OF VARIOUS ABOVE MENTIONED ACTORS.

PLEASE REFER TO MY U.S. DEPARTMENT OF JUSTICE  COMPLAINT WHICH I HAD FILED ON AUGUST

22,2017, COPY OF WHICH IS ENCLOSED HERE WITH AND FOR BREVITY I WILL TRY NOT TO REPEAT

THEM HERE.

I HAD FILED ARDC COMPLAINT AGAINST MR. PETER WINTHROP TO REPRESENT ME IN THE DEPARTMENT

OF HEALTH VIOLATIONS IN WHICH MR. PETER REPRESENED ME WITH MALICE AND FRAUD . MY ARDC

COMPLAINT AND HIS RESPONSE AND MY  2ND RESPONSE DATED SEPTEMBER 20/2017 IS ENCLOSED

HEREWITH . IN WHICH I ALLEGED THERE IS CODE OF SILENCE IN HEALTH DEPARTMENT AND IN 400

WEST SUPERIOR STREET, ADMINISTRATIVE COURT, TO CONCEAL AND COVER THE CORRUPT ACTIONS

OF SOME OF THE HEALTH DEPARTMENT EMPLOYEES FOR THE BENEFIT OF SUBWAY DEVELOPMENT

CORPORATION/SUBWAY.  I ALSO ALLEGED THAT SUBWAY IS CLOSELY MONITORING EVERY PAPER

2

2

AND WRITING THAT MOVES THROUGH THIS ADMINISTRAVE COURT AND ACCORDINGLY THEY ARE

WRITING AND REWRITING THEIR INTERNAL EVALUATIONS TO LOOK LIKE THEY ARE INNOCENT.

AFTER I FILED MY RESPONSE ON 09/20/2017 AGAINST THE RESPONSE FILED BY PETER , AND UPON

READING THE TRUTH OF THEIR FRAUD IN CONSPIRACY WITH CITY PROSECUTOR AND JUDGE DID

THEY WITHDRAW FROM THEIR OFFENSIVE AND MALACIOUS ATTACKS TO CLOSE DOWN MY STORE

OR TAKE IT TO ARBITRATION WHERE IT IS SOLD FOR PENNIES WHICH IS SAME AS EXTORTION.


AFTER THE SUBWAY INSPECTOR SYLVIA INSPECTED MY STORE ON 09/25/2017 , SHE WENT TO THE

NEARBY STORE ON LINCOLN AND LAWRENCE AT 4771 N. LINCOLN AVE, CHICAGO .AS IS USUAL FOR HER

TO SAVE TIME FOR TRAVEL, SHE WOULD DO THREE OR FOUR NEARBY STORES. MR BHARAT

RABARI IS THE MANAGER IN THAT STORE. I ACCIDENTLY HAPPEN TO GO THERE TO BORROW SOME

SAUCE AND I I SAW HER ON THAT DAY 09/25/2017 , AND I TOLD ,THE SUBWAY INSPECTOR "YOU HAVE

BEEN BACK STABBING RAXA, RIGHT THREE TIMES ?" , BUT SHE DID NOT DENY THE FACT. BECAUSE

SHE IS THE ONE WHO SPY ON THE STORE AND LET the DA. PHIL MASI KNOW, SO HE WILL REPORT THE

HEALTH VIOLATIONS TO HEALTH DEPARTMENT FOR HIS MALICIOS MOTIVES.  SHE  ALSO TOLD ME

PHIL MASI IS UNDER A LOT OF STRESS AND TENSION BECAUSE ALL THE SUBWAY BUSINESS IS

DOWN OR MAY BE BECAUSE HE MUST HAVE FELT THE THREAT OF LITIGATION AND LAWSUIT

AND TRIAL BY JURY.THERE WAS ALSO TRAINEE SUBWAY INSPECTOR SITTING NEXT TO MS. SYLVIA

WITNESSING ALL OF OUR CONVERSATION. I ALSO TOLD HER WELCOME TO THE SUBWAY FAMILY,

BUT SYLVIA DID NOT LIKE MY COMMENT. SHE ALSO TOLD ME SHE IS HELPING FRANCHSEES SELL

THEIR STORE BY MARKING THEM OUT OF COMPLIANCE AND SEND THEM FOR ARBITRATION,

THAT IS HOW SHE HELPS THE FRANCHISEE'S SELL THEIR STORE. HER TONE AND MANNER OF

TALKING WAS ARROGANT AND MALACIOUS. SHE WAS TOLD NOT TO WRITE ANYTHING BECAUSE the DA.

PHIL MASI  AND SHE NEEDS TO WIPE CLEAN THEIR DIRTY FOOTPRINT OF ABUSE, FRAUD AND

DECEPTION.

IN THE MONTH OF JUNE OF 2016 ,  I  ATTENDED SUBWAY CHICAGO LEADERSHIP CONFERENCE.

AT THAT TIME , THE SUBWAY INSPECTOR HAD DISCLOSED TO ME THAT PHIL MESI WAS ANGRY

AND FURIUOS WITH ME . AS STATED IN MY FBI COMPLAINT I HAD LISTED MY SUBWAY FOR SALE

WITH REMAX UNITED. AT THAT TIME SUBWAY INSPECTOR TOLD MY WIFE

3

THAT SHE USED TO OWN THE SUBWAY IN EVANSTON AND SHE GAVE IT UP TO SUBWAY/PHIL MASI
BECAUSE SHE COULD NOT HANDLE IT. THEN I TOLD HER THAT "YOU SHOULD HAVE HIRED DEEPIKA,
OF REMAX UNITED." MY COMMENT, SHE TOLD TO PHIL MASI AND HE WAS FURIOUS AND ANGRY
ON MY COMMENT(EXCITED UTTERNCES ON A SPECIAL DAY CHICAGO LEADERSHIP
CONFERENCE.)ACTUALLY ,SYLVIA/SUBWAY INSPECTOR PROBABLY NEVER OWNED THE
SUBWAY, BUT HE WAS TRYING TO CONVEY IMPLIED(TECIT) THREAT MESSAGE TO RAXA TO SELL THE
STORE. BUT INSTEAD I JOKED ABOUT IT . BEING BULLY AND ARROGANT AS THIS DEVELOPMENT
AGENT IS, OBVIOUSLY BECAME ANGRY , THAT IS THE FACT SHE DISCLOSED WHILE WE WERE ON
GOOD TERMS AND SMILING AND LAUGHING ON THAT DAY.EVERSINCE I HAVE A BLOODY FUED
GOING ON BETWEEN US. EVERSINCE I HAVE BEEN BATTLING THIS ABUSIVE FRANCHISOR WHICH
IS EVIDENT FROM ALL OF THE COMPLAINTS WITH FBI, ARDC , JUDICIAL COMMISION , INSPECTOR
GENERAL OF CITY OF CHICAGO ETC.

IN THE BEGINNING WHEN SYLVIA STARTED TO INSPECT OUR STORE , SHE WAS FAKING BEING NICE.
" SHE TOLD ME SHE IS THE EASIEST INSPECTOR OF ALL".(SWEET HEART SWINDLER) I DID NOT KNOW
WHAT DOES IT MEAN.

I COULD NOT UNDERSTAND THAT LANGUAGE OF LURING INTO A TRAP. AND NEXT MONTH MY
STORE WAS CLOSED BY THE CITY OF CHICAGO , HEALTH DEPARTMENT . AND MY FBI COMPLAINT
SHOWS THE MAIN CULPRIT SICK , CORRUPT, CONNECTED AND CLOUT OFFICIAL MISS PEREZ WAS
WORKING UNDER THE COLOR OF HER OFFICIAL CAPACITY TO VICTIMIZE ME FOR THE BENEFIT OF
SUBWAY DEVELOPMENT CORPORATION OF CHICAGO/SUBWAY. MY ARDC COMPLAINT AGAINST MR.
DANNY SHOWS THE SERIES OF EVENTS AND ACTORS BEHIND IT. AGAIN THE SYLVIA DID THE SAME
THING, 2ND TIME TOLD ME "YOUR TWO GIRLS ARE DOING WONDERFUL JOB
." THAT MEANS I HAD CHANGE OF WORKERS AND SHE HAD AN OPPURTUNITY TO VICTIMIZE ME AGAIN
AND SHE AGAIN DID THE SAME. I HAD MALACIOUS HEALTH INSPECTION AGAIN .

THIS IS HER AND PHIL MASI'S SYSTEM AND PATTERN OF VICTIMISING INNOCENT AND UNSUSPECTING
FRANCHISSES. IN THE MONTH OF MAY WHEN SHE CAME FOR EVALUATION ,SHE ASKED ME A SHOKING
QUESTION."DO YOU KNOW ABOUT ARBITRATION?" I SAID NO. EVEN THOUGH I KNEW . I ASKED HER
WHAT IS IT. OH IT IS LIKE SPOILED AND EXPIRED FOOD AND DIRTY STORE ETC. SO I ASKED WHERE IS
THAT . SHE SAID ON DIVERSEY AND WESTERN.SHE WAS ALSO FEELING HAPPY AND PROMOTED AND
ELATED(AS A SWINDELER) , THAT SHE COULD GO TO ANY OF THE FOUR HUNDRED STORES FOR PHIL
MASI FOR INSPECTION SINCE SHE GOT THIS DIRTY JOB OF LYING AND CHEATING THE
FRANCHISEES.AND HELPING FRANCHISEE SELL THEIR STORES THROUGH ARBITATION AND FALSIFYING
THE EVALUATIONS AND IT LOOKED LIKE SHE WAS SUCCESSFUL IN DOING IT AT THE TIME TO THE, DA
.PHIL MASI. THE SAME STORE ON WESTERN AND DIVERSEY, I ASKED WHAT



HAPPENED, OH YOU ARE SAYING " I WAS TRYING TO HELP HIM SELL THE STORE". SO THEIR MANTRA IS PUT THE STORE OUT OF COMPLIANCE AND GET THEM SOLD AND CAUSE ALL THE STRESS , EXPENSE AND ABUSE TO THE FRANCHISEE.

WHEN SUBWAY INSPECTOR, SYLVIA ASKED ME **THIS MALACIOUS AND THREATENING QUESTION** ."DO YOU KNOW ABOUT ARBITRATION?" I HAD BECOME VIGILANT AND ALERT AT HER BEHAVIOR AND MOVEMENTS AND ACTIONS. **I AM ALSO LAW STUDENT,** THOUGH NOT A COMPLETE LAWYER. I IMMEDIATELY ORDERED SUBWAY SURVEILLANCE SUPPORT ON MAY 12, 2017 (RECEIPT IS ENCLOSED HEREWITH) FOR A YEAR AFTER

PAYING $200(TWO HUNDRED DOLLARS) SO I CAN GET THE HELP OF TECHNICAL SUPPORT STAFF TO BACK UP AND PRESERVE THE EVIDENCE OF MALACIUOS ATTACK OF THE SUBWAY INSPETOR, HEALTH DEPARTMENT AND SUBWAY INVESTIGATOR AND ALSO THE CRIMINAL ACTIVITY OF ONE MAN\WOMAN OR TRANS WHO WAS HARRASING US. SUDDENLY ONE NIGHT SUBWAY INVESTIGATOR SHOW UP. HE WAS NICE , VERY SMART AND HE WAS TALKING WITH CUSTOMER MY EMPLOYEE AND ME. I WAS TALKING TO HIM ABOUT GIVING A NY BAR EXAM IN JULY 2017, AND TRIAL BY TV , AND TRIAL BY JURY AND TRIAL BY JUDGE,JUST IN GENERAL, AFTER I HAPPEN TO WATCHED YOUTUBE VIDEOS ON THE SUBJECT. ALL THE GENERAL TALK. HE TOLD I AM GOING TO BUG YOU . I SAID OK. BUT THEN HE STARTED COMING MORE FREQUENTLY AND WAS TALIKING TO MY EMPLOYEES , WHAT ARE MY OTHER BUSINESSES. ONE DAY WHEN I WAS THERE, HE TOLD ME HARRY , YOU ALSO DO INSURANCE? I WAS SHOCKED , I ASKED HIM , HOW DO YOU KNOW THAT? HE SAID MY EMPLOYEE ARTURO TOLD HIM.  THEN HE BECAME MORE AND MORE

INTRUSIVE IN MY BUSINESS AND PERSONAL MATTERS. HE WAS ORDERNING ROTISSERIE-STYLE CHICKEN AND HE SAW WATER IN THE SEPARATED FROM CHICKEN , SO HE SAID , IT SHOULD NOT LOOK LIKE THAT. THEN HE WAS COMING  UP WITH ALL KINDS OF THREATENING MESSAGES , "HE IS WORKING FOR SOME THREE LETTER AGENCY"LIKE IRS, INS ,IDR ,ETC. AND HE WAS MORE AND MORE OFFTNSIVE.

AS IS MENTIONED IN FBI COMPLAINT. IN THE LAST MEETING HE CAME TO ASK ME WHETHER I GAVE THE BAR EXAM OR NOT? I DID NOT RESPOND. AND HE STARTED LAUGHING , ALREADY GAVE UP ON IT!

THEN HE DISCLOSED HIS REAL IDENTITY ,SHALL WE HAVE EVERY THING OFF? HE MEAN THE BATTLE THAT HAS BEEN GOING ON BETWEEN ME AND SUBWAY. HE ALSO SAW THAT THE THINGS WERE NOT GOING AS HE THOUGHT . THIS WAS MISSILE FIRED BY SUBWAY, BUT IT BACKFIRED TOWARDS THEM. HE COULD  FEEL THE RISK INVOLVED FINANCIAL, CIVIL ,CRIMINAL ETC. THEREAFTER I HAVE NEVER SEEN HIM. IT  IS USUAL TO HIRE  LEGAL INVESTIGATOR TO MAKE A REPORT TO BE USED IN LATER LITIGATION FOR A BIG  BILLION DOLLAR FRANCHISOR LIKE THIS WITH UNLIMITED MONEY, RESOURCES AND POWER THAT INCLUDES   POLITICAL  CLOUT AND HUMAN RESOURCE.

5

HE UNDERSTOOD BATTLE CONTINUES. I DID NOT SEE HIM AFTERWARDS. PROBABLY HE ALSO KNEW THE CRIMINAL CONSPIRACY GOING ON BETWEEN CITY AND SUBWAY , CHICAGO. HE MUST BE WORKING FOR THE SUBWAY LEGAL DEPARTMENT OR LAW FIRM . I ALSO HAD TO REMOVE

MY SURVEILLANCE SYSTEM , AS IT WAS OVERWRITING AND DELETING WHATEVER THE EVIDENCE , SO FAR I HAD RECORDED. THIS IS ALSO STATED IN MY FBI COMPLAINT. THIS IS SUBWAY SURVEILLANCE , SO I SUSPECT , THE SUBWAY HAS FULL CONTROL OVER THIS COMPANY. IF I CONNECT THEY MIGHT EVEN DELETE THIS IMPORTANT VIDEOS.

SUBWAY THROUGH HIS NETWORK OF DIRTY DEVELOPMENT AGENTS AND THEIR EMOLOYEES ARE ABUSING THE FRANCHSEES EMOTIONALLY , PSYCHOLOGICALLY AND MENTALLY BY VARIOUS KINDS OF THREATENING MESSAGES .

CITY LAW DEPARTMENT FROM THE ADMINISTRATIVE COURT HAD EXTENSIVE COMMUNICATION REGARDING MY HEALTH VIOLATION CASE WITH THE SUBWAY DEVELOPMENT CORPORATION OF CHICAGO. ON JUNE 15 WHEN WHEN I WAS BATTLING FOR MY TICKET, THE SUBWAY INSPECTOR WAS MAKING SHOW IN MY SUBWAY. SHE WAS INSPECTING MY STORE IN MY ABSENCE. USUALLY SHE IS MY CONSULTANT SO SHE IS SUPPOSED TO LET ME KNOW ,IF I NEED ANY HELP WITH ANY THING. BUT HERE SHE WAS LOOKING FOR AN OPPORTUNITY TO DESTROY ME. I HAD NO FACE TO FACE CONTACT WITH SYLVIA SINCE JUNE 2017. WITH HER GUILTY CONSCIOUS, IN THE MONTH OF MAY WHEN I GET TO MY STORE, SHE WAS INSPECTING AND SHE TOLD ME I AM FOLLOWING HER. AND SHE LEFT IN TEN MINUTES TELLING ME HER PRINTER DOES NOT WORK. SO UNTILL THE MONTH OF SEPTEMBER 2017 , SHE WAS WRITING HER INSPECTION REPORTS IN HER OFFICE WITH HER BOSS ,DA PHIL MASI AND LEGAL DEPARTMENT.

MY RESPONSE TO ARDC COMPLAINT ON 09/20/2017 , WHERE I ALLEGED THE CODE OD SILENCE AND ALLEGED THE PROSECUTOR AND JUDGE ARE CONSUCTING SHAM PROCEEDINGS ,ONLY THEN DID THIS SUBWAY BECAME SOFT,AND SYLVIA(SUBWAY) BECAME APPRECIATIVE BECAUSE SHE WAS TRYING TO WIPE CLEAN HER(SUBWAY) DIRTY FOOTPRINTS OF ABUSE, ATROCITY , FRAUD , COPRRUPTION AND CLOUT. SHE WAS TRYING TO ERASE HER DESPICABLE ACT OF BREACH OF TRUST. AND SUBWAY CONNECTION WITH CODE OF SILENCE WHICH IS QUITE EVIDENT FROM MY SEPTEMBER 20/2017 , RESPONSE AND FBI COMPLAINT.AND IS I MENTIONED IN FBI COMPLAINT THE STATEMENT OF HARRY PATEL ABOUT MY PRESENCE IN COURT AND ASKING FOR TRIAL AND COURT DATE AND SUBPOENAS ISSUED FOR TESTIMONY OF ALL THE HEALTH INSPECTORS . MR. HARRY TOLD ME WHEN WE WERE



LEAVING THE SUBWAY PERIODIC MEETING THAT "ALA BOSS UPER KHURSHI UCHADI NE AYO" IN ENGLISH " YOU HAD THROWN CHAIR ON YOUR BOSS" SIMILAR TO THROWING SHOES AT SOMEBODY IN DISRESPECT. HE ALSO ADVISED ME I SHOULD NOT HAVE DONE IT. I HAD ATTENDED ONLY HALF THE

MEETING AND I GOT THAT COURT DATE AND MY ANGRY AND REVENGEFUL BEHAVIOR WAS DIRECTLY

COMMUNICATED TO PHIL MASI FROM ADMINITRATIVE COURT BY PROSECUTOR , JUDGE, MY OWN LAWYER OR ALL OF THEM IN CONSPIRACY(JUST A SPECULATION) , WHICH PHIL MASI TOLD TO HARRY PATEL SINCE HE IS CLOSE FRIEND AND FRANCHISEE OF (PHIL )HIM FOR TWENTY OR MORE YEARS AND ALSO SUCCESSFUL MULTI-UNIT OWNER. SO THERE IS EXTENSIVE ILLEGAL , UNETHICAL COMMUNICATIONS GOING ON FROM THAT COURT TO SUBWAY.


EVERY SUMMER I GROW BASIL, OKRA, PEPPERS, EGG PLANTS ETC FOR FRESHER

AND GREENER LOOK AND ALSO FOR THE KIDS TO LEARN FROM WHERE AND HOW THEIR VEGETABLES

ARE GROWN AND COME FROM. IT IS LIKE URBAN GARDEN. I HAD LOT OF NEIGHBORS AND EVEN POLICE OFFICERS WERE TAKING PICTURES . I HAD BEEN DOING IT FOR ELEVAN YEARS.PROBABLY I WAS THE FIRST SUBWAY IN CHICAGO TO HAVE OUTDOOR SITTING AND OUTDOOR GARDEN. IT ALSO MAKES

BUSINESS SENSE TO MAKE YOUR PLACE ATTRACTIVE TO GET MORE BUSINESS. SUBWAY INSPECTOR

SYLVIA TOLD ME TO MAKE A PIZZA WITH BASIL WHICH I GROW FOR AS LONG AS I OWNED THIS

PLACE. BUT DUE TO HER MALACIOUS CONSCIENCE AND INTENTIONS , SHE NEVER ASKED TO MAKE

A PIZZA OR SHE NEVER EVEN COMMUNICATED WITH ME EYE TO EYE. I WENT TO DA MEETING

ON NOVEMBER 9, 2017 , THERE ALSO SHE DISAPPEARED FROM THE MEETING. WHILE ALL THE

OTHER SUBWAY INSPECTORS WERE COMINGLING AND TALKING WITH THEIR OTHER FRANCHSEES.EVEN HARRY PATEL, THE WITNESS TO UNETHICAL AND ILLEGAL COMMUNICATIONS BETWEEN THE ADMINISTRATIVE COURT AND PHIL MASI ,DID NOT SHOW UP.

I WAS ALSO SHOKED TO HEAR THAT MS. PEREZ , THE SICK HEALTH INSPECTOR AND OFFICIAL WHO

HAD CLOSED DOWN MY PLACE LAST YEAR IN 2016, WANTED ME TO GROW FLOWERS, EVENTHOGH SHE HAD NO BUSINESS TO MAKE A COMMENT LIKE THIS.WHETHER I GROW MANGOS, VEGETABLES OR FLOWERS , WHAT MOTIVE DID SHE HAVE TO MAKE THAT COMMENT? REFER TO MY FBI COMPLAINT.MS PEREZ WAS ABUSIVE TO RAXA, ON THE PHONE, AND SHE WAS STAYING IN THE SUBWAY FROM MORNING TILL ONE IN THE AFTERNOON. EVENTHOUGH SHE IS SUPPOSED TO DO HER JOB FAST AND SHE IS SUPPOSED TO GIVE HONEST OUTPUT FOR HONEST PAY AS PER CITY EMPLOEE MANUAL. SHE WAS SICK FOR ALL THE DAYS STILL SHE WAS INSPECTING FOOD ESTABLISHMENT AND ALSO SHE IS SUPERVISOR AND HIGH OFFICIAL.SHE CLAIMED SHE WAS WORKING ALL THESE DAYS, JUST TO OPEN MY STORE.AS IF CITY HAD NO OTHER EMPLOEES TO DO HER JOB. AFTER SHE OPENED MY STORE ON A LAST DAY ,DID SHE RELAX AND DID NOT DO ANY MORE INSPECTIONS FOR THE DAY AS PER THE OTHER HEALTH INSPECTOR . ITS ONLY INTERPRETATION IS SHE MUST BE UNDER LOT STRESS DUE TO THE CITY CLOUT AND CODE OF SILENCE. AS IT IS HIGHLY CONFIDENTIAL MISSION.

AFTER A MONTH OR SO MS PEREZ WENT TO INSPECT SUBWAY OF RAJ PATEL ON JEFFERSON PARK, VETRANS SQUARE , THERE ALSO SHE WAS TALKING ABOUT MY WIFE AND HER BEHAVIOR , BOTH OF THEM WERE LAUGHING ABOUT MY WIFE.

# FORCLOSURE CRISES IN SUBWAY RESTAURANTS:

SUBWAY FRANCHISOR THROUGH HIS DA AND ILLEGAL INSPECTION IS PLANNING TO THRUST UPON THE FRANCHISEE'S FOR UNREASONALBLE EXPENSE REMODEL EVEN THOUGH , THEY KNOW, THEY HAVE REASON TO BELIEVE , THAT BUSINESS IS NOT GOING TO BE VIABLE EVENAFTER NEW INFLUX OF CAPITAL BY THE FRANCHSEES.THIS IS THE SAME ANALOGY AS THE FORCLOSURE CRISES IN HOUSING. FOR THE PURPOSE OF THIS COMPLAINT , DA AND SUBWAY CORPORATE ARE ONE AND SAME. ALL THE ACTIONS OF DA ARE IMPUTED TO SUBWAY CORPOARTE. SUBWAY HAS BEEN ABUSIVE AND WILL CONTINUE TO BE MALACIOUS AND ABUSIVE TO THE FRANCHISEE COMMUNITY UNLESS THERE IS SOME HONEST AND EFFECTIVE CHECK AND BALANCE ON SUBWAY. IN THE FIRST PLACE , THEY HAVE OPENED UP SO MANY STORES SO CLOSE, THEY ARE LIKE FRAUDULANT DEVELOPMENTS WITH THE HELP AND ACTIVE SUPPORT OF THE CORPORATE SUBWAY. WHOEVER TRIES TO VOICE THEIR CONCERN WOULD BE SLAP SHUT WITH MALACIOUS INSPECTIONS , BULLYING AND ULTIMATLY ARBITRATIONS .I HAD A TALK WITH DEV PATEL ON 11/20/2017 , HE IS A FAF BOARD LOCAL MEMBER, HE WAS TELLING ABOUT NEW LOOK AS WOMAN WITH CANCER BEING GIVEN FACE LIFT TO CURE HER CANCER.

AS PER THE NEW INSPECTION REPORT BY MY FIELD CONSULTANT SYLVIA , SHE WRITES , "THE NEW SUBWAY PHILOSOPHY IS LIVE FRESH, DESIGNED TO RECLAIM OUR EMPHASIS ON "FRESH" AND ULTIMATLY DRIVE TRAFFIC BACK INTO OUR STORES. THIS MEANS NEW LOOK TO OUR STORES, NEW PRODUCTS, EVEN A NEW SUBWAY LOGO. THE KICK-OFF CAMPIAGN IS CALLED FOUNDED ON FRESH"
ALL THESE NEW SLOGANS ARE DECEPTIVE. THESE IS GOING TO PUT LOT OF PEOPLE ON A UNJUSTIFIABLE

RISK OF CLOSING DOWN THEIR STORES ESPECIALLY THE SENIORS AND OLD AND VULNERABLE. THERE IS

A NATIONWIDE CRY OF THE BUSINESS OF SUBWAY IS IN MESS AND HUGE DOWNTURN. SUBWAY ITSELF IS THE WRONGDOER. SUBWAY IS GOING TO PROFITEER FROM IT. THEY CLOSE DOWN THE STORE AND THEN REGOTIATE THE LEASE AND THE DA GETS TO KEEP THE STORE AND HE RESELLS THE

STORE TO SOMEBODY WHO IS FAVORITE TO HIM. THERE IS CLEAR CONFLICT OF INTEREST IN THIS

TRANSACTION. THERE IS CLEAR BREACH OF TRUST AND FRAUD.I HAVE A LIST OF STORES WHICH ARE

CLOSED IN MARKET 003-0 WHERE THE SIX STORES HAVE CLOSED IN THE FRANCHISE ADVERTISING FUND REPORT . IN THE WHOLE OF ILLINOIS , I DO NOT KNOW , HOW MANY STORES WILL CLOSE?BUT ALL THE STORES WILL GO TO NEW FRANCHISEE OR A FAVORITE FRANCHISEE WITH NEWLY NEGOTIATED LEASE TO THE MALACIOUS EXCLUSION OF ORIGINAL FRANCHISEE OWNER WHO WILL BE LOOSING ALL HIS LIFE TIME OF LABOR AND SAVINGS. I HAD ALSO ANOTHER INSPECTION FOR THE

MONTH OF NOVEMBER, 2017 INSPECTION , WHERE SHE WAS EXPRESSLY TELLING MY EMPLOYEES NOT TO INFORM HER PRESENCE TO THE OWNER OR HARRY ABOUT THE INSPECTION , SO SHE CAN DO WHATEVER MALICIOUS ACTIVITY SHE WANTS TO DO. SHE CAN EVEN SABOTAGE MY COMPUTER BY PUTTING IN SOME MALICIOUS SOFTWARE , NOW ON 11/20/2017 MY COMPUTER IS BROKE AND NOW I AM SHOPPING FOR NEW COMPUTER AND IT TAKES SEVEN TO TEN DAYS TO GET THE NEW COMPUTER.THE IPC AND MY CO-ORDINATOR EXPRESSLY TOLD ME , THE OVERNIGHT DELIVERY IS NOT AVAILABLE TO POINT OF SALE COMPUTER. SO THIS CORPORATION HAS MANY SNEAKY WAYS TO DESTROY THE BUSINESS.


THIS IS CLEARLY A BREACH OF TRUST AND EXTORTION . THE WRONG DOER SHOULD BE PUNISHED

AND NOT ALLOWED TO PROFITEER FROM IT. THIS PROCESS OF CLOSING DOWN STORES AND REOPENING THE SAME STORE , SHOULD BE SUPERVISED AND THERE SHOULD FAIRNESS AND TRANSPARENCY IN THE PROCESS TO HAVE JUST TREATMENT TO THE FRANCHISEE. AS A ATTORNEY GENERAL , I HOPE YOU CAN PUT SOME MECHANISM IN PLACE TO MAKE SURE THERE IS NO UNJUST ENRICHMENT OF SUBWAY AT THE COST OF POOR FRANCHISEES. THERE IS A NATIONWIDE OUTCRY AGAINST THIS FRAUDULANT BILLION DOLLAR FRANCHISOR. WHICH CAN BE SEEN IN NORTH AMERCAN ASSOCIATION OF SUBWAY FRANCHISEE DISCUSSION FORUM.(NAASF).

THIS SUBWAY HAS PRETTY AGGRESSIVE EVICTION OR ARBITRATION POLICIES. POOR FRANCHSEE HAVE TO PAY THOUSANDS OF DOLLARS TO STAKE OFF OR WARD OFF THESE AGGRESSIVE AND CORRUPTIVE ARBITARTIONS AND FORCED SALES AND CLOSINGS.YOU NEED TO REVIEW ALL THE

ARBITRATIONS AND FORCED SALE TRANSACTIONS FROM SUBWAY WHICH ARE DONE THROUGH THIS CORRUPT CITY AND SUBWAY CONNECTION.

PLEASE, READ MY COMPLAINT IN CONJUCTION WITH FBI COMPLAINT AS THESE NEWLY ADDED FACTS

ARE TO BE READ IN CONJUCTION WITH FBI COMPLAINT.THIS COMPLAINT IS SUPPLEMENTING,ADDING NEW FACTS AND CLARIFYING THE PREVIOUS FBI COMPLAINT.

MY WIFE RAXA WAS FATALLY TRAUMATISED BY THIS HELATH INSPECTOR AND SUBWAY INSPECTOR AND THE DEAPRTMENT OF TRANSPORTATION INSPECTOR. THEY WERE ATTACKING HER AND ME SO VIOLANTLY THAT SHE STARTED SUFFERING FROM ANXIETY, DEPRESSION AND POST TRAUMATIC SYMPTOM DISORDER(PTSD). SHE WAS WAKING UP IN THE MIDDLE OF THE NIGHT FREIGHTENED AND SHE WOULD TELL ME , SOMEBODY WOULD TAKE AWAY HER SUBWAY AND MONEY. SHE WAS PRESCRIBED AND  TAKING ANTI-DEPRESSION DRUGS AND HIGH BLOOD PRESSURE PILLS TO CURE WHICH HAPPENED DUE THIS FREQUENT ATTACKS BY THE CITY INSPECTORS AND SUBWAY.SUBWAY INSPECTOR SYLVIA (THE SWINDLER)WAS AND IS AWARE OF HER HEALTH SITUATION. HAVE ALSO DEVELOPED HIGH BLOOD PRESSURE DUE TO THIS CRUEL AND ILLEGAL TECTICS OF SO MANY CO-CONSPIRATING PARTIES, SO MANY PERPITRATORS OF FRAUD.

I HAVE BEEN SO TRAUMATIZED BY WHAT I HAVE  BEEN GOING  THROUGH AND SO SCARED THAT I HAVE BECOME SUSPICIOUS OF EVERYONE THAT I MEET AT SUBWAY, MY EMPLOYEES, FELLOW FRANCHISEES, POLICE AND CUSTOMERS, SUBWAY HEAD QUARTER TECHNICAL SUPPORT STAFF MY OWN ATTORNEYS,PROSECUTOR , JUDGE AND MY LANDLORD  ETC.

ONE FRANCHISEE , DAVID SILVER , HE IS FRIEND OF MY EMPLOEE ARTURO, HAS STARTED COMING TO MY STORE UNUSUALLY FREQUENTLY. HE IS A SUCCESSFUL FRANCHSEE AND LOOKS LIKE , HE IS IN THE INNER CIRCLE OF THE SUBWAY DA PHIL MASI. HE WAS TELLING ME , THEY ARE GOING TO CLOSE DOWN MY STORE,  SINCE I WOULD NOT INVEST ANY MONEY IN RENOVATIONS AND REMODELLING. I DO NOT KNOW WHAT HE IS COMMUNICATING WITH MY EMPLOYEE. THEN HE COMES UP WITH THE PRICE OF THE STORE AT $20000 ETC. HE WAS ALSO TELLING PHIL MASI IS ITALIAN . HIS GRAND FATHER WAS MAFIA SAM MASI  AND TO CHECK OUT WIKEPEDIA. I DO NOT  KNOW THE TRUTH ABOUT IT. BUT HE IS GIVING ME THIS KIND OF MESSAGES AT A DELICATE  AND CRITICAL  TIME , WHICH  MAKES ME THINK THAT ,IT COULD BE TRUE.I HAVE BECOME SUSPICIOUS  AND APPREHENSIVE ABOUT HIM TOO.

OTHER FRANCHISEE , RAJ PATEL , HE CALLED ME NIGHT BEFORE THE SUBWAY MEETING. HE WAS TELLING( HARRY) ME , THAT I AM GOING TO GIVE A SPEECH AT THE MEETING.  THERE WERE FIVE PEOPLE  WHO WERE GOING TO GIVE SPEECH. I WAS ONE OF THEM. AND SOME MORE CHITCHAT. IN THE END  HE WANTED TO FIND OUT , WHETHER I AM GOING TO SUE SUBWAY? OTHER SUCCESSFUL FRANCHSEE.

ON THE FRIDAY NOVEMBER 17,2017 , SUDDENLY MY CREDIT CARD MACHINE STOPPED WORKING DURING THE LUNCH HOUR. IMMEDIATELY I HAD TO RUSH TO THE SUBWAY, AND I CHECKED INTERNET WAS WORKING BUT STILL CREDIT CARD DID NOT WORK. USUALLY THE CREDIT CARD

\ 0

MACHINE DOES NOT WORK WHEN THE INTERNET IS DOWN. I HAD TO CALL SUBWAY HQ, FOR

TECHNICAL SUPPORT. HE FIXED THE PROBLEM. I AM APPREHENSIVE AND SUSPECTING THAT

THIS SUBWAY IS TEMPERING WITH MY SYSTEM TO THREATEN ME. AS THE COMPUTER AND

CREDIT CARD MACHINE IS THE MOST IMPORTANT PIECE OF MACHINE TO BE FUNCTIONING

TO HAVE THE BUSINESS GOING. I ASKED THE TECH GUY WHAT COULD BE THE REASON" IS THERE

SOMEBODY TEMPORING WITH MY SYSTEM". HE SAID I DO NOT KNOW THE REASON, ONLY THING I

CAN DO IS FIX THE PROBLEM.I WAS ALSO SURPRISED TO SEE THAT GUY TOOK OVER MY SYSTEM

WITHOUT ASKING ME SOME NUMBERS THAT ARE USUALLY GENERATED BEFORE SUBWAY TECH

GUY TAKES OVER MY COMPUTOR. ON NOVEMBER 20/2017 MY POS IS BROKE. LOOKS LIKE

DATA OVERLOAD. AGAIN I SUSPECT SABOTAGE FROM SUBWAY IN COLLUSION WITH PHIL MESI.

BEFORE ON NOVEMBER 11,2017 OR SO THERE WAS SURVEY WHICH POPPED UP ON MY SYSTEM

ABOUT THE JOURNEY OF REMODELING WHICH I WAS SUPPOSED TO SEND IT BACK BEFORE

17TH NOVEMBER,2017 WHICH I IGNORED TO LOOK AT IT. I GUESS THEY HAVE MY INTENTIONS

VERY CLEAR FROM IT.

IT LOOKS LIKE I AM RUNNING OUT OF TIME. EVIDENCE SPEAKS FOR ITSELF . I TRIED TO COVER

EACH AND EVERY LEGALLY SIGNIFICANT FACT, BUT LOOKS LIKE MORE DELAY AND MORE THINKING

WILL LEAD ME IN TO MORE INACTION AND I WILL BE MORE TRAUMATISED BY THIS ABUSIVE

FRANCHISOR. IT LOOKS LIKE BEING A LAW STUDENT IS LIKE COMMITTING A BIG BLUNDER OR

BIG MISTAKE.

MY LANDLORD ALSO GAVE ME TECIT THREAT IN THE MONTH OF JULY WHEN WE WERE

TALIKING GENERAL , HE WANTED TO BUILD TRUMP TOWER IN MY SUBWAY. EVERSINCE

I HAVE NOT SEEN HIM.

PHIL MASI IS ALSO IN DEVELOPMENT AGENTS ADVISORY COUNCIL, SO THEY

LEARN THESE CROOKED WAYS FROM EACH OTHER. SUBWAY ALSO HAS NEW MESSAGING

APP AND MARKETING CONTROL THROUGH THEIR APP. SO THEY HAVE ALL SNEAKY AND

CONCEALED WAYS TO DEFRAUD AND INTIMIDATE THE FRANCHSEES. THE SUBWAY WANTS TO

EXPAND TO 100,000 STORES. THEY CAN NOT HANDLE HONESTLY AND WITH TRANSPARENTLY

WHATEVER STORES THEY HAVE. THEY CAN NOT SUPPLY EVEN THE POINT OF SALE COMPUTER

BY OVERNIGHT DELIVERY. OUR CEO WANTS TO MAKE 100,000 STORES AND SHE CAN NOT

SUPPLY A HARDWARE BY OVERNIGHT DELIVERY THAT I HAVE TO HEAR FROM SUBWAY

11

CO-ORDINATOR MINDY MYER AND INDEPENDENT PURCHASING CO-OPRATIVE (IPC) THAT

ONLY STANDARD SHIPMENT IS AVAILABLE (WITH 7TO 10 DAYS)EVEN WHEN FRANCHISEE IS READY TO PAY EXTRA FOR OVERNIGHT SHIPMENT. THIS IS MORE SINISTER AND MALACIOUS THAN I HAVE

EVER SEEN OR HEARD. POINT OF SALE COMPUTER IS THE LIFE AND BLOOD OF ANY BUSINESS AND

THIS KIND OF RESPONSE FROM A BILLION DOLLAR CORPORATION IS REALLY A SHOCK TO ME.


## ABOUT CHICAGO POLICE DEVELOPMENT. RECKLEES ENDANGERMENT

THERE WERE NUMEROUS CALLS FROM MY SUBWAY TO 311 ABOUT TO ME LOOKED LIKE FAKE CRIMINAL CRAZY HOMELESS PERSON WHO WOULD COME TO SUBWAY AND SLEEP AND INTENTIONALLY CRIMINALLY HARRASE ME AND MY EMPLOEES. THE INACTION OR NON-ACTION

ON THE PART OF CPD WAS VERY SUSPICIOUS AND LOOKED LIKE HE\SHE WAS PART OF THE POLICE

DEPARTMENT, BEACAUSE SHE WAS NEVER IDENTIFIED. EVEN IN THE LAST ENCOUNTER , I TOLD POLICE

OFFICER TO ARREST THAT FAKE CRAZY CRIMINAL WHO HAD ASSAULTED MY EMPLOYEE BEFORE AS

MENTIONED IN MY FBI COMPLAINT. BUT POLICE OFFICER TOLD ME HE WILL NOT ARREST , HE WILL

TAKE HER\HIM TO HOSPITAL . BUT WHEN WE WERE CLOSE , HE DID NOT ARREST AND DID NOT

TAKE HER TO HOSPITAL,SAYING HE/SHE DID NOT WANT TO GO TO HOSPITAL. AGAIN I COULD NOT

GET THE IDENTITY OF THE PERSON , WHETHER HE/SHE IS REALLY CRAZY CRIMINAL PERSON OR

HE\SHE IS IS WORKING FOR THE BENEFIT OF A VESTED INTEREST, THE SUBWAY.THERE SHOULD BE POLICE VIDEO FOR THAT LAST INCIDENCE. I DO NOT KNOW THEIR PROCEDURES FOR PRESERVATION

OF POLICE VIDEOS.

I HAVE MY OWN SURVEILLANCE AVAILABLE , IF YOUR OFFICE NEEDS IT , TO FURTHER INVESTIGATE

OR CORROBORATE MY STATEMENTS.

SO MANY SUBWAYS ARE CLOSING DOWN AND THERE IS LOT OF UNJUST ENRICHMENT AND FRAUD

IS GOING ON. SO MANY FRANCHISEES ARE LIVING UNDER DIRE CONDITIONS. EVEN WHEN THE STORE

IS CLOSED DOWN , THEY HAVE TO PAY 12MONTH RENT TO THE LANDLORD WHICH RUNS IN TO THOUSANDS OF DOLLARS AND THE STORE IS CLOSED DOWN MOST OF THE TIME BECAUSE SUBWAY

OPENED THE OTHER STORE WITH FULL KNOWLEDGE AND AWARENESS THAT OTHER NEARBY STORE

WILL BE DISTRESSED AND CLOSED.AND STILL HE WILL BE MANDATED TO CONTINUE THE OPERATIONS

OR PAY HAFTY SUM OF MONEY FOR LEASE BREAK. THEY MIGHT END UP EVEN SELLING THEIR HOUSE

OR EVEN LOOSING THEIR LIFE TIME OF SAVINGS AND RETIREMENT.

MISS DEEPIKA OF REMAX UNITED HAS BEEN SELLING SUBWAY FOR OVER TWENTY YEARS AND

SHE IS REPRESENTING BUYER, SELLER AND THEN PUT THE STORE FOR SALE ON A DA LIST. WHICH

IS CLEAR CONFLICT OF INTERST. SHE DOES NOT HAVE HONEST ,INDEPENDENT TRANSPARENT

MECHANISM TO SALE SUBWAY STORE. SAME IS TRUE ABOUT SUBWAY. WHEN MY WIFE RAXA

CALLED HQ., THAT SHE WANTED TO SELL THE STORE, SHE WAS REFERRED BACK TO LOCAL DA,

PHIL MASI. ALL THE SALES HAVE TO BE APPROVED BY DA , THE PHIL MASI. SO THESE ARE

THE REASONS , THOUSANDS OF FRANCHISEES ARE LOOSING THEIR LIFE TIME OF LABOR,SAVINGS

AND RETIREMENT MONEY AND SUBWAY PROFITS FROM IT.

THE HEALTH DEPARTMENT CASES SHOULD BE REMOVED FROM THIS KANGAROO COURT ,AS

SIGNIFICANT PROPERTY AND LIBERTY INTEREST IS INVOLVED IN THIS KIND OF FRANCHISE

OWNERSHIP. AND TRANSFERRED TO REGULAR COURT. THERE IS THIS JUDGE ALO NUMBER 24,

HE PASSED AN ORDER FOR FINE OF $1800 BUT I STILL DO KNOW HIS NAME, IS HE MALE OR FEMALE?

WHERE DOES HE SIT? IS HE A REAL JUDGE? THE GUILTY PLEA ORDERS ARE JUST ISSUED WITHOUT

THE KNOWLEDGE AND CONSENT OF THE CONCERNED PARTY. NOBODY EVEN THINKS OF THE

REPURCUSSIONS. I AM ENCLOSING HERE WITH FRANCHISE TERMINATIONS REASONS.

ONE OF THEM IS PUBLIC HEALTH AND SAFTY ISSUE.

CRIMINAL CONVICTION RELATED TO THE FRANCHISE BUSINESS. SO THE CONDUCT OF THE

CHICAGO POLICE IN LIGHT OF THIS REQUIREMENT SHOULD BE EXAMINED.

FAILURE TO ACT IN GOOD FAITH.

FAILURE TO COMPLY WITH OTHER LAWS APPLICABLE TO THE OPERATION OF THE FRANCHISE.

SO WHOLE LIST , IS ENCLOSED HEREWITH FROM FRANCHISE LAW JOURNAL.

# REMAX UNITED / DEEPIKA SAYYAL

AS MENTIONED IN MY FBI COMPLAINT , REMAX UNITED , THE DEEPIKA SAYYAL

13

IS ALTER EGO OF PHIL MASI. SHE IS IN BREACH OF FIDUCIARY DUTIES. THERE ARE NO
ETHICAL BOUNDARIES BETWEEN SUBWAY AND REMAX UNITED. THERE IS HUGE CONFLICT
OF INTERST IN HER TRANSACTIONS WITH SUBWAY. YOU NEED TO INVESTIGATE THE
METHODS SHE IS USING TO SELL THE SUBWAY. SHE HAS SO MANY COMMUNICATIONS
WHICH CREATE CONFLICT OF INTEREST AND ALSO EXPOSING SUBWAY FRANCHISEES
OF RETALIATION BY SUBWAY, JUST LIKE MY CASE. DUE TO RETALIATION AND REVENGE
TACTICS BY SUBWAY, THAT MY STORE WAS MALACIOULY CLOSED BY CITY. MR. RON
THE SUBWAY INSPECTOR WAS ON A CONFIDENTIAL MISSION TO PUT ME IN FULL COMPLIANCE,
SO THAT SMOOTH TRANSITION OF SALES CAN OCCUR ENENTHOUGH MY CONTRACT WITH
REMAX UNITED HAD EXPIRED. SUBWAY WAS INFORMED AND COMMUNICATED BY REMAX UNITED IN
VIOLATION OF FIDUCIARY DUTIES AND NEGLIGENTLY AND MALICIOULY
BY REMAX UNITED THAT I HAD ALLEGED FRAUD AS TO THE PRICE OR VALUATION OF MY
STORE. WHICH SHE STARTED WITH 110000, AND CAME TO 180000, WHICH WAS SUBSTANTIALLY
LESS THAN 250,000 LISTING PRICE.


SO , I HAVE BEEN THROUGH LOT OF ABUSE, THREATS AND TRAUMA AT THE HANDS OF VARIOUS
WHICH IS EVIDENT FROM ALL THE EVIDENCE THAT I AM ENCLOSING. TODAY I TRY TO ORDER
THE COMPUTER BUT, EVEN THEIR SUPPLIER IS INTENTIONALLY NOT OFFERING ANY EXPRESS
SHIPMENT , SO THAT I CAN LOOSE ALL OF BUSINEES AND I WILL ABANDON MY BUSINESS
OR CLOSE MY BUSINESS.

Subway es also abusing the legal process. I do not have the money, resources and power to fight this huge corporation, when lets them abuse me with their legal resources

14

Also subway es abusing
their Arbitration clause,
in the Agreement. Many states
have passed legislation to read —
protect the franchises and
their investment. Please put some
machinery in place in legislation
in that respect in springfield.
My Phone No:- 773-510-8292
(cell')
If you need any more info-

H. Dey
11-21-2017

TO: U.S. DEPARTMENT OF JUSTICE.                                          01/09/2018

FEDERAL CO-ORDINATION AND COMPLIANCE SECTION-NWB

950 PENNSYLVANIA AVE, NW

WASHINGTON,DC 20530

FROM: HARSHAD K. DESAI

AND   RAXA H. DESAI

6312 N. TROY STREET

CHICAGO,IL-60659.

                         REF: 060103 MY OLD COMPLAINT WITH DOJ.

DEAR SIR:

RECENTLY ON NOVEMBER 21, 2017  I HAD FILED COMPLAINT WITH ATTORNEY GENERAL OF STATE OF ILLINOIS. COPY OF  THE COMPLAINT IS ENCLOSED HEREWITH. IN THAT COMPLAINT I HAD MADE ALLEGATIONS THAT  CITY HEALTH OFFICIALS ARE WORKING CORRUPTLY WITH  SUBWAY DEVELOPMENT CORPORATION  OF CHICAGO AND ALSO ON POLICE DEPARTMENT  FOR NEGLIGENT  ENDANGERMENT OF MY LIFE  AND MY EMPLOYEES. I HAD ALLEGED THAT SUBWAY IS INVOLVED IN UNFAIR, DECEPTIVE

AND CORRUPTIVE TRADE PRACTICES. AFTER THE FILING OF THE ATTORNEY GENERAL COMPLAINT, MY

SITUATION HAS BECOME FROM BAD TO WORST. THE HEALTH DEPARTMENT IS RETALIATING AGAINST

ME IN CRIMINAL MANNER. ON JANUARY 5, 2018 THE LATEST INSPECTION. MISS HILDA WAS THE

INSPECTOR . THE LAST INSPECTION WAS ALSO ON JANUARY 5,2017, SO THIS IS HIGHLY UNUSUAL

SUSPICIOUS INPECTION DATE. AND ALSO SO CLOSE TO MY COMPLAINT OF NOVEMBER 21, 2017.

THE BEHAVIOR OF THE HEALTH INSPECTOR WAS SUSPICIOUS AND SHE CHOSE THE TIME, DATE,AND

HOUR  AFTER A CAREFUL PLANNING. SHE IN COLLUSION AND CONSPIRACY  WITH SUBWAY , AND  IS INVOLVED IN **WINESS TEMPERING AND EVIDENCE TEMPERING** . SHE  WAS ABUSIVE AND WANTS ME TO INSTALL THE ILLEGAL REQUIREMENT  OF INSTALLING A DIVIDER BETWEEN THE VEGGIE SINK AND OTHER TWO SINK IN A SHORT PERIOD  OF TIME OF SEVEN DAYS. IN ALL OF THE CHICAGOLAND , NOT A SINGLE STORE HAS THAT KIND OF  DIVIDER INSTALLED.  THIS WAS THE REQUIREMENT CREATED BY THAT MALACIOUS AND SICK HEALTH  INSPECTOR MISS. Lopez (the supervisor and high official of health department) WHOSE  ILLEGAL INTENTIONS AND MOTIVES ARE QUESTIONABLE. I HAD TOLD MISS HILDA , IT IS IMPOSSIBLE, THEN SHE THREATENED ME BY SAYING,

"I AM DONE WITH YOU." I DO NOT KNOW THE IMPLIED MEANING OF THAT SENTENCE.

3

MY EMPLOYEE WHO WAS PRESENT AT THE TIME OF INSPECTON ANA CARTENO , HER PHONE NO IS 312-966-1624 HER SOCIAL SECURITY NUMBER IS 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. AND SHE LIVES WITH HER PARENTS AT

4600 N. BEACON AVE, CHICAGO,IL-60640. SHE HAD BORROWED $200//DOLLARS FROM RAXA, MY WIFE

ON SUNDAY JANUARY 7,2018. AND TODAY SHE DOES NOT EVEN PICK UP THE PHONE AND SHE DID

NOT COME TO WORK. MISS HILDA HAD BECOME PERSONAL WITH MY EMPLOYEE AND SHE WAS TALKING ABOUT GOING BACK TO SCHOOL. SHE IS HEALTH INSPECTOR, I DID NOT UNDERSTAND

THE MOTIVE AND PURPOSE BEHIND THIS TALK.

IT ALSO APPEARED IN ONE HOUR ANA CARTENO MY EMPLOYEE HAD BECOME SO PERSONAL , FRIENDLY

AND AMICABLE WHICH IS SO SHOCKING AND DUBIOUS WHICH HAS NEVER HAPPENED IN MY 11YEARS OF OWNING THIS SUBWAY. . SHE IS GOING TO MEET HER IN PERSON TOO,

I DO NOT KNOW WHERE IN THE HOUSE OR SUBWAY. MISS HILDA IS FROM UNIT 2, AND HER STAR/BADGE NO IS 228. AND HER SUPERVISORS BADGE NO IS 324.


ALL THE FACTS AND CIRCUMSTANCES WHICH ARE MENTIONED IN MY PREVIOUS FBI COMPLAINT AND COMPLAINT BEFORE THE ATTORNEY GENERAL ARE TO BE INCLUDED AND READ IN CONJUCTION WITH THIS COMPLAINT.

IN MY AG COMPLAINT WITH LISA MADIGAN, I HAD MENTIONED ONE FRANCHISEE , BY THE NAME OF

DAVID SILVER ,HIS PHONE NO IS 847-340-7123. HE IS A SUCCESSFUL FRANCHISEE AND IN THE INNER

CIRCLE OF SUBWAY/CHICAGO.HE WAS TELLING ME HIS SISTER IS LAWYER AND SHE WORKS AS LEGAL INVESTIGAOR. AS MENTIONED IN THE ATTORNEY GENERAL'S COMPLAINT HE WAS TELLING

ME SUBWAY/CHICAGO PHIL MASI IS ITALIAN AND COMIMG FROM MAFIA FAMILY AND WAS TELLING

TO CHECK WIKEPEDIA. SO LOOKS LIKE NOW, HE IS THE ONE WHO IS WORKING AS INVESTIGATOR.

AFTER I FILED COMPLAINT ON NOVEMBER 21/2017 WITH ATTORNEY GENERAL . IN THAT COMPLAINT

I HAD MENTIONED THAT BHARAT RABARI , HE IS THE WITNESS TO MY CASE AS TO MY PRESENCE AND

CERTAIN OTHER FACTS. LO BEHOLD THIS MAFIA HISTORIAN WAS THERE GIVING VISIT TO BHARAT RABARI'S STORE ON NOVEMBER 30/2017. DAVID SILVER WAS THERE FOR THE FIRST TIME IN THE MORNING WHEN HE BORROWED THE DRINK LIDS AND HE CAME TO RETURN IT IN THE EVENING ,WHEN BHARAT RABARI WAS PRESENT. HE WAS TELLING HIM HE HAS STORE WITH $12000 RENT THAT IS HIS SIGNATURE STATEMENT AND HE WAS TELLING HIM , YOU HAVE A NICE STORE THOUGH IT IS A LOW VOLUME AND WORTHLESS AND DISTRESSED STORE. ALL THAT TALK I COULD HEAR DIRECTLY THROUGH MY PHONE AS I WAS TALIKIN WITH BHARAT RABARI .I WAS ON PHONE WITH BHARAT RABARI FOR ALMOST ONE HOUR,TALKING ABOUT LONG INDIAN STORY OF GANDU RAJA AND ANDHERI NAGARI IT IS VERY FUNNY STORY EVERY BODY SHOULD WATCH IT . IT IS ON YOU TUBE. I WAS COMING FROM ONE CONFERENCE FROM NORTHBROOK HILTON , AND I WAS ON MY CAR BLUE THOOTH PHONE ALL THE WHILE TO PASS THE TIME .IMMEDIATELY ON DECEMBER 12/2017 , HIS STORE WAS INSPECTED BY THE

CITY OF CHICAGO. BHARAT RABARI WAS SO SCARED THAT THEY COULD CLOSE HIS STORE. AFTER MY PERSONAL INVESTIGATION , I FOUND OUT SOME MEXICAN LADY OLGA MALDONADO , HER PHONE IS 847-637-3496 , WAS WORKING. SHE DID NOT HAVE REQUIRED CITY OF CHICAGO CERTICATION ,AS PER THE PERSONAL TALK I HAD WITH HER AFTER COUPLE OF DAYS AND PRoBABLY SHE STILL DOES NOT CARRY IT ,SO DOES THE LASU RABARI AND BHARAT RABARI TOO PRABABLY. THEN BHARAT RABARI'S WIFE LASU RABARI CAME,

BUT HER LICENCE WAS ALSO EXPIRED ON THE DAY, THEN HEALTH INSPECTOR WAITS FOR OTHER GUY DIPAK BHATT ,WHO IS THE OWNER OF THE SUBWAY ,TO BRING HIS CERTIFICATE AND HE IS NOT ISSUED ANY TICKET. SO THIS IS A FORM **OF WITNESS INTIMIDATION AND ALSO TEMPERING WITH EVIDENCE AND WITNESS** . BHARAT RABARI WAS REALLY SCARRED THAT HIS STORE WILL BE CLOSED DOWN. EVER SINCE BHARAT RABARI'S BEHAVIOR TOWARDS ME HAS CHANGED. THIS **MALACIOUS INSPECTION,** SO CLOSE TO MY ATTORNEY GENRAL'S COMPLAINT .THE ONLY INFERANCE FROM THAT **IS CITY OF CHICAGO AND SUBWAY/CHICAGO IS WORKING IN CONSPIRACY AND TEMPERING WITH THE STAR WITNESS BHARAT RABARI** BY INTIMIDATION.

SO CITY OF CHICAGO IS CARRYING ON ILLEGAL AND UNCONSTUTIONAL SEARCHES (INSPECTIONS) UNDER THE COLOR OF OFFICIAL AUTHORITY TO TEMPER WITH WITHNESSES AND EVIDENCE TO INTIMIDATE AND THREATEN PEOPLE FOR THE BENEFIT OF SUBWAY CORPORATION.BHARAT RABARI HAD CALLED ME ON ABOUT 7TH OF JANUARY 2017, THAT HE HAS BUYER FOR MY STORE FOR PENNIES TO A DOLLAR AND HE CAN CLOSE (SALE)IN ONE WEEK. SO HE HAS BECOME BROKER FOR SUBWAY CORPORATION.ADDRESS FOR RABARI'S SUBWAY IS: 4771 N. LINCOLN AVE

CHICAGO,IL-60625.

ACCORDING TO LASU RABARI, THE HEALTH INSPECTOR WHO CAME THERE WAS SPANISH SPEAKING.

COPY OF THE LAST INSPECTION REPORT FOR MY SUBWAY IS ENCLOSED HEARWITH.

"POWER CORRUPTS AND ABSOLUTE POWER CORRUPTS ABSOLUTLY".

"THE WEAK CLAMOR FOR JUSTICE AND EQUALITY,

THE POWERFUL PAY NO HEED TO EITHER"

SUBWAY AND THE CITY OF CHICAGO, TWO POWERFUL BODIES PAY NO HEED.

SUBWAY/CHICAGO AND CITY OF CHICAGO VARIOUS DEPARTMENTS LIKE ADMINISTRATIVE COURT,

HEALTH DEPARTMENT. DEPARTMENT OF TRANSPORTATION ARE SO INTERTWINED AND ENTANGLED THAT , THEY ARE ALWAYS BIASED AND PREJUDICED AND AT TIMES OPPRESSIVE AND REPRESSIVE FOR THE BENEFIT OF VESTED INTEREST(SUBWAY/CHICAGO)

SUBWAY AND THE CITY OF CHICAGO TOGETHER ARE PERSECUTING THE "DESPERATE" TARGETS.

SUBWAY HQ IS SECRETALY AND REMOTLY VANDALIZING MY STORE THROUGH

THEIR TECHNOLOGY DEPARTMENT, SO THE BUSINESS GOES DOWN AND ULTIMATLY THE

FRANCHISEE WILL ABANDON THE STORE AND SUBWAY GETS THE STORE FOR FREE WITH NEW, YOUNG AND MOTIVATED FRANCHISEE , WILLING TO OPEN THE NEW STORE NEXT DOOR.

# CHICAGO POLICE DEPARTMENT:

AS I HAD FILED DOJ COMPLAINT ON AUGUST 22/2017 THE DOCUMENT NO: 610103.

IN THAT I HAD MENTIONED THE MAN/WOMAN OR TRANS WHO HAD ASSAULTED BHUMI

PATEL WAY BACK DURING CHRISMAS TIME OF DECEMBER 2016 IN MY SUBWAY. MY FAMILY

FRIEND BHUMI PATEL WHO WAS HELPING IN SUBWAY AT THE TIME . AS MENTIONED IN THE

PREVIOUS COMPLAINT TO FBI DATED AUGUST 22,2017 . THAT CRIMINAL HAD THROWN METAL BELL

ON BHUMI PATEL'S FACE . THAT CRIMINAL HAD COME THE DAY BEFORE THE INCIDENT AND AT THAT

TIME HARSHAD K. DESAI , AND ARTURO HAD TOLD THAT CRIMINAL GO AWAY. AND HE/SHE WAS GONE. THEN AGAIN NEXT MORNING THAT CRIMINAL CAME, BHUMI PATEL TOLD HIM/HER NOT TO SLEEP HERE AND GO AWAY, AT THAT TIME THAT CRIMINAL BACAME ANGRY AND THROW THE BELL ON BHUMI'S FACE, WHICH HAD HIT HER FOREHEAD , JUST ABOVE THE EYEBALL.THAT CRIMINAL ALSO HAD THROWN SOME CHRISTMAS ORNAMENTS , SINCE IT WAS DURING CHRIASMAS TIME. SHE WAS SO MUCH TRAUMATISED AND DISTURBED. THEN AFTER THAT INCIDENT THAT CRIMINAL DID NOT COME FOR ANOTHER SIX OR SEVEN MONTHS. THEN SUDDENLY THAT CRIMINAL STARTED TO REAPPEAR DURING THE SAME PERIOD AS THE SUBWAY INVESTIGATOR.

BHUMI PATEL SOMETIMES S WOULD OPEN THE STORE OR SOME TIMES ANA CARTENO WOULD OPEN THE STORE. WHEN BHUMI OPEN THE STORE, SHE WOULD NOT CALL THE POLICE BECAUSE OF THE EXPERIENCE OF HER HAVING HAD THAT IMPULSIVE FELONEOUS ASSUALT BY THAT CRIMINAL. ONLY WHEN IN THE AFTERNOON 2ND EMPLLOYEE COME, THE OTHER EMPLOEE , WOULD CALL POLICE AND THEN WOULD THAT CRIMINAL GO. WHEN ANA CARTENO OPEN THE SUBWAY SHE WOULD CALL THE POLICE RIGHT AWAY. THEN POLICE WILL COME SOMETIMES AFTER FOUR OR FIVE OR SIX HOURS. UNTIL THEN THAT CRIMINAL WOULD BE STALKING MY FEMALE EMPLOYEES.

AS MENTIONED IN MY PREVIOUS FBI COMPLAINT , ONE DAY THAT SUBWAY INVESTIGATOR CAME

WHEN THIS CRIMINAL WAS THERE , AND THAT ARROGANT INVESTIGATOR WANTED TO BUY A
SANDWICH FOR THAT CRIMINAL AND WAS LAUGHING AT MY PITIABLE PLIGHT.

AS MENTIONED IN MY NOVEMBER 21/2017 COMPLAINT TO ATTORNEY GENERAL LISA MADIGAN,
THE LAST TIME THAT I HAD A ENCOUNTER WITH THAT CRAZY PAERSON SHOULD BE AROUND
IN OCTOMBER 2017. WHEN ANA CARTENO HAD OPENED THE STORE. WHEN SHE CALLED ME
THAT HANDLE OF THE BREAD OVEN WAS BROKE.  SO I WENT TO SUBWAY PICKING UP TWO
CREW DRIVERS  OF DIFFERENT SIZES FROM MY HOME  TO FIX THE  HANDLE OR REPLACE WHATEVER
WAS NECESSARY TO DO ON THAT DATE. WHEN I REACHED THE STORE , THAT CRIMINAL WAS THERE.

ANA CARTENO, MY EMPLOYEE  WAS THERE . SHE TOLD ME SHE HAD CALLED THE POLICE. SO
SAID OK. THEN I WENT NEAR THAT CRIMINAL TO ASK WHY ARE YOU COMING HEAR? WHEN
I ASKED HER QUESTION , HE/SHE BECAME ANGRY AND HIT ME WITH NEWSPAPER , THAT WAS LYING
ON THE TABLE, ENEN MY GLASSES FELL OFF. I IMMEDITLY  BACKED OFF AND TOLD ANA TO PRESS
THE PENIC BUTTON FOR THE ALARM. SHE PRESSED THE PENIC BUTTON AND I WENT TO CLOSE TO
THE DOOR , SO THAT I CAN HAVE THIS CRIMINAL ARRESTED. BUT HE/SHE SIGNALLED ME WITH HAND
TO GO AWAY. THEN I OPENED THE DOOR TO LET HIM GO. THEN I WAS FOLLOWING HIM/HER
EXPECTING THE POLICE TO COME ANY SECOND. THEN THAT CRIMINAL TOLD ME NOT TO FOLLOW
HIM/HER AND I RETRACTED CLOSE TO MY SUBWAY. THEN ONE POLICE CAR CAME AND I WENT TO
HIM, AND HE TOLD ME TO SIT IN THE CAR AND REST OF THE  STORY IS IN  AG  LISA MADIGON 'S
COMPLAINT WHICH I PLACE IT HERE.

"ABOUT CHICAGO POLICE DEVELOPMENT. RECKLEES ENDANGERMENT
THERE WERE NUMEROUS CALLS FROM MY SUBWAY TO 311 ABOUT TO ME LOOKED LIKE  FAKE
CRIMINAL  CRAZY HOMELESS PERSON  WHO WOULD COME TO SUBWAY AND SLEEP AND
INTENTIONALLY CRIMINALLY HARRASE ME AND MY EMPLOEES. THE INACTION OR NON-ACTION
ON THE PART OF CPD WAS VERY SUSPICIOUS AND LOOKED LIKE HE\SHE WAS PART OF THE POLICE
DEPARTMENT, BEACAUSE SHE WAS NEVER IDENTIFIED. EVEN IN THE LAST ENCOUNTER , I TOLD POLICE
OFFICER TO ARREST THAT FAKE CRAZY CRIMINAL WHO HAD ASSAULTED MY EMPLOYEE BEFORE AS
MENTIONED IN MY FBI COMPLAINT. BUT POLICE OFFICER TOLD ME HE WILL NOT ARREST , HE WILL
TAKE HER\HIM TO HOSPITAL . BUT WHEN WE WERE CLOSEBY , HE DID NOT ARREST  AND DID NOT

TAKE HER TO HOSPITAL,SAYING HE/SHE DID NOT WANT TO GO TO HOSPITAL. AGAIN I COULD NOT GET THE IDENTITY OF THE PERSON , WHETHER HE/SHE IS REALLY CRAZY CRIMINAL PERSON OR HE\SHE IS IS WORKING FOR THE BENEFIT OF A VESTED INTEREST, THE SUBWAY.THERE SHOULD BE POLICE VIDEO FOR THAT LAST INCIDENCE. I DO NOT KNOW THEIR PROCEDURES FOR PRESERVATION OF POLICE VIDEOS.

I HAVE MY OWN SURVEILLANCE AVAILABLE , IF YOUR OFFICE NEEDS IT , TO FURTHER INVESTIGATE OR CORROBORATE MY STATEMENTS.I HAVE A PICTURE OF THAT CRIMINAL WHICH I HAVE ENCLOSED HEREWITH WHICH I TOOK IN THE SUBWAY.SO PLEASE CONSIDER THIS AS MY COMPLAINT FOR THE OFFENCE AND DO THE NEEDFUL TO INVESTIGATE THIS CRIMINAL AND HIS IDENTITY.

I HAD ANA CARTENO AS A WITNESS TO MY LAST ENCOUNTER BUT DUE TO WITNESS TEMPERING AND EVIDENCE TEMPERING BY CITY OF CHICAGO, HEALTH DEPARTMENT, THAT EMPLOYEE IS GONE WITHOUT ANY MESSAGE OR PHONE CALL. MAY BE SHE IS OFFERED LUCRATIVE DEAL SO THAT THEY MIGHT USE HER TO FRAME ME IN FALSE CASE OR CASES OR MY BUSINESS.

ON DECEMBER 19/2017 I RECEIVED A CALL FROM NEW JERSEY BY THE NAME TOMASZ , AND HIS PHONE NO: IS 201-760-1771. HE WANTED ME TO CONNECT THE SURVEILLANCE DVR WHICH I HAVE DISCONNECTED TO PRESERVE AND PROTECT THE EVIDENCE AGAINST THIS SUBWAY INVESTIGATOR, THIS CRIMINAL AND MY SUBWAY INSPECTOR , SYLVIA , TO CONNECT THE DVR SO THAT HE CAN DELETE ALL THE EVIDENCE. THE MANAGER'S NAME IS ADRIAN ON THAT DAY, THE SUPPORT MANAGER. SUBWAY SURVEILLANCE IS SUPPORTED BY EZ UNIVERSE BUT STILL THEY MUST HAVE INDIRECT OR TECIT CONTROL OVER IT, SINCE IT IS STILL SUBWAY NAME. SO THEY ARE TRYING TO HELP SUBWAY HQ IN A CONCEALED MANNER, THAT IS WHAT I IMAGINE.SAME DAY AND ABOUT SAME TIME SYLVIA(SUBWAY INSPECTOR) CAME AND QUITELY AND SECRETLY DID HER INSPECTION AND WENT AWAY.

SO THERE ARE NUMEROUS IMPROPRIETIES AND MALACIOUS BEHAVIOR OF SO MANY PARTIES IN SUBWAY SYSTEM AND CITY OF CHICAGO'S VARIOUS DEPARTMENTS , THAT I HAD TO FILE SO MANY COMPLAINTS AGAINST MY OWN LAWYER, PROSECUTOR, JUDGE , ETC.

I AM WRITING THIS IN A HURRY AS I AM EXPECTING A BACKLASH BY CITY OF CHICAGO, ON THIS FRIDAY , BECAUSE THAT HEALTH INSPECTOR IS COMING TO REINSPECT MY PLACE ON FRIDAY,

AND I HAVE NO CLUE ABOUT IT.

SINCERELY,

HARSHAD DESAI

01/09/2018

ENCLOSURES:

1 ATTORNEY GENERAL LISA MADIGAN'S COMPLAINT DATED NOV 21, 2017.

2 FBI COMPLAINT DATED AUGUST 22/2017 DOC #610103.

3 HEALTH INSPECTION REPORT DATED JANUARY 05/2018.

4 MY COMPLAINT TO ARDC AGAIST ATTORNEY PETER WINTHOP.

5 ATTY. PETER WINTHROP'S RESPONSE.

6 MY RETURN RESPONSE TO PETER WINTHROP'S RESPONSE.

7 MY ARDC RESPONSE TO DANIAL A. TEINOWITZ DATED 06/05/2017

8 RESPONSE OF DANNY MY LAWYER DATED MAY 23/2017

9 FIRST COMPLAINT TO ARDC OF MAY 04/2017

10 COMPLAINT AGAINST PROSECUTOR FOR DIFFERENT VIOLATIONS.

11 COMPLAINT AGAINST JUDGE ALO #24

12 COMPLAINT AGAINST JUDGE ALO#23

13 COPY OF THE FRANCHISE JOURNAL TWO PAGES.

14 COPY OF THE PICTURE OF CRIMINAL WHO ASSAULTED ME AND BHUMI PATEL.

**INSPECTOR**
**general MAY15,2018**

FROM: HARSHAD K. DESAI

RAXA H. DESAI

KULU-MANALI INC DBA  SUBWAY

1938 W. LAWRENCE AVE

CHICAGO.IL 60640.

MY PHONE NO:773-510-8292.

TO> INSPECTOR GENERAL OF CITY OF CHICAGO.

MAY 1, 2018.

(REVISED MAY 15TH, 2018)



Miss:-Hilda
& Ana

DEAR SIR,

I HAD A HEALTH DEPARTMENT INSPECTION ON JANUARY 5, 2018 (FRIDAY). THE HEALTH DEPARTMENT LOVES CHOOSING FRIDAYS TO INSPECT MY STORE. MISS HILDA WAS RUDE AND ARROGANT WHILE INSPECTING MY SUBWAY STORE. IT APPEARS TO ME, THERE IS CONSPIRACY GOING ON BETWEEN THE HEALTH DEPARTMENT AND SUBWAY DEVELOPMENT CORPORATION OF CHICAGO.  IT APPEARS TO ME SHE CAME TO SUBWAY FOR INSPECTION WITH ULTERIOR MOTIVES AND TO FABRICATE EVIDENCE AND INTIMIDATE MY EMPLOYEES. SHE WAS SPECIFICALLY LOOKING FOR ANA AND BHUMI AS THEY ARE THE EYE WITNESSES AND VICTIMS TO THE STALKING AND HARRASMENT BY A CRIMINAL WHOSE PICTURE IS ENCLOSED HEREWITH.

MS HILDA TOLD ME TO INSTALL A DIVIDER BETWEEN THE VEGGIE SINK AND THE THREE COMPARTMENT SINK, WHICH NO SUBWAY IN CHICAGOLAND HAS. THIS WAS A MALICIOUS REQUIREMENT CREATED BY MISS LOPEZ, WHEN SHE HAD CLOSED DOWN MY SUBWAY. NEXT WEEK THE SECOND INSPECTION OCCURRED (JAN 12TH, 2018) AND MISS HILDA LOOKED VERY TENSE AND STRESSED OUT (POSSIBLE AS I HAD FILED A DOJ COMPLAINT RIGHT AFTER HER FIRST INSPECTION). I DID NOT HAVE THE DIVIDER INSTALLED. NO PLUMBER OR CONTRACTOR HAD ANY CLUE ABOUT INSTALLING THAT DIVIDER. I HAD CALLED 10 PLACES TO GET THAT DONE, BUT NOBODY WANTED TO DO IT OR KNEW HOW TO DO IT. SO I TOLD MISS HILDA THAT I AM NOT GOING TO DO IT. SHE WAS SO PERSISTENT ABOUT THAT USELESS REQUIREMENT THAT SHE WAS CALLING MY WIFE ON HER JOB AND HARASSING HER ON THE PHONE FOR NO REASON. SHE WAS TELLING ME SHE CAN STAY IN THE SUBWAY AS LONG AS SHE WANTS, EVEN AFTER THE INSPECTION WAS DONE. SHE CONTINUED TO STAY ON THE PREMISES. I EXPRESSLY TOLD HER "I CAN NOT FULFILL YOUR REQUIREMENT", STILL SHE CONTINUED TO STAY ON THE PREMISES AND CONTINUED TO HARRASS ME. SHE ALSO BROUGHT UP AN INAPPROPRIATE AND TABOO TOPIC OF ANA BEING PREGNANT, AND SHE WAS DUE IN A WEEK. WE NEVER KNEW ABOUT IT AND SHE WAS TALKING ABOUT IT IN MY PRESENCE WITH JACQUELINE RUIZ, THE EMPLOYEE ON DUTY ON THAT DATE. JACQUELINE'S STATEMENT IS ENCLOSED HEREWITH IN HER HANDWRITING. THERE IS NO REASON AND PURPOSE FOR THAT TOPIC TO BE DISCUSSED.

4

I HAD ALSO HAD TO FILE A FBI COMPLAINT ABOUT HER BEHAVIOR, IMMEDIATELY AFTER THE FIRST INSPECTION AS I WAS SO SCARED OF THE SITUATION. I FELT THREATENED AND I MIGHT BE FALSELY IMPLICATED. I HAD A COURT DATE ON MAY 3, 2018 ABOUT THE SAME CASE. MS HILDA WAS INTENTIONALLY NOT MADE AVAILABLE TO TESTIFY IN THE COURT ABOUT HER MALICIOUS BEHAVIOR. THE PROSECUTER IS TRYING TO COVER AND CONCEAL THE FRAUD. THIS IS HOW THE CODE OF SILENCE PREVAILS IN THE CITY OF CHICAGO.

EVEN THE DATE CHOSEN FOR THE INSPECTION WAS 01/05/2018 AND EXACTLY SAME DAY THE PREVIOUS INSPECTION WAS DONE ON 01/05/2017. THEY COULD NOT WAIT EVEN A DAY MORE. MISS HILDA WAS ALSO CONSTANTLY ON THE PHONE WITH HER SUPERVISOR FROM OUR BACKROOM. SHE WAS TALKING WITH BRIAN OR MISS LOPEZ WHO IS THE SUPERVISOR FOR THE DAY. THE CODE OF SILENCE PREVAILS IN THE HEALTH DEPARTMENT. THEY ARE ALL RUDE, ARROGANT AND BEHAVE LIKE THEY ARE OUR MASTERS.

## DISCRIMINATORY PRACTISES OF CITY HEALTH DEPARTMENT:

1.MISS LOPEZ ALSO WENT TO MY FRIEND'S SUBWAY RAJ PATEL, IN JEFFERSON PARK NEIGHBORHOOD OF CHICAGO. HE DISCLOSED THE FACT THAT MISS LOPEZ WENT TO INSPECT HIS STORE AND SHE GOES TO INSPECT HIS STORE ON DEMAND (WHENEVER HE ASKS HER TO COME BASED ON HIS SCHEDULE) AND SHE DID NOT WRITE ANY TICKET TO HIM. MISS LOPEZ WAS TALKING ABOUT MY WIFE RAXA, AND THE FACT THAT OUR STORE WAS CLOSED DOWN AND THEY BOTH WERE LAUGHING ABOUT THIS. THESE WERE THE FACTS DISCLOSED BY RAJ PATEL WHEN WE HAD PERIODIC BEER AND FOOD PARTY AT ONE OF HIS STORES WITH OUR COMMON FRIENDS AND HIS EMPLOYEES. RAJ PATEL TOLD ME, THEY NEVER WRITE HIM A TICKET IN A SIMILARLY SITUATED BUSINESS (SUBWAY).

2. MY FRIEND BHARAT RABARI TOLD ME THAT WHEN HIS SUBWAY RESTAURANT WAS INSPECTED BY THE CITY OF CHICAGO THERE WAS NO CERTIFIED FOOD MANAGER ON DUTY AT THE TIME. THE HEALTH INSPECTOR DID NOT WRITE UP THEIR STORE FOR THIS VIOLATION AND INSTEAD WAITED FOR THE FRANCHISE OWNER TO ARRIVE WITH THE FOOD MANAGER CERTIFICATE. DURING MY RESTAURANT'S INSPECTION, I WAS ISSUED A VIOLATION AS MY EMPLOYEE ONLY HAD A COPY OF HER FOOD SERVICE CERTIFICATE. WHILE THE INSPECTION WAS GOING ON, MY FORMER EMPLOYEE AND MYSELF BOTH CAME TO THE STORE WITH VALID FOOD HANDLER CERTIFICATES. MS HILDA COULD HAVE USED HER DISCRETION TO REMOVE THE VIOLATION BUT INSTEAD CHOSE TO FINE MY BUSINESS. I WITNESSED HILDA AND ANNA (EMPLOYEE WITH COPY OF FOOD HANDLERS CERTIFICATE) CHATTING AND LAUGHING WHILE CONVERSING. WHEN I APPROACHED THEM, ANNA TOLD ME THAT SHE WANTS TO GO BACK TO SCHOOL AND SEEMED VERY EXCITED. THIS IS SUSPICIOUS AS ANNA IS NEVER THAT HAPPY AND TALKATIVE DURING REGULAR WORK DAYS BUT HER CONVERSATION WITH MS HILDA CAUSED THIS SUDDEN EXCITEMENT. EVEN THOUGH IT SEEMED THAT HILDA AND ANNA WERE HAVING A GOOD TIME CONVERSING, HILDA STILL MALICIOUSLY NOTED IN THE VIOLATION THAT ANNA DID NOT HAVE A VALID ID APART FROM THE ORIGINAL FOOD HANDLERS CERTIFICATE. THE CODE VIOLATION 21 STATED BY MS HILDA: "NOTED NO CERTIFIED FOOD MANAGER ON DUTY WITH ORIGINAL CITY OF CHICAGO FOOD SERVICE CERTIFICATE AND NO PROOF OF IDENTIFICATION WHILE POTENTIALLY HAZARDOUS FOODS ARE PREPARED AND SERVED (CHICKEN, SOUPS, SALADS, DELI MEATS ETC). INSTRUCTED TO HAVE A FOOD MANAGER WITH ORIGINAL CITY OF CHICAGO FOOD CERTIFICATE ON SITE. SERIOUS VIOLATION #7-38-012). MS HILDA INTENTIONALLY MADE THIS VIOLATION MUCH MORE VICIOUS SO THAT MY

BUSINESS CAN BE CLOSED DOWN BY THE FRANCHISOR. AFTER THIS INSPECTION, MY STAR WITNESS ANNA NEVER CAME BACK TO WORK AND HAS IGNORED ALL MY REQUESTS FOR COOPERATION TO RESOLVE THE MATTER.

IN THE BHARAT RABARI'S STORE LOCATED ON 4771 N. LINCOLN AVE, CHICAGO. HE HAS DIPAK BHATT VANDANA BHATT AS PASSIVE INVESTORS IN THE SUBWAY AND BHARAT RABARI AND LASU RABARI ARE THE ACTIVE MANAGERS OF THE SUBWAY. SO THE DIPAK BHATT BEING PRESENT AT THE HEALTH INSPECTION IS NEXT TO IMPOSSIBLE UNLESS THE HEALTH INSPECTOR MALACIOUSLY WAITS FOR HIS ARRIVAL TO INTIMIDATE AND BULLY THEM.

YOU ALSO NEED TO FIND SOME OTHER SUBWAY STORE WITH SIMILAR INSPECTION REPORT WRITTEN LIKE MINE AND SEE SIMILARILTY AND READ THE REPORT BETWEEN THE LINES TO FIND FRAUD AND COLLUSION WITH SUBWAY DEVELOPMENT CORPORATION OF CHICAGO.


PLEASE YOU NEED TO INVESTIGATE MISS HILDA AND MISS LOPEZ AND ALL THE OTHER PERPETRATORS OF THIS FRAUD. THE SUBWAY CORPORATION OF CHICAGO IS USING ITS CONNECTIONS AND CLOUT WITH CITY OFFICIALS TO INTIMIDATE AND SHUT DOWN TARGETED FRANCHISEES. THIS CASE IS A HYBRID BETWEEN WHITE COLLAR CRIME AND PUBLIC CORRUPTION. I HAD FILED A COMPLAINT WITH ATTORNEY GENERAL, BUT THEY DID NOT INVESTIGATE. PLEASE CONTACT ME FOR FURTHER INFORMATION.


Sincerely,

Harshad Desai

Phone: 773-510-8292

REQUEST FOR INVESTIGATION 

MAY 04 2017

ATTY REG & DISC COMM
CHICAGO

Use this form to request an investigation of:
1) an Illinois lawyer;
2) a non-Illinois lawyer who has provided legal services in Illinois; or
3) a non-lawyer who you are claiming has engaged in the unauthorized practice of law in Illinois.

Return the completed form by mail or facsimile to:

| | |
|---|---|
| ARDC | ARDC |
| 130 E. Randolph Dr., Ste. 1500 | 3161 W. White Oaks Dr., Ste. 301 |
| Chicago, IL 60601-6219 | Springfield, IL 62704 |
| Phone: (312) 565-2600 or (800) 826-8625 | Phone: (217) 546-3523 or (800) 252-8048 |
| Fax: (312) 565-2320 | Fax: (217) 546-3785 |

**or**

1. Your name: DESAI, HARSHAD K.

Street address: 6312 N. TROY ST

City: CHICAGO   State: IL   Zip: 60659

Home phone: 773-274-8292   Work phone: _____   Cell phone: 773-510-8292

E-mail address: HARSHADDESAI11@gmail.com

2. Name of lawyer/person you want to be investigated: DANNY TEINOWITZ

Name of law firm or business: _____

Street address: _____

City: _____   State: _____   Zip: _____

Phone: 312-505-5222

3. Have you previously contacted the ARDC regarding this matter?   Yes _____   No ✓

If yes, when and how did you contact us? _____

4. Did you employ the lawyer/person you are complaining about:   Yes ✓   No _____

4a. If you answered yes to question 4:

When did the employment start? _____

What was the fee agreement? $150

How much have you paid the lawyer/person to date? _____

*over*

5. If your request relates to a court case or other proceeding, please provide the following:

Name of court or agency: City of Chicago, Department of Administrative Hearings

Name of case: DOCKET NUMBER 16 DH 000758

Case number: Docket Number 17 DH 000334 (still pending in court.)

6. Please explain your complaint(s). Include important dates and names of witnesses and others involved. Use additional pages if necessary. Attach copies of documents that support your complaint, such as fee agreements, receipts, checks, letters and court papers.

I had hired Mr. Danny to represent me in the above case. I told him to take it to trial and show the evidence and videos, I had to the judge. But he refused to take it to trial even though, I told him to take trial. He gave me wrong advice and he is not competent and he is unprofessional. He was behaving suspiciously. He made a false statement, that computer in this room is broke, and went to some unknown judge and came back after one hour, told me, you have to pay this ___ time. He plead guilty, without informing me of my rights and also what judge did he go to, if at all, he went to judge. I did not understand, why he changed the court room where I was standing, to an unknown court room or god knows, where? He was behaving suspicious and unprofessional. He told me on the phone not to talk to any other lawyer and take any advice from the other lawyer. I do not understand the purpose of that statement.

I had also hired him for Docket # 17DH000334, again, he told me to plead guilty without thinking of consequences of plead guilty. And I had to take court date and hired another lawyer, He is just a plead guilty lawyer!. Is he behaving maliciously, to help City prosecutors? This is a Franchise Business and I can loose all of my life savings, Im this kind of

Signature: plead guilty lawyer.
H. Jenn

Date: 4-5-17

# RECEIVED

**JUN 05 2017**

**ATTY REG & DISC COMM
CHICAGO**

COPY

FROM : HARSHAD K. DESAI

6312 N. TROY STREET

CHICAGO,IL 60659

TO:

ATTORNEY REGISTRATION AND DISCIPLINERY COMMISSION

130 EAST RANDOLPH DR SUITE 1500

CHICAGO,IL 60601-6219

312-565-2600

Datel 6 | 5 | 2017

DEAR SIR,

RE: DANIEL A. TEINOWITZ IN RELATION TO

HARSHAD K. DESAI NO: 2017IN01877

I AM IN RECEIPT OF THE RESPONSE SUBMITTED BY THE ATTORNEY DANIEL A. TEINOWITZ.

I WILL REFER HIM AS DANIEL IN SHORT. AS MENTIONED IN DOCKET NO 16DH000758

I HAD RECEIVED TICKET FOR NO HOT WATER.H000102918. BUT THE TRUTH IS I DIID HAVE A HOT

WATER. AND I HAD A VIDEO TO THAT EFFECT. ONLY THE TEMPERATURE WAS DIFFERENT AFTER FILLING
UP TWO SINKS , WHEN YOU START THE FAUCET THERE WAS HOT WATER, AFTER YOU FILL UP TWO
SINKS , THE WATER TEMPERATURE DROPPED TO 94 DEGREES INSTEAD OF 110 DEGREES BECAUSE THE
TANK WAS UBDERSIZED. NOBODY IN ALL THE YEARS OF MY OWNING THE SUBWAY HAS USED THIS
MALACIOUS AND ARBITRARY METHOD TO TAKE WATER TEMPRATURE . THAT IS WHAT I WANTED
ATTORNY DANIEL TO SHOW IT TO THE JUDGE. BUT HE REFUSED TO TRY THE CASE. SAME ABOUT WASTE
WATER BACKING UP INTO SINKS. I ALSO HAD VIDEO TO SHOW TO THE JUDGE, THE WATER WAS GOING.

WHEN SENITARIAN CAME , WATER WAS FLOWING AND GOING , I HAD A VIDEO TO THAT EFFECT.

BUT ALL MY REQUEST TO TRY THE CASE WENT FUTILE. I EVEN TALKED TO ONE BLACK PUBLIC
PROSECUTOR , AND TRIED TO SHOW THOSE VIDEOS IN MY DEFENCE , BUT HE SAID I HAVE TO

SHOW IT TO MY LAWYER AND MR. DANIEL WAS NOWHERE TO BE FOUND. AND THESE ARE

THE QUESTIONS OF FACT , WHICH JUDGE HAS TO DECIDE.

I ALSO ASKED MR. DANIEL , WHETHER THE HEALTH INSPECTORS WILL COME TO TESTIFY OR NOT?

6

2

SO HE CAN CROSS EXAMINE THEM. HE SAID ,NO THEY WILL JUST GO BY PAPER. IS THAT TRUE OR LIE?

I STILL DO NOT KNOW? DOES HE EVER ASK FOR TRIAL IN THAT ADMINISTRATIVE COURT?HE HAS INHERENT BIAS , OR CONFLICT OF INTERST OR MALICE , WHAT DOES HE HAVE TO REFUSE THE TRIAL?

MR. DANIEL SAID IN HIS RESPONSE THAT CITY OF CHICAGO , DEPARTMENT OF HEALTH TAKES THESE TYPES OF VIOLATIONSVERY SERIOUSLY DUE TO THE POTENTIAL HEALTH DANGERS POSED TO CUSTOMERS , BUT AT THE SAME TIME MY PERSONAL FREEDOM , LIBERTIES AND RIGHTS ARE

VIOLATED .WHEN CITY INSPECTORS FUNCTION UNDER THE COLOR OF AUTHORITY OF LAW AND USE THAT AUTHORITY TO INTIMIDATE AND TERRORISE AND ABUSE THE PEOPLE FOR THE BENEFIT OF FEW RICH AND POWERFUL AND VESTED INTERST. .

SO WHEN I EXPRESSLY TOLD HIM TO TAKE A TRIAL , HE REFUSED TO TRY THE CASE. HE THINKS

LIKE A PROSECUTOR WHEN HE IS SUPPOSED TO DEFEND ME.

I HAVE NEVER HEARD OF ANY THING LIKE , LAWYER PLEADS GUILTY ON BEHALF OF A CLIENT.

IS THAT LEGAL IN THIS COURT? I DO NOT KNOW. I WAS WAITING TO GO BEFORE THE JUDGE JUST LIKE ALL THE OTHER TIMES, SO I CAN TRY TO SHOW MY EVIDENCE.

WHEN THE CLIENT IS PRESENT IN THE COURT,ONLY THE CLIENT HAS THE RIGHT TO PLEAD GUILTY BEFORE THE JUDGE. THAT IS THE NORMAL PROCEDURE .

FOR THE JANUARY 5,2017 TICKET DOCKET NO 17DH 000324 FOR" POOR HYGIENIC PRACTICES" I TOLD MR. DANIEL TO PLEAD NOT GUILTY . AND HE GOT ANGRY AND TEAR DOWN HIS REPRENTATION

AND TOLD ME TO GO. I HAD TO GO TO THE JUDGE TO GET A COURT DATE BECAUSE AGAIN HE REFUSED

TO TRY THE CASE. ALL HE HAD TO SAY WAS NOT GUILTY. WHATEVER WAY THE DECISION COMES. I CAN

GO IN APPEAL AND GET A FULL TRIAL. BUT INSTEAD AGAIN HE SHOCKED ME BY REFUSING TO TRY THE CASE. AND HE WAS COERSING ME TO PLEAD GUILTY LIKE THE FIRST TIME. BASICALLY THAT TICKET IS JOKE WITH HIGH SOUNDING WORDS.AND IT IS PENDING BEFORE THE COURT SO I DO NOT WANT TO COMMENT ON IT. IT IS JUST TERROR TECHNIQUE BY HEALTH DEPARTMENT TO BENEFIT VESTED INTEREST.

MR. DANIEL ALSO REPRESENTED ME ON DEPARTMENT OF TRANSPORTATION TICKETS. WHICH CLEARLY SHOW THAT I WAS THE TARGET . THERE WERE CLOSE TO TWENTY FIVE PICTURES TAKEN BY DOT INSPECTOR TO TERRORISE ME AND MY WIFE AFTER ELEVAN YEARS OF OWNING THIS SUBWAY FRANCHISE. HE WOULD COME INSIDE AND PERSONALLY THREATEN MY WIFE WITH TICKETS

7  3

MR. DENIEL SAID IN HIS ANSER THAT PRINTER WAS NOT WORKING. IN REALITY , HE CLEARLY

TOLD ME COMPUTER IS NOT WORKING.THERE IS A BIG DIFFERENCE BETWEEN COMPUTOR AND
PRINTER AS EVEN A CHILD CAN UNDERSTAND.  IT TOOK MUCH MORE THAN FEW MINUTES , IT TOOK

ALMOST AN HOUR FOR HIM TO RETURN. IN THE MEANTIME I WAS TALKING WITH THAT BLACK PUBLICE
PROSECUTOR, I AM SORRY I DO NOT KNOW HIS NAME. HE ALSO TOLD MR. DENIEL THE VIDEO DOES
NOT SHOW TEMPARATURE BUT IT WILL SHOW THE STEAMING HOT WATER BEFORE MR. DENIAL
DISAPPEAR . I TRIED  TO SHOW HIM MY VIDEO  EVIDENCE.THERE ARE MANY OTHER THINGS WHICH CAN
POINT  TO EXCESSIVE FORCE AND MALICE ON THE PART OF CITY OF CHICAGO HEALTH DEPARTMENT.

ON THE FACE OF THESE THREE TICKETS , IT LOOKS SIMPLE BUT WHEN YOU FORENSICALLY

DISSECT THE WHOLE REPORT IN CONJUCTION WITH THE BEHAVIOR AND ATTITUDE OF THE

SANITARIAN DURING THE TIME , ONLY CAN GIVE TRUE PICTURE . MR. DENIEL IS HIDING HIS TRUE

IDENTITY.

MR. DENIEL IS TALKING ABOUT FEE DISPUTE. THERE WAS NO FEE DISPUTE. HE DID NOT EVEN TELL

ME HIS FEES. HE JUST REFUSED TO REPRESENT ME. HE IS A PLEAD GUILTY LAWYER ACCORDING TO

MY EXPERIENCE. I DO NOT KNOW WHETHER HE DID IT INTENTIONALLY  AND KNOWINGLY?

WHEN I HEARD THAT , I IMMEDIATY CAME TO ARDC OFFICE STREIGHT FROM COURT  TO FILE A

COMPLAINT AGAINT HIM.

I HAVE BIG DOUTS ABOUT HIS HONESTY AND COMPETANCY .

HE IS ATTRIBUTING  MY UNHAPPINESS  TO THE UNPAID FINES FROM THE FIRST SET OF CHARGES AND
THE MATTER IS NOW IN COLLECTION?  HOW IS THIS EVEN RELEVENT TO THIS COMPLAINT.?

I HAVE NOT PAID THAT TICKET BACAUSE HE FAILED TO REPRESENT ME AND I HAVE LOST MY

SLEEP OVER THE INJUSTICE THAT I HAD TO ENURE BECAUSE OF HIS ACTION .HOW DOES HE

KNOW , THE FINES ARE NOT PAID? IS HE ALLOWED TO LOOK IN TO MY PRIVATE AFFAIR?

I DO NOT SEE THE PURPOSE OF HIM CHECKING FOR MY  UNPAID FINE. THIS SHOWS HIS

MALACIOUS INTENTIONS.

Encli- City law Dept
=Investigation
request ,

6 - 5 - 2017 .

FROM : SUBWAY. DBA KULU-MANALI INC

HARSHAD K. DESAI

1938 W. LAWRENCE AVE

CHICAGO,IL 60640

**RECEIVED**

JUL 19 2017

ATTY. REG. & DISC. COMM.
CHICAGO

TO:

ATTORNEY REGISTRATION AND DISCIPLINERY COMMISSION

130 EAST RANDOLPH DR SUITE 1500

CHICAGO,IL 60601-6219

312-565-2600

Dated: July 19, 2017.

DEAR SIR,

I HAD A COURT DATE ON JUNE 15, 2017 , I HAD HIRED MR. PETER WINTHROP PHONE NO 708-598-8400
TO REPRESENT ME ON MY CASE DOC NO; 17DH000334 CIT NO: H000115352. MR. PETER WINTHROP
IS REGULARLY PRACTICING IN ADMINISTRATIVE COURT. MR. ARTHUR ROPP WHO HAD TURNED ME
DOWN AS CLIENT SHOWED ME THAT MR. PETER WILL TAKE YOUR CASE. SO I APPROACHED HIM.
I HAD A HARD TIME TO FIND ME A LAWYER DUE TO THE SITUATION I WAS IN CREATED BY 3RD PARTY.


I TOLD MR. PETER WINTHROP THAT ALL I WILL SAY IS THESE ARE MALACOUS ATTACKS. THEN HE
IMMEDIATELY THREATENED ME THAT IF I USE THAT SENTENCE , I WILL NOT REPRESENT YOU. HE
WAS BIASED AND NOT INTERESTED IN GETTING ME JUSTICE. HE WAS TELLING THE PROSECUTOR THAT
HE DOES NOT CARE FOR ME. I AM NOT KNOWN TO HIM. I HAD JUST WALKED UP TO HIM. THAT IS
WHAT HE WAS TALKING WITH PROSECUTOR IN PRETRIAL ROOM. ALL THAT I COULD LISTEN OUTSIDE
THE ROOM WHERE I WAS STANDING.

HE REPRESENTED ME IN AN INCOMPETENT MANNER AND DESTROYED MY NATURAL TESTIMONY.
HE MISSTSTED MATERIAL FACT OF MALICE , CONPIRACY AND COLLUSION AS VENDETTA AND FRAMED
FALSE ISSUE OF VENDETTA. THERE IS NO VENDETTA IN CITY OF CHICAGO, THERE IS ONLY CODE OF
SILENCE AND COLLUSION TO PROTECT THE VESTED INTEREST.

BY MISSTATING THE MATERIAL FACT OF MALICIOUS ATTACKS AS VENDETTA , THE WHOLE OUTCOME

OF THE CASE HAS CHANGED. THERE IS MALICE ON THE FACE OF THE RECORD, BUT HE INTENTIONALLY

AGREED WITH PROSECUTOR AS VENDETTA. THERE ARE ADMITTED RECORDS OF MY PLACE BEING

A TARGET FOR MALACIOUS ATTACKS. MY LAWYER PETER WINTHROP AND PROSECUTOR ARE

MISSTATING MATERIAL FACT TO COVER AND CONCEAL FRAUD AND MIS DEEDS AND BAD ACTS OF

CITY OFFICIALS AND INSPECTORS.WHICH IS AGAINST THE RULES PROFESSIONAL ETHICS. HE

NEEDS TO BE DISCIPLINED FOR THAT.

IT LOOKS LIKE MR. PETER IS PRACTICING IN THIS COURT ONLY , THAT IS WHY HE HAS BECOME PART

OF THIS COURT. OTHERWISE HE WOULD NOT THREATEN ME TO WITHDRAW HIS REPRESENTATION.

VENDETTA HAS BEEN AN ADMMITTED ISSUE IN THIS MATTER. BUT BEING INSPECTED BY VARIOUS

DEPARTMENTS IN A SHORT PERIOD OF TIME OF ONE YEAR IS CLEARLY MALICE ON THE PART

OF THE CITY .

7-19-2017

FROM: HARSHAD K. DESAI

KULU-MANALI INC DBA SUBWA

1938 W. LAWRENCE AVE

CHICXAGO.IL-60640

**RECEIVED**

**SEP 3 0 2017**

**ATTY REG & DISC COMM
CHICAGO**

9-20-17

2017N02940
REF: 2017IN20940

PETER DEFOREST WINTHROP IN RELATION TO HARSHAD K. DESAI.

I RESPONSE TO MR. PETER WINTHROP , I HAVE TO SUBMIT THAT HE IS A ACTIVE PARTICIPANT

IN THE FRAUD THAT HAS BEEN GOING ON BETWEEN CITY OF CHICAGO, HEALTH DEPARTMENT ,SUBWAY

DEVELOPMENT CORPORATION OF CHICAGO/SUBWAY AND THIS PROSECUTOR AND ADMINISTRAVE

JUDGE. HE IS NOT DENYING THE PRIOR COMMUNICATIONS THAT HAPPENED BEFORE ME. SO I TOLD

HIM THAT THERE IS MALACIOUS ATTACK ON MY BUSINESSS. HE CLEARLY UNDERSTOOD THERE IS

ILLEGAL ACTIVITY AND/OR FRAUD IS INVOLVED IN THIS CASE. BUT HE TOOK NO POSITION TO PROTECT

ME. INSTEAD HE TELLS ME THAT " I WILL NOT REPRESENT YOU". AND HE PREPARES TO TESTIFY

WITHOUT BASE ON NON-MATERIAL ISSUES OF THE CASE. WHEN THAT CORRUPT HEALTH OFFICILAL

WAS SUPPOSED TO TESTIFY , HE PUTS ME ON THE STAND.

SO HE DOES NOT DENY ALL THE FACTS AND OCCURENCES THAT HAPPENED PRIOR TO MY TESTIMONY.

HIS STANDARD OF CARE AS A LAWYER IS" I DO NO CARE BECAUSE I JUST WALKED UP TO HIM".

THAT IS WHAT HE TALKED IN THE PRETRIAL ROOM WITH THE PROSECUTOR.

HE IS NOT THE SOLE PERPETRATOR OF THIS FRAUD , THE JUDGE AND PROSECUTOR ARE EQUALLY

GUILTY OF THIS SHAM(BOGUS) PROCEEDINGS. I CALLED FROM ARDC OFFICE TO FIND OUT THE NAME

OF THE PROCECUTOR BUT HE REFUSED TO GIVE ME THE NAME. I WENT THE COURT ALSO TO FIND OUT

HIS NAME BUT I COULD NOT GET IT. THERE ALSO HE REFUSED TO GIVE ME THE NAME. I DID NOT

WANT TO CONFRONT THE PROSECUTOR IN THE COURT . SO STILL I COULD NOT FILE COMPLAINT

WITH THE ARDC TILL TODAY.SO HE IS A ACTIVE PARTICIPANT TO THIS FRAUD.HE IS HIDING ,COVERING

AND CONCEALING THE IDENTITY OF OTHER CULPRITS IN THIS FRAUD OR ILLEGAL ACTIVITY.

SUBWAY IS CLOSELY MONITORING THE PROCEEDINGS OF THIS CASES. AND WHATEVER THE

OUTCOME GETS REPORTED STREIGHT TO SUBWAY /CHICAGO AND ACTIVELY ACTED UPON

BY THEIR OWN INTERNAL HEALTH INSPECTIONS. THERE IS COLLUSION AT ALL THE CONNECTED

DEPARTMENTS IN THE CITY AND THE SUBWAY/CHICAGO.

AFTER I LOST THE CASE ON 06/15/2017 AND TIME TO FILE AN APPEAL EXPIRED , THE FALSE COMPLAINTS TO SUBWAY HEADQUATERS BECAME MORE SERIOUS LIKE DISCRIMINATION AND FOREIN OBJECTS IN FOOD AND LIKE THAT. I WAS FEELING SO THREATENED THAT I HAD TO FILE FBI COMPLAINT. COPY OF IT ATTACHED HEREWITH. GOAL HERE IS TO SHOW THAT I AM SUCH A BAD OPERATOR THAT SUBWAY WILL SEIZE MY STORE OR I WILL GIVE AWAY MY STORE FOR FREE. I COULD LOSE MY LIFE TIME OF SAVINGS AND MY HOUSE AND MY ABILITY TO MAKE A LIVING DUE TO THIS KIND OF MALICIUOS REPRESENTATION .

I HAD CO-ORDINATED ATTACKS FROM THE HEALTH INSPECTOR AND THE SUBWAY INSPECTOR. WHENEVER THERE IS FRAUD INVOLVED, MOST OS THE TIME THERE IS NO PHYSICAL EVIDENCE. IT IS ALL CIRCUMSTANTIAL EVIDENCE. SO MANY PEOPLE GET DUPED INTO THIS KIND OF FRAUD. FOR ONE FRAUD DISCOVERED , THERE WILL BE THOSAND FRAUDS WHICH WILL GO UNDISCOVERD. THIS KIND OF REPREHENSIBLE CONDUCT OF STTORNEYS SHOULD BE STOPPED AND DETERRANT PRECEDENT BE ESTABLISHED.AFTER THE ADVERSE DECISION PETER WINTHROP SAY, I THANKED HIM AND DID NOT EXPRESS ANY DISSATISFACTOPN WITH HIS REPRESENTATION. HE HAD NO CLUE , THAT I HAD LOST MY LIVELHOOD, MY SAVINGS AND MY LABOR OF ELEVAN YEARS. HE SHOULD BE PUNISHED FOR VIOLATION OF HIS ETHICAL RULES.HIS CONDUCT AFTER THE PROCEEDINGS IS ALSO UNCO-OPRATIVE AND MALACIUOS.

MR. PETER WITHROP HAD A MOTIVE , MEANS AND ABILITY TO CONTROL THE OUTCOME WHICH HE DELIBERATLY MISUSED IT. HE HAS BREACHED EVEN THE FIDUCIARY DUTY THAT HE OWES TO EVERY CLIENT.

THIS IS THE CODE OF SILENCE CASE OF CITY OF CHICAGO WHICH IS PREVALANT THROUGH MANY OF THE DEPARTMENTS OF CITY OF CHICAGO INCLUDING HEALTH DEPARTMENT AND THIS ADMINISTRATIVE COURT WHICH HELPS THE COVER AND CONCEAL THEIR ARBITRARY AND MALACIOUS ACTIONS.

THANKING YOU.

9-20-2017

filed on Aug 22, 2017

## Request for an investigation on the corrupt practices of the Subway Development Corporation of Chicago and its connection with the City of Chicago's Health and Law Departments

I was initially interested in selling my Subway franchise business and gave a listing to a broker of ReMax United Corporation named, Ms Dipika Sayyal. Ms Dipika Sayyal is the alter ego of Phil Mesi of Subway Development Corporation of Chicago. She is fraudulently working with Phil Messi of Subway Development Corporation. Most of Ms. Dipika Sayyal's clients are steered from Phil Mesi and his affiliate inspectors. A major conflict of interest is observed as Ms Sayyal of ReMax United represents buyers, sellers, and the Subway Development Corporation of Chicago. Phil Messi found a buyer but my wife and I were not willing to sell our business at the offered price. This decision made Phil Mesi upset and he began to use his connections and power in the city to terrorize me and my family. Dipika Sayyal became extremely unprofessional and started harassing me by sending threatening text messages and cyber stalking me in the middle of the night.

Soon after refusing to sell my business, the City of Chicago Health Department came to inspect my store which was highly unusual as they had done an inspection only two months before. This unusual inspection was carried out by the inspector in conjunction with her supervisor who was unreasonable with carrying out the inspection. The Inspector supervisor, Ms. Perez was vicious, malicious, and arbitrary with her inspection process. It was very evident that she was predetermined to close down my business that Friday morning from the time she walked in. For instance, Ms. Perez demanded me to build a divider between the veggie sink and the dish washing sink, which is unheard of in any Chicagoland subway store. Furthermore, Ms. Perez was suffering from a cold and cough while conducting the inspection of my food business. It is a standard practice to not work in food based business while being sick in order to prevent disease and air borne illnesses. Ms. Perez was constantly blowing her nose and essentially contaminating every surface she touched for inspection. The closure of my business for five consecutive days caused a huge financial, emotional, and mental burden on me. This unjust closure caused me and my wife to develop a severe case of blood pressure complications and depression. In the process of reopening my business, Ms. Perez once again harassed me by using excessive force and excessive conditions. Due to this, the City of Chicago is instrumental to a new form of servitude by acting in collusion with the Subway Development Corporation of Chicago. The City of Chicago is also in violation of equal protection clause of ACT 14 of the constitution. My Subway business has been intentionally targeted and threatened by the City of Chicago and Phil Messi.

On 04/21/2016, I appointed Mr. Danny Teinowitz as my attorney to represent me during the court hearing of the city of Chicago health inspection violation. I clearly told my lawyer to plead not guilty and even urged him to show my video evidence related to the violation. Danny refused to show the video evidence and told me he absolutely had to plead guilty even though he did not have my consent. Danny plead guilty without my consent which is fraudulent and illegal. The copy of the Attorney Registration and Disciplinary Commission (ARDC) complaint against Mr. Danny is included here with. This is a clear example that showcases how the court proceedings are corrupted by the law department of the City of Chicago. Furthermore, Alderman Scott Waguespack earlier this year sent a letter to the US Attorney General Loretta Lynch to request a federal investigation of the city Law Department.

The Department of Transportation (DOT) is another agency which has harassed me soon after my decision to not sell my business. Mr. Masood would illegally search my business every Saturday for two consecutive months and would write numerus tickets and would take photographs as he was instigated to do so by the Subway Development Corporation of Chicago. . He had terrorized my wife every Saturday. He had some information from Subway Chicago Corporation that my wife is working on Saturdays .One day accidently, when I was there he came and he was taking pictures , at that time I confronted him with the fact he was working on the instigation of the Subways Corporation of Chicago. After I confronted him, he stopped coming to search and spy on our restaurant. Additionally he would come in a private car which made it hard to know whether he was on or off duty.

To conclude, it is evident that the Subway Development Corporation of Chicago, the City of Chicago, and Depika Sayyal of Remax United are running an extortion ring which targets vulnerable and defenseless Subway franchisee owners through using intimidating tactics. A thorough investigation into the practices of the Subway Development Corporation and its affiliation with the City of Chicago must be looked into in order to ensure a more just system for franchisee owners. There is a very high possibility that Subway Development Agents (DA's) across the country are utilizing unfair and deceptive trade practices.

Mr Phil Messi (Development Agent of Subway) and the Chicago Health Department are working in collusion with the high officials of the City of Chicago. These two agencies have worked out special intimidation tactics and discriminatory practices to target vulnerable Subway franchisee owners to gain economic benefits for themselves at the expense of poor franchisees. These discriminatory practices come in the form of multiple violations with heavy penalties and threats of shutting down franchisee stores. These agencies play favorites and provide preferential treatment in the form of under the table "perfect inspections" without any violations to some Subway franchisees. The inspection process used by City Health officials is highly arbitrary and corrupt which makes it impossible to ever satisfy the health/sanitation inspection requirements.

The Subway Development Corporation is involved in black mailing and extortion. They sent an investigator to my restaurant and tried to intimidate me by stating that he works for a "three letter federal agency". This investigator even asked me and my employees about our citizenship status.

I am writing this complaint in a hurry as the Subway Development Corporation, the City of Chicago Health Department and the City Law Department are working in collusion to extort me of my business. They are trying to retaliate against me as I have filed several complaints with the Attorney Registration and Disciplinary Commission (ARDC). These three agencies are fabricating discrimination complaints and food safety violations through third parties in order to close down my business. They will continue to use these tactics to make my family's and my own life a living hell. These three aforementioned agencies are acting in a criminal manner. Even the prosecutors and judges are acting in a manner which is not justifiable as they cover and conceal the fraud and deceit of the Health Department employees to benefit the Subway Development Corporation of Chicago.

Dear Franchisee:

The following customer comment was received at Subway® Headquarters. Please contact the customer, thank them for their comments and encourage them to remain a loyal Subway® customer.

| | |
|---|---|
| Comment ID. | 4379888 |
| Store Number | 27895-0 |
| Store Contact: | Raxa H Desai  (HARSHADDESAI11@GMAIL.COM) |

| | |
|---|---|
| Date Emailed Store: | 7/19/2017 8:53:21 PM |
| Store Address: | 1938 W Lawrence Ave  Chicago IL |

| | |
|---|---|
| Dev Agent: | Mesi |
| Category: | 107 - Request/Comment (Product Suggestions) |
| Letter Num: | 0 |
| Comment Timestamp: | 7/18/2017 9:03:48 PM |
| How Received: | Subway Web Site by Ronnie Lee |
| Visit Timestamp: | Jul 18 2017  at 06:30:00 |
| Customer's Name: | Jamal Brinson |
| Company: | |
| Address: | , IL  USA |

| | |
|---|---|
| Home Phone: | 7084651034 |
| Work Phone: | ext. |
| E-mail: | jamalbrinson@ymail.com |

Call Back Notes:


Notes:

(Store#: 27895)
I was told to leave the subway because of safety reasons because I sat in the store to long. I feel racial discriminated against because even after I'd paid and he clearly so my receipt on the table he told me that a robbery could happen and because I was sitting there for about an hour and a half I would look suspicious. As I sat in the booth charging my device"s. While I was still eating my cookies he told me that what I was doing wasn"t normal and that even though I was watching a video I couldn"t j u still here watching videos. I was also told that because all I had was cookies it still gave me no right to just sit. If I had, had a sandwich he stated then he wouldn"t have said anything.  I feel very targeted and hurt, I'd like action taken against the manger of that location immediately.

FROM: SUBWAY. DBA KULU-MANALI INC

HARSHAD K. DESAI

1938 W. LAWRENCE AVE

CHICAGO, IL 60640

TO:

ATTORNEY REGISTRATION AND DISCIPLINERY COMMISSION

130 EAST RANDOLPH DR SUITE 1500

CHICAGO, IL 60601-6219

312-565-2600

Dated: August 10, 2018.

DEAR SIR,

COMPLAINT AGAINST PROSECUTOR: Samuel Watson

REF NO: 2018IN01785.

NEW DOCKET NO: 18DH000440. ISSUING CITY DEPARTMENT OF HEALTH.

I HAVE RECEIVED A LETTER DATED AUGUST 6, 2018 DISMISSING MY COMPLAINT.

THE LATEST INSPECTION BY THE CITY OF MY SUBWAY RESTAURANT TOOK PLACE ON JANUARY 5/2018. FOR WHICH I HAD TO FILE U.S. DEPARTMENT OF JUSTICE COMPLAINT ON JANUARY 9/2018 COPY OF WHICH IS ATTACHED HEREWITH.

SAMUEL WATSON IS NOT CANDID AND HONEST AND IS ACTIVELY SUPPRESSING AND CONCEALING THE TRUTH FROM BEING DISCOVERED FROM THE RELEVANT INSPECTORS. HE IS ACTIVELY AIDING, ABETTING AND ENCOURAGING THE MISBEHAVOIR OF THE CITY HEALTH DEPARTMENT.
WHEN THERE IS AN ARDC COMPLAINT PENDING AGAINST AN ATTORNEY, THAT ATTONRNEY CAN NOT CONTINUE TO REPRESENT AGAINT THE SAME DEFENDANT IN SUBSEQUENT COURT CASES. STILL SAM WATSON CONTINUED IN THE CASE TO REPRESENT THE CITY OF CHICAGO, DEPARTMENT OF HEALTH FOR MULTIPLE HEARINGS REGARDING MY CASE.
I HAD ALSO FILED THE COMPLAINT BEFORE THE INSPECTOR GENERAL OF THE CITY OF CHICAGO ON MAY 1, 2018 AND REVISED COMPLAINT ON MAY 15,2018. THE INSPECTOR GENERAL DID NOT TAKE MY TESTIMONY OR INTERROGATE ME OR ASK ME TO PRODUCE ANY EVIDENCE TO HIM TILL TODAY. SO I PRESUME, HE IS NOT INTERESTED IN GETTING TRUTH BEING DISCOVERED AND KNOWN.

I HAD FILED BOTH THE COMPLAINTS BEFORE THE FINAL ADMINISTRATIVE COURT HEARING DATE OF ON OR ABOUT MARCH 24/2018 COPY OF THE ORDER IS ATTACHED HEREWITH.

VENDETTA HAS BEEN AN ADMMITTED ISSUE IN THIS MATTER. AFTER BEING INSPECTED NUMEROUS TIMES BY VARIOUS DEPARTMENTS IN A SHORT PERIOD OF TIME OF ONE YEAR IS CLEARLY MALICE ON THE PART OF THE CITY OFFICIALS. BY NOT MAKING AVAILABLE THE CITY OFFICIALS FOR TESTIMONY, THE PROSECUTOR IS CONCEALING FRAUD OR COLLUSION OF CITY OFFICIALS FOR THE BENEFIT OF VESTED INTEREST, the Subway Development Corporation of Chicago. AS A PROSECUTOR, MR. SAM WATSON IS SUPPOSED TO BE CANDID, UNBIASED AND JUST. INSTEAD HERE HE BEHAVES IN AN UNJUST MANNER AND SUPRESSES THE MATERIAL EVIDENCE. WHEN I WENT TO THE ADMINISTRATIVE COURT'S FOIA OFFICE TO PICK UP A CD THAT HAD THE RECORDING OF MY PREVIOUS HEARING RELATED TO MY CASE, SAM WATSON AND DAVID CASSOLA (ALO #23) WERE BOTH STANDING THERE TO INTIMIDATE ME AS THEY KNEW I WAS COMING TO PICK UP THE FOIA PAPERWORK AND CD. THIS IS A DIRECT EXAMPLE OF STALKING BY THE JUDGE AND PROSECUTOR WHO DID NOT SEEM TO HAVE ANY OTHER WORK BUT TO INTIMIDATE ME AS I CAME TO THE FOIA OFFICE. THIS SIMPLY SHOWS HOW THE CODE OF SILENCE PREVAILS WITHIN THE CITY. I HAVE AN APPRHENSION THAT MY PHONE AND EVERY MOVEMNT WAS BEING TRACKED BY THE CITY AS I AM A WHISTLE BLOWER FOR EXPOSING THE CODE OF SILENCE AND COLLUSION BETWEEN SUBWAY AND THE CITY OF CHICAGO AGENCIES.


DUE TO THE FACTS AND CIRCUMSTANCES RELATED TO THE CONTINUED HARRASMENT AND INTIMIDATION BY THE SUBWAY INVESTIGATOR AND SUBWAY INSPECTOR IS HIGHLY SUSPICIOUS. ADDITIONALLY, THE CRIMINAL CRAZY PERSON WHO CAME TO MY STORE DAILY TO SLEEP AND SCARE MY EMPLOYEES WITH HER/HIS ERRATIC AND VIOLENT OUTBURSTS. I EVEN HAD A DIRECT ENCOUNTER WITH THIS CRIMINAL WHO HIT ME WITH A STACK OF PLASTIC WRAPPED NEWSPAPER AS SHE/HE REFUSED TO LEAVE MY STORE. I WAS VERY SCARED THAT I WOULD BE CHARGED WITH ATTEMPT TO ASSAULT WITH DEADLY WEAPON OR OTHER CRIMINAL CHARGES AS I HAD A SCREW DRIVER IN MY HAND AS I WAS ABOUT TO REPAIR THE HANDLE OF THE BREAD OVEN. I HAVE REFRENCED THIS INCIDENCE IN MY COMPLAINT WITH THE FBI.


## DEAD PROVISION OF LAW:

MISS HILDA, THE HEALTH INSPECTOR WAS TRYING TO ENFORCE AN UNENFORCED PROVSION OF LAW TO TARGET MY BUSINESS. I EVEN MENTIONED TO HER THAT NO OTHER STORE IN THE CHICAGOLAND AREA HAD A SPLASH GUARD IN THEIR THREE COMPARTMENT SINKS. I WAS UNABLE TO FIND ANY CONTRACTOR WHO WAS COMPETENT TO INSTALL A SLPASH GUARD AS REQUIRED BY MISS HILDA. I EVEN TOLD MISS HILDA THAT I WILL NOT BE ABLE TO MEET HER MALICIOUS REQUIREMENT WHICH WAS CREATED BY HER SUPERIOR, MISS LOPEZ WHO HAD CLOSED DOWN MY STORE FOR 5 DAYS. MISS HILDA CONTINUED TO STAY IN MY STORE AND WAS CALLING UP MY WIFE WHO WAS AT HER JOB. EVEN (wife) THOUGH THE INSPECTION WAS OVER, MISS HILDA DID NOT WANT TO LEAVE MY BUISNESS AND (Raxa) CONTINUED TO BE A TRESPASSER.

I AM CONCERNED THAT THE INSPECTOR GENERAL OF THE CITY OF CHICAGO IS MORE CONCERNED WITH THE COVERUP THAN INVESTIGATING MY COMPLAINT. THIS IS DUE TO THE FACT THAT I HAVE NEVR BEEN ASKED FOR MY TESTIMONY AND TO PROVIDE THE PRECISE, ACCURATE SURVEILANCE FOOTAGE OF THE INCIDENCES REALTED TO THE CRAZY CRIMINAL, SUBWAY INSPECTOR, AND SUBWAY INVESTOGATOR. ADDITIONALLY ON AUG 5TH AT AROUND 3:00 PM AN AFRICAN AMERICAN BRUTALLY

INJURED MY NEIGHBOR KEN WHO OWNS A FURNITURE STORE NEXT DOOR TO MY SUBWAY. KEN THEN CAME TO MY BUSINESS WITH TWO POLICE OFFICERS TO REQUEST SURVELANCE FOOTAGE OF THE INCIDENCE WHILE MY WIFE WAS MANAGING THE STORE. MY WIFE TOLD THE OFFICERS THAT WE DID NOT HAVE SURVEILANCE. THE POLICE RECORDED HER STATEMENT AND MIGHT POTENTIALLY SHARE THIS WITH INSPECTOR GENERAL IN ORDER TO CLOSE MY COMPLAINT WITHOUT INVESTIGATING.

RECENT TIME LINE OF EVENTS:

AUG 2ND VISTED THE LAW OFFICE OF RE KEVIN BROWN TO DISCUSS OUR POSITION REGARDING THE CITY OF CHICAGO AND SUBWAY CORPORATION OF CHICAGO COLLUDING

AUG 5TH POLICE OFFICERS COME TO A TAKE STATEMENT FROM MY WIFE, RAXA DESAI ABOUT HAVING NO SURVEILANCE FOOTAGE

AUG 6TH MY COMPLAINT AGAINST SAM WATSON ARE DROPPED



To
ATT: Administrator, Jerome Larkin
Attorney Registration and Disciplinary Commission
130 E Randolph Dr Suite 1500
Chicago, IL, 60601

**RECEIVED**

**MAR 29 2019**

From
Harshad K Desai, Raxa Desai, & Kulu Manali Inc DBA SUBWAY
6312 N Troy St
Chicago, IL, 60659

ATTY REG & DISC COMM
CHICAGO

### Meeting with Attorney Kevin Brown

**APPARENT BREACH OF CONFIDENTIALITY:**

I Harshad K. Desai and Dhara Mehta made an appointment to see Kevin Brown on 08/02/18 as I wanted to seek legal advice on how to move forward with my evidence and claims related to Subway's corrupt and deceiving practices against franchisees such as myself.

Kevin Brown admitted that large franchisors do naturally have clout with city officials such as health inspectors specifically. He also agreed that it is very plausible for these larger franchisors and Development Agents (Subway) to use their connections with the city to write up arbitrary violations for targeting certain franchisee owners who are on their "black list". Additionally, he mentioned that the City of Chicago has "deal facilitator functions" which is clear as I am a victim of these unfair and deceptive practices that Subway uses to intimidate and evict franchisees.

I also discussed with him the complaint I was about to send to the IRS on the grounds of "Public and Political Corruption". **Copy of form 3949-A INFORMATION REFERRAL is attached herewith PUBLIC/POLITICAL BOX CHECKED.**

Kevin Brown told me that he would speak with his **"connections within the city"** to see if he could help with this investigation against Subway's corrupt practices. He never communicated back with me ever again.

Mr. Kevin also told me his wife is from Cuba and she is a Judge. He also told me whenever he goes to

Any function, he gets special treatment because of her status as a judge. He told me he has some Burger King Customers at his firm and how they use City of Chicago various departments as mentioned above.

Then we had a discussion about fees. He was telling me $100,000 legal fees.

1 | Page

I told him about a criminal who had attacked Bhumika Patel in my Subway. After some break for a couple of months after that incident, That criminal had reappeared at my Subway Store. That criminal would come early in the morning and would go in the afternoon on a daily basis. When we called the police, the criminal would leave 10 minutes before the police would arrive like clockwork each time. One time the responding police officer was telling me "they receive the call from 311 center after a long time like three or four hours." This criminal activity happened almost 40 or 50 times which I mentioned to Kevin Brown.

Kevin Brown told me even if this type of incident occurred 200 times that I should not pursue any legal action. It felt like attorney Kevin Brown wanted me and my employees to be abused in perpetuity without any legal relief.

Additionally, on August 5th, 2018 (Sunday) around 3:00 pm an African American man brutally injured my neighbor Kenneth Schiffman after exiting my SUBWAY restaurant. This criminal came into our store to use the bathroom. He asked my wife who works only on Sundays alone at Subway for permission to use the bathroom. As this criminal exited the restaurant, he attacked Kenneth Schiffman who is my long-time business neighbor who owns the furniture store next to my Subway restaurant. Kenneth Schiffman is a senior citizen and faced immense trauma and injuries which included laceration of his kidneys and internal bleeding from this attack. This incident was not investigated fully and properly to my belief. Although this incident is not directly related to Kevin Brown, I perceive this as a form of retaliation by Subway and its affiliates who are trying to use this as an intimidation tactic. The timing and location of this attack is more than just mere coincidence.

I asked Kevin Brown to fight the case and suddenly he said his charges would be $200,000 in legal fees.

On Aug 6th (which is 1 business day after we meet as there was the weekend in between) I received a letter from the ARDC that my complaint against Samul Watson (City of Chicago Prosecutor) have been dismissed. Copy of complaint dismissal letter dated August 6, 2018 is attached herewith,

Complaint No:2018IN01785.

Also the same day, the pending complaint against Peter Deforest Winthrop

complaint no: 2017in02940 was also dismissed. Even though there was clear admitted

fact of Peter Winthrop being guilty of soliciting perjury.

It seems more than just a coincidence that I received dismissal letters from the ARDC within 1 business day after meeting Kevin Brown. I had not heard back from the ARDC for an abnormally long time regarding my complaint and then suddenly, my legitimate complaints were dismissed. Furthermore, the most surprising component is that Samuel Watson never even wrote a response to my complaints. Is this because city officials receive immunity? or is this a form of code of silence within the city?

The Senior Litigation Counsel Ari Telisman in my belief has made an error in this investigation under the influence of the City of Chicago. Due to this, I would like to request my complaints to be reviewed and handled by the Administrator Jerome Larkin.

This case has many parallels to the Ed Burke FBI complaint where City of Chicago employees played "hard ball" with innocent Burger King franchisee owners. I am in a similar situation as Subway and City of Chicago employees have been harassing me to the point of having a nervous breakdown as my life savings will be wiped out due to their legalized extortion tactics. SUBWAY is a known financial predator and has hundreds of lawsuits brought up against them by hardworking franchisee owners like myself.

I hope you can investigate into Kevin Brown's breach of confidentiality and fiduciary duties to me. His intentional breach of confidentiality has resulted in me facing many retaliations from Subway and the City of Chicago.

Sincerely,

Harshad Desai

03/28/2019.

ARDC-REVIEW

Page: 1

From: Kolu-Manal, Inc DBA Subita

Harshad K. Desai RECEIVED

Raxa H. Desa

6312 N. Troy ST

Chicago, IL- 60659.

MAR 29 2019

ATTY REG & DISC COMM
CHICAGO

Dear Sir. "Administrator"

Jereme Larkin

In reference to Complant No —

① 2018 INO1785

Samuel Watson

② Complant No # 2017 IN 02940

Peter Deforest Winthrop

③ Complant No. 2017 INO1877

Daniel A. Teinowitz

Please review all the complanits

in light of new evidence submitted

herewitz and New "FBI" complant

of Ed Burke on "hard Ball"

11

Page 2

Play game played by city
employees agaist innocent
people. Please review - and
redetermine all these
application. If you need
my statement or affidavit
please let me know.
My Phone NO. 773-510-8292

3-29-2019

HARSHAD K. DESAI

6312 N. TROY STREET

CHICAGO,IL-60659.

REGARDING MY BUSINESS:

SUBWAY. DBA KULU-MANALI INC

1938 W. LAWRENCE AVE

CHICAGO,IL 60640

**PAGE :ONE**

April 3, 2019.

TO

COPA, CIVILLIAN OFFICE OF POLICE ACCOUNTABILITY

1615 WEST CHICAGO AVE, 4TH FLOOR

CHICAGO,IL-60622.

DEAR SIR,

I WOULD LIKE YOU TO INVESTIGATE THE UNUSUALLY LARGE NUMBER OF CRIMINAL

ACTIVITY GOING ON AND IT IS NOT PROPERLY INVESTIGATED. I AM SENDING HEREWITH

ALL THE FACTS THAT I HAVE SO FAR. I HAVE THIS EMPLOYEE WHOSE NAME IS ARTURO

RUIZ WHO IS WITNESS TO MOST OF THE INCIDENCES OR HE HAS SOME KNOWLEDGE

ABOUT MOST OF THE OCCURENCES. I HAVE A PERCEPTION THAT HE WORKS IN CONSPIRACY

WITH SUBWAY DEVELOPMENT CORPORATION OF CHICAGO, OR MAY BE CHICAGO POLICE.

I WOULD LIKE SOME BODY FROM YOUR OFFICE TO INTERROGATE HIM REGARDING ALL

THE PAPERWORK THAT I AM SENDING HEREWITH , SO THAT THE TRUTH CAN COME OUT

REGARDING HIS BEHAVIOR AND HIS RELATIONS WITH SUBWAY ,AND/OR CITY OF CHICAGO.


I AM ALSO SUSPECTING THAT OTHER EMPLOYEE MARLENE ENCARNACION , SHE HAD FAKED

THE INJURY ON HER FINGER AND ALL THE THREE OF THEM MARLENE,ARTURO AND CARMEN

HAD MADE A GROUP FOR EXCHANGE OF INFORMATION AND CREATING FAKE EVIDENCE TO CAUSE

HARM TO THE RAXA OR ME IN SOME KIND OF LEGAL TROUBLE. MARLENE IS NO LONGER WORKING

HERE BUT ARTURO IS WORKING IN EVENING SHIFT.MARLENE RECEIVED INJURY WHILE CUTTING

GREEN PAPERS WHICH I TRIED IT MYSELF AND WHICH IS IMPOSSIBLE TO HAPPEN.



**PAGE 2.**

I HAVE ENCLOSED COPY OF THE COMPLAINT FILED BY SOME OTHER FRANCHISEE WITH ATTORNEY

GENERAL ,LISA MADIGON  WHO  HAD LOST ALL HIS LIFE TIME OF SAVINGS DUE TO SIMILAR INCIDENCES AND OCCURENCES.  THE PERPETRATORS OF THIS FRAUD AND CRIMINAL ACTIVITIES ARE THE SAME. THEY  HAVE VERY SOPHISTICATED  SYSTEM TO LOOT THE FRANCHISEES. I HAVE ALSO FILED THE

COMPLAINT WITH ATTORNEY GENERAL.

THE OTHER PERSON WHO MIGHT HAVE SOME  KNOWLEDGE ABOUT THIS OCCURENCES IS DAVID SILVER

WHO IS FRIEND OF ARTURO AND ACCORDING TO ARTURO , THEY HAVE COMMON FRIENDS OF

ILLREPUTE AND DAVID SILVER IS ALSO SUBWAY FRANCHISEE AND BUSINESSMAN .

4 - 3 - 2019

**VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT** *THIS IS NOT AN OFFICIAL POLICE REPORT • IT IS FOR INFORMATION PURPOSES ONLY.* R.D. No. _JB29G1623_

INCIDENT _Criminal Damage_ IUCR CODE _1320_ DATE/TIME OF OCCURRENCE _6-8-19_

NAME OF VICTIM/COMPLAINANT _Subway_ BEAT/UNIT OF ASSIGN. _9/76/_ BEAT OF OCCUR. _20_

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|
| AREA CENTRAL | ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA SOUTH | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8274 |
| AREA NORTH | ☒ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |

BOMB SECTION ☐ (312) 746-7180 ARSON SECTION ☐ (312) 746-7618

## MISSING PERSONS

☐ If the missing person is **under** 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org.

☐ If the missing person is **over** 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.state.il.us/CRIME/missing.cfm.

☐ When persons reported missing are located or have returned contact: (312) 747-5789 or (312) 747-2881.

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime ), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number.

## MAKE THE RIGHT CALL

To report a crime in progress or other emergency that requires immediate police response, call 911.

To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

## CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)

SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call 311 or visit online at: http://www.chicagopolice.org.

You live on Beat_____

Your next Beat Community Meeting will be held on (date / time)_____

at (location)_____

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 6823.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

| | Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|---|
| ☐ | 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☒ | 1,18,19,20,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ | 2,7,8,9 | Branch 34 | 155 W. 51st St. |
| ☐ | 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ | 10,11,12 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail: call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581 or 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified *IMMEDIATELY,* via the "911" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

CPD-11.383 (Rev. 12/17)-English   **IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

**VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT** THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY. R.D. NO. __JB275862__

INCIDENT __CRIMINAL DAMAGE TO PROPERTY__   IUCR CODE __1310__   DATE/TIME OF OCCURRENCE __20/23 MAY18 @ 2300 - 0700 HRS__

NAME OF VICTIM/COMPLAINANT __SUBWAY__   BEAT/UNIT OF ASSIGN. __9164__   BEAT OF OCCUR. __2033__

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 669 - 7200.

---

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|
| AREA CENTRAL | ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA SOUTH | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8274 |
| AREA NORTH | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| BOMB SECTION | ☐ (312) 746-7160 | ARSON SECTION | ☐ (312) 746-7616 |

### MISSING PERSONS
☐ If the missing person is under 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org.

☐ If the missing person is over 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.state.il.us/CRIME/missing.cfm.

☐ When persons reported missing are located or have returned contact: (312) 747-6789 or (312) 747-2881.

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $5.00 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime ), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call 911.
To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call the Police Department at (312) 746-6000.

### CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)
**SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call 311 or visit online at: http://www.chicagopolice.org.

You live on Beat _____
Your next Beat Community Meeting will be held on (date / time) _____
at (location) _____

CPD-11.383 (Rev. 12/17)-English

---

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9716. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 5823.

### OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES
An arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

| | Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|---|
| ☐ | 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ | 1,18,19,20,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ | 2,7,8,9 | Branch 34 | 155 W. 51st St. |
| ☐ | 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ | 10,11,12 | Branch 43 | 3150 W. Flournoy St. |

*For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

### AUTOMATED VICTIM NOTIFICATION (AVN)
The County of Cook has a toll-free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail: call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

### ILLINOIS CRIME VICTIMS NOTIFICATION
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581 or 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

### RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED
The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

### CREDIT CARDS - CHECKS, LOST OR STOLEN
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

According to Arturo, he was
telling this damage was done
by Snow Plow Truck. Which

**Driver Information Exchange Card**
CHICAGO POLICE DEPARTMENT
Your traffic crash has been reported by the Chicago Police Department
using the automated traffic crash reporting system.

Date of Crash: 11 Feb 18

Report Number (RD #): JB 148544

Reporting Officer Name: ANDUJAR      Star #: 15637

Motorists may obtain a FREE copy of the involved driver's
information from CPD's online Driver Information Exchange
at crash.chicagopolice.org.  It may take up to 24 hours for
the information to become available.

CPD-22.122 (Rev. 10/15)

es Quite Plausible, if we look at the
picture and snow conditions. This car was
also damaged right within the outdoor
Camera surveillance, which I have removed.

Raxa had Car damage
worth of almost $ 4000.⁰⁰/₁₀₀

I have a piece of bumper with me, or physical endence

## DUTY TO REPORT ACCIDENT (625 ILCS 5/11-406)

Illinois statute requires that the driver of a vehicle that is in any manner involved in an accident shall, as soon as possible but not later than 10 days after the accident, complete an Illinois Motorist Report. Drivers must go to crash.chicagopolice.org to access the free Driver Information Exchange application. A driver will enter the RD Number and Date of Crash from this card. It may take up to 24 hours for the State of Illinois to assign a control number to the traffic crash report and for the information to be available. Information for insurance purposes will be displayed along with a link to http://motoristreport.illinois.gov. This link opens an application for drivers to complete the required Illinois Motorist Report online.

## OBTAINING COPIES OF TRAFFIC CRASH REPORTS

Motorists may obtain a complete copy of the traffic crash report via the Chicago Police Department website: www.chicagopolice.org. The fee is $6.00 per report that includes a $5.00 service fee and $1.00 convenience fee. Reports may also be obtained from the Chicago Police Department Records Division, Customer Service Section, located at 3510 South Michigan Ave. Service hours are 8:30 a.m. to 3:30 p.m., Monday through Friday (excluding public holidays) or call 312-745-5199 24 hours a day.

and whatever the inference can be made from it

Subway
Franchisee
Raxa Desai's Car.

Feb 11, 2018

responding officer also asked
about, do you have that
outdoor camera

surveillance
footage?

We have
disconnected
it, to

preserve
other
evidence.

I did not aske whose
snow plow. It wesq and
its color. whether city
owned or private
snow plaw or a customer?
But incidence es highly
suspicious!



BHUMI-Attack
Dec-2016

# AFFIDAVIT OF TRUTH AND POLICE COMPLAINT:

FROM : BHUMIKA VISHNUBHAI PATEL.

ADDRESS:4811 N. HAMLIN AVE APT 3E

CHICAGO,IL-60640

DEAR SIR:

I HEREBY DECLARE AND AFFIRM ON OATH THAT MY NAME IS BHUMIKABEN V. PATEL BORNED ON DECEMBER 11,1988 IN INDIA , IN AHMEDABAD CITY AND STATE OF GUJRAT. I WAS HELPING MY FAMILY FRIEND RAXA H. DESAI IN HER SUBWAY AT 1938 WEST LAWRENCE AVE, CHICAGO,IL-60640. DURING THE PERIOD OF CHRISMAS OF YEAR 2016 , WHEN I WAS WORKING IN THE SUBWAY, I WAS FELONEOUSLY ASSAULTED BY THE MAN/WOMAN OR TRANS, HEREAFTER I CALL HIM A CRIMINAL. THAT CRIMINAL HAD THROWN METAL BELL ON MY FACE RIGHT ABOVE THE EYEBALL. I HAD LITTLE SWELLING ON MY FOREHEAD WHICH HAD HEALED.

THAT CRIMINAL HAD COME TO THE SUBWAY TO SLEEP THE DAY BEFORE THE INCIDENT. WHEN MY BOSS HARSHAD K. DESAI CAME TO STORE, MY BOSS HAD TOLD HIM TO GO AWAY AND NOT TO COME AGAIN AS THAT CRIMINAL WOULD SLEEP FOR AN EXTENDED PEROID OF SIX OR SEVEN HOURS. WHEN THE NEXT DAY , THAT CRIMINAL CAME, I TOLD HIM NOT TO SLEEP HERE, UPON THAT STATEMENT HE WAS ANGRY AND ASSAULTED ME WITH THE BELL AND OTHER CHRISMAS ORNAMENTS THAT WERE LYING ON THE SANWICH UNIT OF THE SUBWAY AND ALSO HE HAD TOPPLED THE TABLES AND CHAIRS OF THE SUBWAY.

I HAD CALLED THE POLICE AND SEVERAL POLICE MEN HAD COME. IT HAD HAPPENED IN THE MORNING TIME ABOUT 7.30AM IN THE MORNING. I WAS AND STILL AM TRAUMATISED, SHOCKED AND MENTALLY DISTURBED DUE TO THAT FELONEOUS ATTACK. THE CHICAGO POLICE HAD FAILED AND NEGLECTED TO MAKE A POLICE REPORT OF THAT INCIDENT.

THEN THAT CRIMINAL DID NOT APPEAR FOR ANOTHER SEVEN MONTHS. THEN AGAIN HE STARTED



TO REAPPEAR IN THE MORNING AND SLEEP FROM THE MORNING TO AFTERNOON UNTILL THE OTHER MALE EMPLOYEE ARTURO OR HARSHAD K. DESAI THE OWNER WOULD COME AND CALL THE POLICE, THEN ONLY WOULD HE GO AWAY. SOMETIMES HE WOULD GO AWAY BEFORE THE POLICE ARRIVAL. I WAS SO SCARED AND TERRIFIED OF THAT INCIDENT THAT ,I WAS NOT CALLING POLICE OR OWNER DUE TO HIS CRIMINAL CONDUCT, BEHAVIOR OR TEMPERAMENT.

THE PHOTO OF THAT CRIMINAL IS HEREBY ATTACHED HEREWITH AND I IDENTIFY THAT HE IS THE SAME CRIMINAL WHO ATTACKED ME DURING THE CHRISMAS OF YEAR 2016. I ALSO IDENTIFT THE BELL THAT WAS USED AS WEAPON BY THAT CRIMINAL.

WHATEVER STATED HEREIN ABOVE IS TRUE TO THE BEST OF MY KNOWLEDGE AND INFORMATION AND PERSONAL EXPERIENCE AS A VICTIM OF ABOVE CRIME.

Passport .#
H8016435

B. V. Peter
1-31-2018

AKHTAR SHAHBAZ
Official Seal
Notary Public — State of Illinois
My Commission Expires Jan 7, 2021

1/31/2018



AKHTAR SHAHBAZ
Official Seal
Notary Public -- State of Illinois
My Commission Expires Jan 7, 2021

4/31/2018

B. v. fate

FD # H 60015435





I had personal encounter with this criminal. There should be body cam, and dash cam video about this criminal where I had two screw drivers in my hand. Police did not come with emergency lights on. And I do not know police recorded my video



Above mentioned sleeping criminal assaulted both Bhumi Patel & Harshad Desai. Thar and Arturo had apprehension of assault also by him



Police report made by
Kenneth Schiffman
with the palice



Three documents

**TO :SUBWAY HQ**

1 LETTER TO HQ
2 E-MAIL TO ALBERT TORRES
3 COPA APRIL 3, 2019
4 COPA MAY 23.2019 — document # 390465 — complant by
5 LISA MADIGAN                                    ex-franchree on subway
6 ARDC KEVIN BROWN                                      of Fraud.to Alt.
7 ARDC JEREME LARKIN
8 IRS -KHODO

list of
Copies of the
documents sent
to   Subway HQ —

On May-29-2019

13

From: Kulu-Manali, Inc DBA Subway
Raxa H. Desai
Harshad K. Desai
6312 N. Troy Street
Chicago, IL - 60659
Store # 27895

MAY, 29, 2019

To FWH LLC
Franchse World HeadQuater LLC
Doctor's Anocuates LL.C.
325 sub Way
Milford, CT - 06461 - 3059.

Dear Sir,

I am sending herewith some of the
documents related to store # 27895
subway located at 1939 W. Lowrenne Au,
Chicago, IL - 60640. All these documents
I am sending to put you on
notice regarding the actions of
subway, and subway developmen
Corporation of Chicago and
City of Chicago. All these paper
are self evident.

Page 2

If the subway or subway development corporation or chicago has any response regarding the acts and actions mentioned in above documents. please send the response to me as soon as possible. What is the role of subway and the extent, slope of knowledge of the relevant perpetrators at subway HQ and various affiliates. I also need to know the timeline of your knowledge. Also, any other relevant facts, you can share with me (Raxa Desai, tranchisee or my husband Harshad Desai.

May, 29-2014

**Harshad Desai <harshaddesai11@gmail.com>**
To: Albert Torres <atorres@subwaychicago.com>

Thu, Apr 25, 12:51 PM

You and Your company subway is a cold hearted snake and fabricating
Facts to cover up your fraud and
Conspiracy. You have also caused $350000/Loss to Dipak Bhatt and his daughter Vandana, on the Lawrence and
western Avenue subway which was managed By BHARAT Rabari and his
Wife. You are spreading the false
Claims of sales . This information has
No basis and foundation . Also my
Franchise is maliciously terminated.
I do not see any purpose for you to
Send this kind of false and deceptive email. And also your discriminative
Behavior of not inviting me to owner'd
Meeting which is malicious and not in
Good faith , you thought I would have
Quit or abandon the subway by the time . Right.
Do you agree?
[Quoted text hidden]



-Phil Mesi



**Al Torres – Director of Operations**
P: (773) 851-0046 | E: atorres@subwaychicago.com
Subway Development Corp of Chicagoland
5521 N. Cumberland Ave. Suite 102 | Chicago, IL 60656

PAGE :1

HARSHAD K. DESAI

RAXA DESAI. (FRANCHISEE OF SUBWAY)

6312 N. TROY STREET

CHICAGO, IL-60659.

REGARDING MY BUSINESS: AT

SUBWAY. DBA KULU-MANALI INC

1938 W. LAWRENCE AVE

CHICAGO, IL 60640

*May 21, 2019*

*COPA*

MAY 21, 2019.

TO

COPA, CIVILLIAN OFFICE OF POLICE ACCOUNTABILITY

1615 WEST CHICAGO AVE, 4TH FLOOR

CHICAGO, IL-60622.

DEAR SIR,

ON APRIL 3, 2019 I HAD FILED A COMPLAINT WITH YOUR OFFICE IN REGARDS TO CERTAIN CRIMINAL ACTIVITY THAT WAS GOING ON WHICH ULTIMATLY HAS RESULTED INTO ME CLOSING DOWN MY SUBWAY ON APRIL29 ,2019. THAT WAS THE LAST DAY THAT OUR SUBWAY STORE WAS OPEN.

BEFORE THAT DAY ON APRIL 27,2019 WHEN THE FRANCHISE OWNER RAXA DESAI WAS WORKING ON OR ABOUT 2PM WHEN AN APPARENT HOMELESS PERSON HAD ARRIVED WHOSE PICTURE IS ENCLOSED HEREWITH. THAT HOMELESS PERSON HAD COME IN THE SUBWAY WITH OVERFLOWING CARTFUL OF PAPERS, NEWSPAPERS, BAGS AND OTHER STUFF AND OCCUPIED ALL THREE SITTING TABLES IN THE FRONT. IT APPEARED LIKE HE WAS HOLDING AN EXHIBITION OF RUBBISH IN THE SUBWAY STORE AND CREATING NUISANCE AND FOUL ATMOSPHERE IN THE SUBWAY PREVENTING THE FLOW OF CUSTOMER AND CREATING HINDRANCE TO THE WORKING PEOPLE. RAXA DESAI DID NOT CALL POLICE AT THE TIME SINCE SHE WAS BUSY PREPARING FOR THE PERMANENT CLOSING OF SUBWAY ON THE FOLLOWING MONDAY. AS WE WERE GOING TO HANDING OVER THE KEYS OF SUBWAY ON APRIL 29,2019.

ON OR ABOUT 6.30PM HARSHAD K. DESAI SPOUSE OF FRANCHISOR AND DHARA MEHTA WENT TO

**PAGE 2**

SUBWAY TO HELP RAXA WITH PACKING UP THE STORE. WHEN WE ARRIVED, WE WERE SHOKED AT THE GRAND EXHIBITION AND SHOW OF THAT HOMELESS MAN. IMMEDIATELY WE INSTRUCTED THE PERSON TO LEAVE THE PREMISES SINCE HE HAD BEEN THERE SINCE AFTERNOON AFTER DISCOVERING THAT FACT FROM RAXA. BUT THE PERSON WAS TOO OLD AND HARDLY CAPABLE OF DRAGGING THAT CART AND PUTTING THINGS TOGETHER.

AT 6:39 pm DHARA MEHTA CALLED 911 TO GET HELP FROM POLICE TO DEAL WITH THE SITUATION. THE POLICE DID NOT COME IMMEDIATELY AND SO SHE HAD TO CALL SECOND TIME FOR THE POLICE TO ARRIVE.TWO POLICE OFFICERS ARRIVED AT THE SCENE. THE RESPONDING OFFICERS WERE MR. SWEENEY BADGE#4586 AND ANOTHER OFFICER WAS EBBITY 19993. I GUESS MR SWEENEY IS SENIOR AND MIDDLE AGE OFFICER AND EBBITY 19993 IS A YOUNG AND JUNIOR OFFICER.

## INTERACTION WITH SENIOR OFFICER.

I GUESS HIS NAME WAS SWEENEY SINCE HIS STAR NUMBER IS# 4586 WHICH IS MUCH LOWER THAN THE OTHER ONE. HE TOLD US HE HAS BEEN WITH THE POLICE DEPARTMENT SINCE TWENTY YEARS. HE USED TO OWN RESTAURANT BEFORE THAT. HE WAS VERY EMPATHETIC AND COOL IN HIS BEHAVIOR. I ASKED HIM TO ID THE PERSON. THAT HOMELESS PERSON REFUSED TO GIVE IDENTIFICATION. HE ALSO TOLD ME "I(OFFICER) CAN NOT COMPELL HIM TO PRODUCE THE IDENTIFICATION". I ASKED THE OFFICER "DID YOU EVER SEE THIS PERSON? THE OFFICER SAID" NO".I HARSHAD DESAI ,ALSO TOLD THE OFFICER TO FIND OUT "WHERE DOES HE LIVE?" CAN YOU FIND OUT. HE SAID" WE HAVE LIMITS, SO FAR WE CAN GO". THAT HOMELESS PERSON EVEN COMMENTED THAT WE WERE TAKING HIS PICTURES. I (HARSHAD) ALSO TOLD THE OFFICER IN SARCASM "WHAT LIBERTIES THIS GUY HAS?. MEANING TO THE EXTENT OF RUINING SOMEBODY'S BUSINESS.
OFFICER ALSO SAID "HE ADMIRES ENTERPRENEURS. AND HE UNDERSTANDS IT IS TOUGH TO RUN A RESTAURANT BUSINESS". HE FELT VERY SORRY TO HEAR THAT OUR STORE IS CLOSING DOWN ON FOLLOWING MONDAY. AND HE ASKED SEVERAL TIMES WHETHER THE STORE WAS TRULY CLOSING OPERATIONS. HE EVEN ASKED WHY THE STORE IS SHUTTING DOWN? THEN, DHARA REPLIED THAT "CITY OF CHICAGO AND SUBWAY DOES NOT WANT US TO STAY IN BUSINESS."HE ALSO EXPRESSED "HIS BEST WISHES FOR WHATEVER THE ENDEAVOR THAT WE WOULD PERSUE AFTER THIS".

## INTERACTION WITH JUNIOR OFFICER:

I GUESS HIS NAME IS EBBITT AND STAR NUMBER#19993 SINCE HE SEEMS TO BE RELATIVELY NEW RECRUIT AND YOUNG AND ALSO HIS STAR NUMBER IS SO FAR FAR AWAY. HE DID NOT DO MUCH TALKING. I (HARSHAD DESAI) ASKED HIM ALSO LIKE THE OTHER OFFICER "WHETHER HE HAD SEEN THIS PERSON?" HE TOLD US " HE HAD SEEN HIM BEFORE SEVERAL TIMES AROUND THE NEIGHBORHOOD ". ON FURTHER INQUIRY BY ME (HARSHAD DESAI) , " **WHERE DID YOU SEE HIM?".** THE OFFICER IMMEDIALTLY REALISED HIS MISTAKE AND HE ANSWERED " **I AM NOT SURE."**

Pag- 3

SENIOR OFFICER ALSO SAID THEY DO NOT WORK IN THIS DISTRICT. THEY WORK IN OTHER DISTRICT. I DO NOT UNDERSTAND WHY THEY HAD TO RESPOND AND NOT THE POLICE FROM THE LOCAL DISTRICT?

DHARA ALSO TALKED ABOUT NUMEROUS ATTACKS BY ONE CRIMINAL WHERE POLICE HAD FAILED TO COME ON TIME.WHICH INCINDENCES ARE MENTIONED IN MY PREVIOUS COMPLAINT.SENIOR OFFICER RESPONDED WITH AN ANSER ON THE LINE OF SOME RESOURCE ALLOCATION.

I (HARSHAD DESAI) ALSO COMMENTED ON THE SCENE THAT " THIS GUY MUST BE LAWYER". WHEN I EVALUATED HIS INTELLIGENCE, LEGAL KNOWLEDGE, AND CONSTITUITIONAL RIGHTS, THAT EVEN POLICE OFFICERS WERE SCARED TO TOUCH HIM. NOT ONLY THAT THEY COULD NOT AND DID NOT TOUCH HIS RUBBISH AND GARBAGE AND WAITED FOR ALMOST TWO HOURS ,JUST OBSERVING HIS ACTIONS.

IT IS MY HUMBLE REQUEST THAT PLEASE INVESTIGATE THIS MATTER. AND ALSO PLEASE OBTAIN THE COPY OF THE BODY CAM VIDEOS AND AUDIOS OF BOTH THE OFFICERS TO PRESERVE AND PROTECT THE EVIDENCE OF THE INCIDENCE, SINCE THIS IS SINGNIFICANT EVENT FOR ME .

I HAVE LIMITED CLIPS OF THE INCIDENCE, SINCE THE VIDEO FOOTAGE OF THE NEST CAM SURVEILLANCE IS VERY LIMITED IN SCOPE AND TIME FRAME.

I (HARSHAD DESAI) HAS BEEN ON THIS LOCATION AND NEIGHBORHOOD FOR FOURTEEN YEARS AND I HAVE NEVER SEEN THIS PERSON IN THE NEIGHBORHOOD. PROBABLY I WILL NEVER SEE THIS THIS KIND OF BEHAVIOR IN MY LIFE. IT IS SO DRASTIC AND DISGUSTING.

THIS IS THE KIND OF HUMAN ANIMAL, IF YOU SEE HIM ONCE , YOU CAN NEVER FORGET HIM IN YOUR WHOLE LIFE.

FROM THE FACTS,CIRCUMSTANCES AND PHOTOGRAPHS OF THE INCIDENCE, IT IS CLEAR THAT THIS PERSON WAS DROPPED AT MY SUBWAY STORE BY ONE OF MY ADVERSARIES TO CREATE THIS KIND OF DRAMA TO HARASS THE FRANCHISEE RAXA DESAI , SO SHE ABANDONS THE STORE . THEN THAT PERSON WAS PICKED AND AFTER FOURTY MINUTES HIS CART WAS PICKED UP . THIS IS COVERT OPERATION BY ONE OF MY ADVERSERIES. PLEASE DO THE NEEDFUL AND INVESTIGATE.

Page 4

There was another surveillance request by another customer who was accusing my employee
Lamad cross of fraudulently using her credit on Walmart.com for online purchase. She was threatening
Lamad . You should also interrogate Lamad Cross for his conspiracy link with Subway and\or city of
Chicago. As you are aware my relation with the police department are at cross for obvious reasons.
Lamad WAS  working in the morning in my establishment.

DETAIL FACTS OF THE ABOVE INCIDENCE ARE ENCLOSED HEREWITH.
NAME OF THE LADY: ALEHENDRA CALVEROE.
PHONE NO: 773-542-1431
AND ALSO 312-776-1263.

NOTE MADE BY RAXA DESAI THE FRANCHISEE AND RECEIPTS OF CREDIT CARD ARE ENCLOSED
HEREWITH.

IT IS ALSO MY INFERENCE THAT" IT IS THE PRACTICE OF THE SUBWAY FRANCHISOR TO MANIPULATE KEY
EMPLOYEES FOR THEIR SELFISH ENDS AND CREATE THIS KIND OF INCIDENCES FOR THEIR BENEFIT."

5-23-2019

Page (1) o14

PHOTOS
4-27-2019



Dhara mehta's
Phone - 872-235-8558
Dhara called Police 911
call center at 6:39 pm.
Police arrived to the scene in about
7 to 10 minutes. The responding officers
to call were Sweeney Badge # 45566
& Ebbity 19993.

Page 2
of 4

Harshad K.
De〜ai〜>

apparently
→ fake
Heomeless.



So called homeless still
in the subway until time
mentioned in the picture of 6.43 pm.
6.43 pm.

Page 94

4-27-2019



Chicago - Ravenswood
Saturday 8:07 PM
Edit

⊙ LIVE

Vacuum-Store

Horizon realty paper Screen on a Shop Window.

Somebody Picked up the homeless from half a block West of the subway store on the Corner, leaving his cart with rubbish and garbage to be pickup by somebody else, later on. Same day (Night)

Page 4 of 4

date —
4-27-2019



When I took the last video at 8:42 pm, the cast was picked up and the corner was empty. In short this was intentional 'fake attack' by a homeless person, according to my perception, looking at time, place and circumstances and events leading to this incidence.

Credit Card
Fraud.

Page 1 15

---

Mrs. Desai lady        3/25/19
Athendra Calveroc  called at 1:w pm
773 542 -1431, 312 774-1261

She complain against Lumead for
cr. Card fraud.

Note made by made
by Raxa Desai when
thar lady called. Time
name and phone numbers,
that were supplied by the
lady. (Original receipts)
( Void receipts.)
and

Credit Card

Lamad

Fraud. Page 2 of 5

Indian lady          3/25/19       Raxa
At hendra Calveroa called at       took
773 542 -1431, 312-774-1261        her
she Complain against Lamad for     information
cr. card fraud.                    Down

Harshad Desai:

When I reached the subway.
Lamad was standing outside and
that lady was accusing lamad
of stealing his credit card numbers
and he used those numbers to buy
stuff on Warmart. com.
That lady sends his little daughter
to make payment and lady stays
outside. lamad has a restriction
on his job, like "no police contact"
"No law enforcement contact." If
any allegation like that happens,
he can not come to work any
more.

Page- 3 of 5

lamad also overcharged they
grit for 2 bottles instead
of one. I had to refund
all the money. And I told
lamad, why did he do that
lamad, he made a mistake.
He told me, he made a mistake.
I told him, "You can not make
this kind of mistake of
overcharging!" →

lamad came from
2nd chance.
His case worker eo or was
Crystal Haywood -
Phone No. 773- 664 - 2914.
Supervisor - Martin.

Page 495

**** DUPLICATE ****

Subway#27895-O Phone 773-506-0077
1938 W. Lawrence Ave.
Chicago, IL, 60640
Served by: 1 3/25/2019 7:54:41 am
Term ID-Trans# 1/A-220843

| Qty Size Item | Price |
| --- | --- |
| 2   Bottled Carbonated Drink | 3.60 |

| | |
| --- | --- |
| Sub Total | 3.60 |
| bottled beverage tax (3%) | 0.11 |
| sales tax (10.5%) | 0.38 |
| Total (Eat In) | 4.09 |
| Credit Card | 4.09 |
| Change | 0.00 |

Call us with your Comments
Phone (800)888-4848
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ************8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

CUSTOMER COPY

Host Order ID: 623-436-2253255

Lettuce know how we did today at
global.subway.com and we'll send
you a sweet offer.

Subway#27895-O Phone 773-506-0077
Printed on:       3/25/2019 1:37:02 PM
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ************8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

MERCHANT COPY

Host Order ID: 623-436-2253255

POS Order Number: 220843

The Credit Card of
the lady who
alleged that Lamad stole
the Credit Card.
She bought in the early
morning 7:54:41 AM.

Page - 5 of 5

**** DUPLICATE ****

Subway#27895-O Phone 773-506-0077
1938 W. Lawrence Ave.
Chicago, IL, 60640
Served by: 1 3/25/2019 7:54:41 am
Voided by: 1 3/25/2019 1:37:41 pm
Term ID-Trans# 1/A-220843

**** Void ****

| Qty | Size | Item | Price |
|-----|------|------|-------|
| 2 | | Bottled Carbonated Drink | 3.60 |

| | |
|---|---|
| Sub Total | 3.60 |
| bottled beverage tax (3%) | 0.11 |
| sales tax (10.5%) | 0.38 |
| Total (Eat In) | 4.09 |
| Credit Card | 4.09 |
| Change | 0.00 |

Call us with your Comments
Phone (800)888-4848
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ************8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

---

CUSTOMER COPY

Host Order ID: 623-436-2253255

Subway#27895-O Phone 773-506-0077
**** Void ****
Printed on: 3/25/2019 1:42:33 PM
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ************8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

---

MERCHANT COPY

Host Order ID: 623-436-2253255

POS Order Number: 220843

Reason:
Customer was overcharged

---

After discussing and upon finding out about the mistake of charging two Lemad for charging two drinks instead of one drink I reversed the transaction, and effectively gave a free drink to the lady



Use QuickPay with **Zelle** to quickly send money
to virtually anyone, wherever they bank.

Sweeney
4586

EBBITT
19993

Credit Card
Fraud.

Page 1 15

ਧੀਰੇਦਰ lady                3/25/19
Alhendra Calveroa  called at 1.w pm
        773 542 -1431, 312 774-1261

She complain against Lennard for
  cr. card fraud.

Note ~~made by~~ made
by Raxa Desai when
ther lady called. Time
name and Phone numbers,
that were supplied by the
lady. (Original receipts)
        (Void receipts.)
and

Lamad

Credit Card

Fraud. Page 2 of 5

인디오기 lady          3/25/19          Raxa
Alhendra Calveroa called at 1:30 pm          took
773 542 -1431, 312-274-1261          her
she complain against Lamad for          informoth
cr. card fraud.          Dam

Harshad Desai:
When I reached the subway,
Lamad was standing outside and
that lady was accusing lamad
of stealing his credit card numbers
and he used those numbers to buy
stuff on Warmart. com.
That lady sends his little daughter
to make payment and lady stays
outside. lamad has a restriction
on his job, like "no police contact"
"No law enforcement contact." If
any allegation like that happens,
he can not come to work any
more."

Page- 3 of 5

Iomad also overcharged that
girl for 2 bottles instead
of one. I had to refund
all the money. And I told
Iomad, why did he do that
He told me, "he made a mistake."
I told him, "You can not make
this kind of mistake of
overcharging!" ➞

Iomad came from
2nd chance.
His Case worker so or was
Crystal Haywood.
Phone No. 773-664-2914.
Supervisor - Martin.

Page 49 5

**** DUPLICATE ****

Subway#27895-O Phone 773-506-0077
1938 W. Lawrence Ave.
Chicago, IL, 60640
Served by: 1 3/25/2019 7:54:41 am
Term ID-Trans# 1/A-220843

| Qty Size Item | Price |
| --- | --- |
| 2   Bottled Carbonated Drink | 3.60 |

| | |
| --- | --- |
| Sub Total | 3.60 |
| bottled beverage tax (3%) | 0.11 |
| sales tax (10.5%) | 0.38 |
| Total (Eat In) | 4.09 |
| Credit Card | 4.09 |
| Change | 0.00 |

Call us with your Comments
Phone (800)888-4848
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ***********8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

CUSTOMER COPY

Host Order ID: 623-436-2253255

Lettuce know how we did today at
global.subway.com and we'll send
you a sweet offer.

Subway#27895-O Phone 773-506-0077
Printed on:      3/25/2019 1:37:02 PM
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ***********8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

MERCHANT COPY

Host Order ID: 623-436-2253255

POS Order Number: 220843

The Credit Card of
the lady who
alleged that Lamad stole
the Credit Card.
She bought in the early
morning 7:54:41 AM.

Page 5 of 5

**** DUPLICATE ****

Subway#27895-O Phone 773-506-0077
1938 W. Lawrence Ave.
Chicago, IL, 60640
Served by: 1 3/25/2019 7:54:41 am
Voided by: 1 3/25/2019 1:37:41 pm
Term ID-Trans# 1/A-220843

**** Void ****

| Qty | Size | Item | Price |
|-----|------|------|-------|
| 2 | | Bottled Carbonated Drink | 3.60 |

| | |
|---|---|
| Sub Total | 3.60 |
| bottled beverage tax (3%) | 0.11 |
| sales tax (10.5%) | 0.38 |
| Total (Eat In) | 4.09 |
| Credit Card | 4.09 |
| Change | 0.00 |

Call us with your Comments
Phone (800)888-4848
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ************8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

CUSTOMER COPY

Host Order ID: 623-436-2253255

Subway#27895-O Phone 773-506-0077
**** Void ****
Printed on: 3/25/2019 1:42:33 PM
Approval No: 015408
Reference No: 908412906887
Card Issuer: Visa
Account No: ************8258
Acquired: Contact_EMV
Amount: $4.09
Application: VISA DEBIT
AID: A0000000031010
TVR: 8080008000
TSI: 6800
Date/Time: 3/25/2019 7:54:41 AM

MERCHANT COPY

Host Order ID: 623-436-2253255

POS Order Number: 220843

Reason:
Customer was overcharged

After discussing and upon finding out about the Mistake of Lamad for charging two drinks instead of one drink I reversed the transaction, and effectively gave a free drink to the lady





390485

## LISA MADIGAN
Illinois Attorney General
Consumer Fraud Bureau

500 South Second Street
Springfield IL 62706
(217) 782-1090

100 W. Randolph Street
Chicago IL 60601
(312) 814-3000

TTY: (877) 844-5461
www.IllinoisAttorneyGeneral.gov

## CONSUMER COMPLAINTS ONLINE SUBMISSION FORM

### COMPLAINANT

| | | | |
|---|---|---|---|
| **Name** | ▮▮▮ | **County** | |
| **Address** | ▮▮▮ | **Phone (Daytime)** | |
| | | **Phone (Evening)** | |
| | | **Email Address** | |

| | |
|---|---|
| **Senior Citizen** | No |
| **Veteran** | No |
| **Service Member** | No |

### NAME OF SELLER/PROVIDER OF SERVICE

| | |
|---|---|
| **Name** | Subway Development Office - Chicago |
| **Address** | 8605 West Bryn Mawr Ave #314 Chicago IL 60631 |
| **Phone** | (773)380-3040x |
| **Website** | www.subway.com |
| **Complained to company?** | Yes |
| **Person** | Phil Mesi |
| **Phone** | (773)380-3040x |

### ADDITIONAL SELLER/PROVIDER OF SERVICE

| | |
|---|---|
| **Name** | Franchise World Headquarters (Subway) |
| **Address** | 325 Bic Drive Milford CT 06461 |
| **Phone** | (203)877-4281x1645 |
| **Website** | |
| **Complained to Company?** | Yes |
| **Person** | Marie Ferguson |
| **Phone** | (203)877-4281x1645 |

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| **Transaction Date** | 2013-11-19 | **Total cost** | $ 0 |
| **Signed a contract?** | Yes on 2013-11-19 | **Amount paid to date** | $ 0 |
| **Product was advertised?** | No | **Method of payment** | Check: |
| | | **Transaction Location** | At the firm's place of business: |

Registered a dispute with the credit card company No

### COMPLAINT DESCRIPTION

Subway Chicago Development Office and Subway Headquarters approved our purchase of their Franchisee License and the proposed store with the knowledge that we only had $23,000 investment capital, which is barely of a fraction of the cost required to operate the business for only a year. When we sent an email complaining of what seemed to be a setup-to-fail situation to Fred Deluca (the Co-Founder of Subway), Executive Office/Ombudsman Marie Ferguson included this in her response, "We are happy that you wanted to own a Subway but this may not have been your best decision at this time. Most franchisees have a backup of finances in the ready for all the upcoming expenses that will occur after purchasing a store. We are not responsible for your decision..." Paperwork shows that we informed all parties involved that we were new at this and only had $23,000 to invest. The only mention of an accountant or attorney was for the sake of the closing. We are not certain, but feel that we have been victimized as "ignorant" consumers. I also sent a letter to your office detailing all of the events surrounding this complaint; it was confirmed received December 17, 2014.

### REQUESTED RELIEF

We are asking for Subway to recompense us our capital we lost, as well as compensate us for the extreme pain and suffering this ordeal has caused us and our employees. We are contacting your office for assistance because all the money we would have had to hire a lawyer went into trying to be successful in the business; therefore, we have no money to hire an attorney.

### NOTIFY BUSINESS: Please do not send this complaint to the business.

By filing this complaint, I hereby give the business complained about my consent to communicate, including disclosure of non-public personal information, with the Office of the Attorney General about any and all matters connected with this complaint. ℓℓₚ

### OFFICE INFORMATION

| Reference Number | Date Submitted | OAG Office | Language | Print Date | |
|---|---|---|---|---|---|
| OAG2014-000004265 | Dec 24, 2014 10:58 AM | CHI | English | Dec 29, 2014 9:39 AM | Page 1 of 1

**To:**      Lisa Madigan
        Illinois Attorney General
        100 West Randolph Street
        Chicago, IL 60601
        (312)814-3000

**From:**

                                                          Home

**Re:**      Predatory Business of Subway Corporation

**Dear Attorney General Madigan:**

We are contacting you regarding the loss we suffered as a result of attempting to do business with Subway Corporation as Franchisees, from which we are still working to recover. We read the following on your website:

> "Protecting consumers and businesses that have been
> victimized by fraud, deception or unfair competition is one of
> the primary functions of the Attorney General."

Although Franchises are normally a commercial business matter, we are confident that a closer look into the details of this horrific situation will reveal we were absolute "ignorant" consumers who were taken advantage of. Therefore, we're looking for your office to help us receive restitution in every way possible.

**Market Analysis (we received)**
We never received a written Market Analysis. The closest to a Market Analysis we got is two things:
  1 - a Comp Report we received from the seller; this showed the sales declining over the prior three years; however, we were told that was due to absentee ownership; and
  2 – the verbal implication of the area by Phil Mesi and his assistants; they told us that the store is in a good location, it's right by the L-stop from which we can pull in the downtown commuters, it's an upcoming block, we just need to let the community know the store is under new ownership, work with the schools in the community for lunch and catering business, put out fliers, do in-store specials and draw traffic into the store

**Our Expectations**
We expected a successful partnership with Subway Headquarters personnel, the Development Agent and Field Consultant, in that they all would help us develop the declining store into a success over time. We expected the company's expertise in the market combined with our proven excellent customer service skills to cause the store to bring life, hope and friendliness back to the community, as well as cause our family to gain financial independence. We also expected all who were connected

to our store to provide as much assistance as necessary and requested to enable us to excel in our first Franchise endeavor; in so much that we would have 5 stores total within 10 years.

The following is the chronology of events.

In December 2012, I (          ) left my job after 24 years of service with the Internal Revenue Service. We decided that I would withdraw my retirement and savings fund and use the money to start a new business for our family.

In February 2013 upon receiving those moneys, we submitted an application to Subway to become Franchisees with **$23,000 total** as investment capital. We received a packet in the mail containing a letter acknowledging Subway's receipt of our application, the Subway Disclosure Document [a rather thick book] and were told someone would contact us soon. The initial contact from the Chicago office scheduled us to take a basic aptitude test, which we both took and passed. A short time after this, we were told there were no stores available that fit us, but we'll be kept informed if something comes up.

In April 2013, we were contacted by Tom Fabbrini, Director of Franchise Sales of Subway Development Corp. of Chicagoland (This was Tom's position at that time; he was abruptly fired just before our final closing on the sale/purchase of our store – it is believed that Tom would have stopped the sale when he saw we didn't have the money.) located at 8605 West Bryn Mawr Ave., Suite 314 in Chicago, IL who stated that a store had become available on the West Side of Chicago and he thought of us. From that time, we met with Tom several times to complete paperwork. We were required to create a business, obtain a business license, attend class to obtain a sanitation license, and pay off some medical bills that showed on our credit report (all totaling $2,000+). Although this was dwindling away our investment capital, since we knew Subway knew the amount we had to invest we took these actions to mean they knew we would not need that much capital to operate the store. We also needed to have an accountant write a letter approving our purchasing the store. Being uncertain about finding an affordable accountant in time, and remembering Tom had stated that the seller of the store "is a pretty upstanding guy. I haven't known anything but honesty from him...," unfortunately we contacted the seller and resorted to use his accountant. This accountant approved the sell.

Once the paperwork was completed, we were told to meet Phil Mesi at the Dunkin Donuts near the potential store to look at the store. (Note: Since Phil Mesi was never introduced to us, we took him to be just a representative of Subway, not the Development Agent.) We met Phil at the Dunkin Donuts on Cicero and Lake Streets as instructed. We stood in a corner of the Dunkin Donuts and listened to Phil's ideas about the possibilities to do good with the prospective store – "Have you driven by the store?...Did you see the trash around the front of the store?...You need to have an employee daily go outside and sweep around the outside of the store, and clean the windows so it doesn't look so drab when looking into the store...Put out some fliers in the neighborhood stating Under New Ownership...Yes, because it was an absentee owner...You guys are not going to be absentee owners right?...Good, because it can't be absentee owners or it will be just like it is now...And it's right by the L-stop, so you can drive in the traffic from downtown...You'll have your

　
Grand Opening and it'll be good." Then, Phil told us to go look around the store and see what we thought. (More details of the conversation are included in the attached letter that was emailed to Subway Headquarters.)

We came into the office once all of the paperwork was completed and met Phil Mesi, the Development Agent (this is when he was introduced to us as the Development Agent), for him to approve or disapprove us as potential franchisees; this meeting lasted <u>exactly</u> 15 minutes, in which he repeated his ideas on how we could make good of the store; that we should make the Subway our primary attention and not be absentee owners, and then left the room.

After this meeting, we met with the seller of the store and his partner then gave him the requested $5,000 down payment. Following that day, we received a second Disclosure Document in the mail, for which we had to fax a notarized receipt form. We continuously inquired of Tom about scheduling our Franchisee Training so we wouldn't have a conflict with our family's normal schedule of daily activities and wouldn't be notified abruptly. Nonetheless, the training continued to be delayed for reasons we were never told. .

Since it was told us several times we should make the store our primary focus in order to be successful, we concluded that my husband would leave his job once CPS closed the school where he was working; this meant whatever monies we made from Subway would virtually be our only source of income – of which we did inform Subway.

Finally October 13-26, 2013, we attended Franchisee Training in Milford, CT. During training, the instructor explained that we would be in somewhat of a partnership with Subway in that we would be provided as much help as needed to develop the store into a success. Attending the training depleted our investment capital and forced us to borrow money to even remain in CT to complete the training, let alone be able to operate the store once we returned. (Note: Keep in mind the fact that we missed our daughter's birthday celebration and another daughter's Senior night; and were away from our young children for two weeks.)

During training, we were scheduled to meet our assigned coordinator so we could put a face with a name; she was out of the office and never returned our phone calls. Not only did we never meet our coordinator, but every time we contacted her by phone or email, she was little to no help. The communication with her always added more frustration!

While we were in training, Tom persistently asked us if we had gotten a lawyer for the closing. Since our capital had totally depleted, unfortunately we resorted, once again, to use the seller's lawyer for the closing.

Upon returning from training, there was yet more unexplained delay for the closing date. During the delay, we received another Disclosure Document of which we had to fax a notarized receipt document.

We were told we couldn't start business without hiring employees; so we conducted interviews and hired 4 employees. We were finally scheduled to close the transfer on November 19, 2013, at which time we did not have the money we were expected to bring to the closing. We entered into a promissory note with the seller payable by December 19, 2013; we expected to have my husband's requested pension check by then, as well as begin making profits from operating the store. We completed the transfer process with all of the required documents; in attendance were the seller, his lawyer, and two of the Subway Chicago representatives. Phil Mesi, the Development Agent, didn't attend the transfer process. As we were leaving the office, we saw Phil; he shook our hand and made it a point to tell us that he "doesn't sit in on those meetings, because…" [Phil didn't complete that statement of why he doesn't attend the closings meetings.]

We left the office headed to our new store to meet the seller there. When we got there, a draining tube was running out of the store from the trap in the floor near the 3-compartment sink. Also, there were two cases of bad bread sticks in front of the cooler because the employees left the freezer open.

The Field Consultant we were assigned – Rohn Hamel - told us he was new to the position and we would be learning together. Rohn also told us often that we would not like him once he did our store evaluation. On our way to the store, Rohn told us the first thing we needed to do was get rid of the boys that keep hanging out in the store; we had no clue to what he was referring.

The following week after we took possession of the store, the seller's store manager informed us that we could not turn off the toaster as we were instructed to do in training because it wouldn't come back on. We informed Phil and Rohn of this, to no avail. By December, the toaster broke down twice (close to $3,000 to repair) and the fountain machine broke down ($700). When we notified Phil and Rohn of this; they both told us we needed to contact the seller about the problems.

One of our employees suddenly did not show up for work. The very same day the employee was a no-show, the health department came into the store following up on a report of ants in the fountain machine, although we weren't allowing the customers to use the machine. Simultaneously, Rohn came in the store to conduct our store evaluation. We explained to Rohn that the health department had been called in, expecting him to help us and defend the store to the inspector – Rohn was only concerned about conducting the evaluation. While sitting at one table trying to deal with the Health Department inspector, Rohn sat at the next table and told us that he was ready to review the evaluation with us once we had a break from the inspector. Once the inspector left, we let Rohn know how disgruntled and disappointed we were that we were not getting good treatment as being brand new franchisees. Rohn said that he would relay our feelings to Phil Mesi. We never heard from Phil regarding our complaints.

Drug dealers and customers were continuously coming in and out of the restaurant; to our surprise, one of the seller's employees was a drug customer and allowed the dealers and customers to hang out in the store. We immediately let both of the prior employees go.

Two "king-pins" (as they are called on the street) in the area were challenging us as being new in the store because the store had been their territory. One of these guys had come in the store on two occasions making the impression clear to us that this was his store/spot and we had better comply. It was SERIOUSLY by the Grace of God that this particular guy changed his attitude! In addition our lives were even threatened a few times, and that same king-pin performed obscenity on his "lady" in the store before he left the last time!

We continuously told ALL of this to Phil and Rohn, but they both repeatedly told us to talk to the seller. As a result of our persistent complaining about the drugs activity, the Chicago office contacted the store's Alderman Ervin and arranged a meeting at the store to get assistance with the drug problem. However, to our dismay, Alderman Ervin told my husband ███ that he needed to stand up like a man and defend his store. Therefore, from that we felt left alone!

Although it seemed we were making a little progress, we had to pay employees out of my husband's pension money.

Amidst all of this, one day Phil Mesi, Rohn Hamel, Al Torres and Mike (another Subway personnel who is Phil Mesi's brother-in-law) came in the store pressuring us about what we are going to do to improve the store because the store doesn't look good and we would be out of compliance (which costs money) if we didn't get things looking better soon. We told them of the circumstances we had been having with the store and that our Field Consultant wasn't any help because he kept saying he didn't have answers to our questions. Immediately following this meeting, we were re-assigned Al Torres as our Field Consultant. Al's visits to the store were often and dreaded as he always told us we had to improve something which usually meant we had to spend money to make the changes he required to prevent being out of compliance; this included getting the bathroom buzzer replaced, although the buzzer was out of order when we purchased the store.

Since we had not been able to pay rent after December 2013, in March 2014 we received an emailed letter from Subway Headquarters representative Quentin Smith stating we must resolve the rent issue immediately. We immediately called Quentin and asked him what we can work out about the rent. Quentin replied, "I don't have anything to do with that. You have to work out something with the landlord." We then called the landlord's representative, Leonard Brown, of Bethel New Life. We explained to Leonard that we were not intentionally missing payments, but the store was not making enough money to pay the rent. Things seemed to be picking up, but it's very hard because we were up against an extremely bad reputation of the store prior to our purchasing it. Leonard said he would speak to the CEO of Bethel New Life (the landlord) and get back to us. We spoke to Leonard the following week and he stated that the CEO was willing to work with us and wanted to keep our business in the building.

In training, we learned that we were required to have our Grand Opening event within six weeks of possession; so, we had ordered materials to have our event in January, but were told we couldn't have the Grand Opening in January. The Field Consultant (Al Torres) finally told us we could have the event April 4-5, 2014. We asked him to help us with ordering the food for the event since we've

never done this before. Al said, "Usually owners order 2 times their regular order." Although we were leery of ordering that much food seeing that we were barely covering the expenses minus the rent, we obeyed his inference and ordered double our regular order - $3,000+. Over the 2 days, we made a total of $2,000+ - not even covering the food order! Everything was plummeting from then on! We were closed because we couldn't order product until we paid the $3,000+ bill.

We sent an email to Fred Deluca informing him of our situation and how we felt mistreated and setup to fail as new franchisees. The email respondent called us, stated Fred Deluca was not available, and asked what we wanted her to do. We explained that we would like to be treated fairly and given the support we were told in training we would receive. Immediately following our phone conversation with her, Phil Mesi called us and scheduled a meeting with us. Note: Prior to this, Phil had only visited our store 2 or 3 times up to this point, and only focused on us seeing if the seller would take back our store When we went to the meeting with Phil, the rest of his staff, including the Field Consultant, were in attendance. In this meeting, Phil asked us what were we going to do with the store since we don't have the store open, and suggested we talk to the seller to see if he'll take the store back. We left that meeting feeling alone and insulted as the summation was that our situation was our fault and we needed to fix it.

We did as Phil insisted and spoke to the seller; however, the seller said he wasn't interested in taking the store back. We explained to the seller the entire situation we've been suffering. The seller remarked that he didn't understand why we were being treated the way we explained; during his first year, his field consultant stayed with him at his store until wee hours of the night, making sure the seller learned how to fully operate and develop his store. Then, the seller volunteered to loan us the money we needed to re-open the store.

Meanwhile, we called Fred Deluca's email respondent to follow-up with her on our complaints and the results. We told her that Phil Mesi basically told us we needed to either sell the store or give it back to the seller; and there was nothing else he could do including relocate our store. The respondent's reply was something like it's unfortunate that you're going through this, but maybe you should just try and sell the store. I then asked her why were we approved with having only $23,000 investment capital. She didn't have an answer to my question.

However, being closed for those few days hurt our momentum tremendously and our customer base had drastically dropped. Also, we were unable to complete credit card transactions because our account had been closed by the coordinator, which made our transactions a literal nightmare. This action of the coordinator gave us the impression that we were expected to go out of business; therefore, at this point we felt even more alone and predestined to fail.

We now couldn't pay our employees at all, so two of our employees quit. We also lost customers due to the cash register/credit card machine issue. We informed Phil's office about the cash register and credit card machine; however, we were not given any suggestions or help except to call the seller. We don't know if there was a program that would lend us a cash register on a pay-as-you-go plan or anything else because none of our cries for help were ever satisfied.

Meanwhile, we were still unable to pay rent but had entered into a payment plan agreement with the landlord. Therefore, the Subway Chicago office scheduled a meeting with us and the landlord to discuss the rent situation. During the meeting, Leonard Brown asked Phil and his two assistants what they were doing to help us develop the store as Leonard said he had done some research on Phil's job as a development agent. Phil stammered to answer Leonard's question as if he was fishing for words, then replied that he had just helped us with the Grand Opening (BOGO) event. Then Phil and his assistants asked about a blue light being put up over or near the store. I and my husband told them that we had contacted the Alderman's office regarding the blue light placement; the office told us that blue lights are place according to the amount of calls in the area and they don't just place blue lights upon request. Nonetheless, the meeting concluded with Phil and his assistants asking the landlord to have a blue light placed over or near the store to subvert the crime in the area.

Since we had the payment plan in place with the landlord, we assumed we had that part of the situation under control and continued to try to build sales so the business capital could increase. Business did not improve. In fact, we had to close the store once again due to inability to pay for inventory/product. We were able to gather the money that was due and try to continue operating.

Then, on the evening of June 6, 2014, we received 3 emailed letters from Quentin Smith (one with an attorney's name on it), this time stating we had not resolved the rent issue and "Please vacate the premises." Since it was near closing time, the Subway offices were closed and we couldn't contact a lawyer for advice either; we cleaned and closed the store for the night and left.

Remembering the travesty we suffered last time we were closed in which the coordinator closed our credit card account, we decided not to try and re-open the store until we spoke to someone about the letter as we didn't want to endure that operations nightmare again. On Monday, June 9th and Tuesday, June 10th we called Quentin Smith and left messages to ask how to resolve the letter; Quentin didn't return our phone calls. On Tuesday, June 10th, Al Torres inquired of us what was happening with the store; then Subway Chicago rep Lisa Petranoff called us requesting a meeting for the following day with us. On Wednesday, June 11th we met with Lisa and Maria in the Subway Chicago office on Bryn Mawr. They asked us what we were going to do about the store, and had we been talking to the seller about him taking the store back. We let them know that the register was not working and asked if the account had been closed as before. They told us that the account had not been closed and we should contact the Help Desk for assistance with the register. We also stated that we received the letter telling us to vacate the premises, called Quentin and left messages, but hadn't heard from him. We concluded the meeting by telling them once again that the seller said he doesn't want the store back, and we'll let them know what we're going to do once we make a decision.

Within <u>exactly</u> 15 minutes of leaving their office, Quentin Smith called us stating he had been out of the office, and he sent the email because he had not received a payment plan agreement from the landlord. We immediately called Leonard Brown and told him what Quentin said; Leonard told us he had sent the agreement to them and didn't know what was going on.

On Thursday, June 12th we consulted with a lawyer who suggested we do whatever we can to re-open the store and continue operating the store. We left the lawyer's office and went directly to the store, only to find that a software upload had rendered our register inoperable. We called the Subway Help Desk to get the register repaired and were referred to the register manufacturer. The register manufacturer stated that the machine was too old to repair, and we would need to get a new register. We relayed this information about the register to the Subway Chicago office and Al the Field Consultant and asked them what could be done. They told us that we must purchase another register to restart operations because the store can't remain closed, and we should try going again to the seller and ask if he will take the store back. We did not contact the seller again, but we faxed a Intent To Sell The Store note to the Chicago office; we also called the attorney on the 3rd emailed letter to ask for time as we were trying to find a buyer for the store. She agreed to give us around 2 weeks.

On June 26, 2014, we received a text from Al Torres asking for the security code for the alarm at the store: they had gone in the store without our consent or permission, or the landlord's. We called a lawyer that we seldom consulted who told us to get to the store immediately and call her when we get there. When we arrived at the store we were shocked to find that our key didn't work because the lock had been changed. Al and 2 other men reluctantly allowed us entry. When we came into the store, we noticed they had snatched the alarm system panel box off the wall and had started taking things off the walls. We called the lawyer who told Al that they were trespassing and should leave the store immediately. Since Al and the men wouldn't leave because they said they had legal rights to take possession of the store, the lawyer told us to call the police and ask the police to remove them from the premises. When the police came, instead of evicting those men, they told us that we had to leave and couldn't come back until our attorney and Subway's attorney talked.

The lawyer at that time would not talk to Subway, stating that Subway would only give her the runaround. We asked the lawyer and the seller if he would at least allow us entry into the store to remove our possessions; there was no reply. Therefore, we contacted and requested the assistance of a different lawyer who finally got Subway to agree to let us come and get our possessions out of the store. We soon received an email through our lawyer from Subway that the store was "all clear" and we could schedule a date and time to get our possessions. We also arranged for the security company's representative to pick up the alarm system equipment the same date and time.

On or around July 10, 2014, we arrived at the store and waited in our vehicle for the security company's rep and someone from Subway to show. Al the Field Consultant drove up. We watched and waited for him to motion to us that he would allow us entry; since he didn't, we assumed he didn't have the key to the store. Al got out of his vehicle and waited in front of the store; we continued to watch and wait. The security company's rep came around the corner; Al shook his hand and got the key out of his pocket to open the door. Since he never acknowledged that we were waiting to go in the store, we drove out of the parking lot and parked on the street to make certain that Al saw us as we know he knew our vehicle. At this point, Al opened the door wide with his back to us and allowed the security company rep to enter as he said something that made the rep have a strange expression on his face. We got out of the car and walked up to the door to go in the store.

Without even looking up at us, Al said, "Yea, come on in ███ and███ " This action indicated to us that he saw us all the time, but had no intention of acknowledging us.

When we walked into the store, my heart dropped into my stomach for I was now looking at nothing but an empty space – no more Subway store at all! The Subway was completely none-existent! This is when we understood what the lawyer meant when she emailed us that the store was "all clear!" In addition, every single thing was gone out of the store except our file cabinet and two boxes of files! All the possessions we had listed were no longer there! Maria and Leonard arrived. We told Maria that our things we requested were not in the store. Maria looked at us and said, "You have to speak to Aziz about those things then, because I'm sure he has them." The security company rep asked us about the alarm system panel box; then Al walked up and said it was at another store. We loaded the only possessions we had in the store onto our vehicle. When we came back in for a final look, Maria exclaimed, "Good Luck."

In close to 6 months, our lives and dreams were left shattered! While typing this letter, I received a certified letter from Internal Revenue Service that states our house may be seized in an attempt to collect the debt of past due taxes we owe from operating the Subway store. In addition, our mortgage is 7 months behind, our children's education is threatened, the last 2 employees lives are adversely affected and the bills keep coming!

We feel that we are victims of predatory business practices similar to the predatory lending practices for which Bank of America, Countrywide, Balboa and some other banks were sued in a class action suit, of which we are clients as well. The facts in this class action suit were the consumers involved should have sought legal counsel, should not have been given the loans, but mostly the mortgage companies knew those consumers could not afford to pay those mortgages. Hence, we feel the same facts apply; they just involve a different industry.

We understand that franchise business is different from consumer business. The problem is there is enough leniencies in the laws that govern franchise business to allow franchise corporations to get away with conducting business with people predatorily. Since the mortgage companies did not get away with their predatory practices, franchise corporations should not be allowed to skate by. In the wake of all the current judicial system failures, we hope our situation is not added to the roster of injustices

Attorney General Madigan, we appreciate your taking the time to review and investigate this information! We look forward to hearing from you soon on how we should proceed.

Sincerely,



Attachment – Message sent via email to Fred Deluca

Attachment 1

Good Day Mr. Deluca!

We hope all is well with you and your family!

Our names are ▮▮▮ and ▮▮▮▮▮▮▮▮ of Chicago, Illinois. In addition to being parents of 5 and pastors 11 years, we are new Subway franchisees (Store ▮▮▮▮▮ as of November, 2013.
We are contacting you with this email to convey to you our Subway franchisee experience thus far.

▮▮▮▮ retired from the IRS after 24 years and received an investment and retirement check totaling over $35K. We decided to use the moneys to obtain our first Subway. We submitted our initial application in February of 2013. We met at the Chicago Development Agent's office regularly to complete the application process. About sometime in April of 2013, we received a call that a store suddenly became available and we came to mind for this particular store. We were told that "the seller has seven other stores together, but this store being away from the others was hard for the owner to oversee." We were told it would be a good store for us since ▮▮▮▮ stated he grew up on the West Side of Chicago. So, then began our Subway journey. We were also told that the seller is a pretty upstanding and straight-forward guy; so, we thought it safe to trust him.

We paid off medical bills totaling almost $2,000 as was requested/ required, and completed the business plan and other documents. During the business plan process, we had to hire an accountant who will approve or disapprove the purchase of the store; we used the seller's accountant as we didn't know any accountants and thought we could trust him. When we provided the paperwork to the local office, we were asked where did the accountant get his numbers from, but thought nothing much of that. In June of 2013, ▮▮▮▮ left Chicago Public Schools as a teacher of 17 years and requested his pension - nearly $65K. Around August of 2013, we met with the seller of the store and gave him the requested $5,000 down payment for the store; $10,000 will be due at closing. Around September 2013, we met Phil Mesi (D.A.) at Dunkin Donuts near the store to view and discuss the store. Phil told us that the store just needs some TLC; it can't be another absentee owner. Phil said the store is in a good location, get involved with the community, and give great customer service and the store should be fine. Since we knew the store would be our new jobs, we had no reason to think the store would not soon start to pay as long as we did as suggested along the way. Phil said for us to just go look at and around the store for ourselves. Phil said, "And did you see the trash in front of the store? You can't have an employee go outside every now and then and pick that up?" We did as was suggested and looked around the store; we made a few purchases in the store to see whether or not we would want to keep the current employees. Those employees never tried to up-sale us; they seemed to not want to be there; the store atmosphere was very unwelcoming; and the cookies were too hard to even give an animal! We knew we would not be keeping these employees once the sale was final and didn't see any reason why we couldn't turn the store around if we did as suggested based on what we had been told thus far.

Now, we were off to Connecticut for Franchisee Training - October 13 - 26, 2013 - missing our baby daughter's birthday celebration. With airfare, hotel, car rental, food and gas depleting our funds, we were now in borrowing mode; but our minds are set on the fact that soon we'll be working at our own Subway and receiving a paycheck from our business! We made it through the strenuous training and each received our Franchisee Certificates. Once we returned home, we were scheduled for ONE MORE WEEK of local in-store training in Rosemont, IL. Upon meeting our Field Consultant, the first thing he says when we sit down is (looking at ▮▮▮▮) "You have to put on some pants." (Really? was ▮▮▮▮ facial expression, as no one said anything about my skirt in Connecticut.) "Yeah, because if you spill some hot meatballs, it could burn your legs." (My skirt was ankle-length.) He continued to tell us that he is a new Field Consultant and will be learning with us. We made it through that very tasking week of local training! We were finally scheduled for the final closing on the store purchase, which kept being changed. Meanwhile, being out of work and our retirement funds being our only source of income, our bills depleted our funds. We finally came to the closing November 19, 2013; because the closing was delayed so long, we agreed to close with a promise of the remaining $10K+ being paid in

December once we received my husband's pension check.

Now, we're off to our NEW store for the final walk-through with the seller! As soon as we get to the store, there's a funneling tube coming from the oil trap in the back of the store out of the front door. There is also a two full boxes of thawed bread on the floor that has to be thrown away, of which the seller's partner explained as the freezer was "accidentally" left open. ▮▮▮▮ went in the back where the shelves were and it looked like no one had been in the store in a while - there was barely anything on the shelves and what was on the shelves was extremely dusty. Underneath the cold units, there was so much dust until we wondered how people were eating at the store at all! So, needless to say, we were a few days cleaning up the entire store. November 20, 2013 is our first day of possession. Good, right? Well, the oven was burning our bread left and right, and our cookies. Also, we're immediately told that we need to get the young boys out of the store and stop them from hanging out in the store. The next week, we were told by the former manager that we can't turn off the toaster to clean it every night (as we learned to do in training) because it won't turn back on. In addition, the POS machine is so outdated until the drawer gets stuck all of the time, the cooling rack is the wrong one for which we can be marked out of compliance (per the F.C.) AND the vent over the stove doesn't work! THEN the following week, the ice machine breaks down, ants accumulate in it, a disgruntled employee leaves, then the next day the health department shows up at the store regarding ants in the fountain drink machine! While sitting at one table with the Health Department Rep, we're called to the next table by the Field Consultant to review our evaluation he just completed. When the Health Department Rep left, we sat down with our Field Consultant and let him know how disappointed we were and how unfair and uncompassionate it seemed for him to continue with the evaluation given the circumstances. To this the Field Consultant responded that we would look at the evaluation some other time, and he would pass on our feelings to Phil (D.A.).

It's now mid-December and we've received ████ pension check. The same week, the toaster breaks down and we have to pay $2,500 to get it repaired! At this point, we still have BARELY made any money, of which the 12.5% due Subway is faithfully withdrawn; but our employees are not getting paid yet! We withdraw the $5K+ to pay the employees from our personal funds. Now, the rent on the store is due - $2,866 (although we expected the rent to be $1,500+ since the lease we received had $1,351 and didn't receive a current lease to date); we withdrew that out of our personal account too! Meanwhile, Reinhart doesn't make our deliveries until 7:00pm and the Rep has a bad disposition when we try to get her help! Our Field Consultant says he doesn't know what to do about it and we need to brace ourselves for our next eval as we may not like him when we get it.

But WAIT: IT GETS BETTER!!!

Remember the young boys hanging out in the store who were mentioned earlier? Well, they were there because this store had been a place of meeting to exchange drugs! After three days of possession of the store, this big guy (known as a King Pen on the streets) came in the store to make it clear by his presence that this is his turf! Regardless to his presence, we stood our ground by telling everyone that they aren't allowed to be idle in the store. A few days later, the King Pen returned. THIS time, my husband, by the Spirit of the Living God, told him that he was the new owner and didn't want any trouble; just trying to run a business. After that, we no longer had trouble out of him or his crew. However, the store had a reputation for being a "drug" store, unbeknown to us prior to taking the store! Yet, we are in constant defense mode as this is a violent neighborhood and we regularly have to ask people out of the store. We've established a rapport with the police (their meals are 50% off), Alderman and the Beat Meeting attendants to help us curtail some of the activities. According to most customers, the reason people had stopped coming in this store was because the employees were rude and the drugs! REALLY??? Meanwhile, we continuously asked to schedule our BOGO event to get some sales in the store, to no avail. Even the bank personnel informed us that the store had suffered much violence, including robberies and windows broken!

Well, atop of all this, being unable to pay the "unexpected" rent amount of $2,866, we fell behind 3 months and received an email and certified letter from Subway Headquarters giving us 10 days to get the rent issue resolved. We contacted the Headquarters rep on the email who told us to call the landlord to work out an agreement and get it in the Headquarters office by the date on the letter. We called the building management representative and apologized for him not hearing from us before 3 months had passed; however, we assumed the corporate office rep had been in contact with them explaining or situation since they negotiated the lease. The building landlord rep stated that he expected to hear from the corporate offices too. We then explained our financial circumstance from beginning to present, and told him we hoped that our upcoming Grand Re-opening Event would turn things around for us. The rep said he will discuss with his main office and get back to us; their response was we needed to provide one month's rent before they could work out a payment arrangement. We said that we will try to get that. Nothing changed all the way up until the Grand Re-opening event. Since marketing was suggested for the

Grand Re-opening event, we were told that a full sheet flier mailing in the Chicago Tribune was scheduled the week of the event for $7xx.00; of the total, our D.A. was offering to pay $300.

Well, the flier went out and the BOGO event took place: a whopping $2,000+ was made over both days - not even enough to cover one month's rent; in addition, we still had two employees who had two checks each to cash. By the way, the first day of our BOGO, we found out that there were at least 5 other BOGOs going on within a 10-mile radius of us, which is the distance our flier covered. (WOW!!! No wonder customers weren't pouring in our store!!!)

This is the ONLY store that was every offered or shown to us! To date, we are now 4 months behind in the rent, ALL of our creditors are calling us, our children are suffering emotionally and in their education, and it feels like we're in this sinking ship all alone! We have regularly voiced our situation to our Field Consultants (we've had 2) and requested a meeting with our D.A., to no avail. The D.A. seems removed from our circumstance and pushed the meeting back now until after the Owners' Meeting tomorrow. We have done everything we have been required to do, yet it seems there's no reciprocation for our efforts! We told the F.C. and D.A. that we feel all we have to show for this investment is a plaque on the wall! In training, it was repeatedly stated that you'll have too much help to fail; support will be with you every step of the way. Needless to say, that's not at all how we feel! We feel that we've been duped and had!

Initially, our goal was to own at least 5 Subways. ▮▮▮▮ had even explained to people that it's hard work, but it's the same that's experienced with any new business, and bragged that Subway systems is the best for new entrepreneurs. ▮▮▮▮ has since changed her tone to saying she wouldn't wish this experience on NOBODY! ▮▮▮▮ also says that, depending on how this turns out, she will not even want to PASS BY a Subway, let alone go inside a Subway! ▮▮▮▮ says that she'll stay in the car whenever her family wants to go in Subway.

We don't know what will come out of this, but we thought you should know how we, NEW Franchisees, are feeling just 6 months into our franchisee experience.

We will also send this letter by certified mail and require a signature.
A response is greatly appreciated and needed!

Sincerely,

▮▮▮▮▮▮▮▮
Subway #▮▮▮▮▮▮▮▮
Chicago, IL
▮▮▮▮▮▮▮▮

*BE The Blessing You Want To Receive!*



**Swedish Covenant Hospital**
5145 NORTH CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60625-3642

**HASHAD K DESAI**
6312 N TROY ST
CHICAGO, IL 60659-1414

| | |
|---|---|
| Account Number: | 62932462 |
| Service Date: | 02/16/17 |
| Statement Date: | 04/28/17 |
| Balance Due: | 376.21 |
| PAGE: 1 of 1 | |

Dear Hashad K Desai,

Thank you for choosing Swedish Covenant Hospital as your healthcare provider. Based on information received from your insurance, the amount below is now your responsibility. Please pay the amount due. If you are unable to pay the amount in full, please contact our Financial Service Center at 773-989-3841 to set up a payment plan.

**If you have questions relating to your benefit plan, please contact your insurance company directly.**

**Payment Options:** Cash, Check, Credit Cards (see acceptable credit cards below) or Online Bill Pay at SwedishCovenant.org/patient-online-services

**Financial Assistance:** Swedish Covenant Hospital offers financial assistance for those who apply and qualify. Families whose income is less than 300% of the federal poverty income guidelines may qualify for a reduction in the balance due. For more information, please see our Financial Assistance Policy. There are several ways to obtain an application and the hospital's Financial Assistance policy: Visit our website at www.SwedishCovenant.org, contact Financial Service Center department at 773-989-3841 or visit our department located on the first floor of the Galter Medical Pavilion, 5140 N. California Ave. Our staff is available to assist you Monday through Friday, 8:30a.m to 5:00p.m.

For Questions about your hospital bill or to request an itemized statement, please contact Financial Service Center at 773-989-3841 Monday through Friday 8:30 am-5:00 pm. **This statement represents only the hospital bill. Your physician, surgeon, pathologist, radiologist, anesthesiologist and other specialist bill separately for their services. Please contact them directly if you have any questions concerning their bill.**

SEE ADDITIONAL PAGE FOR ACCOUNT SUMMARY, SEE BACK TO UPDATE ADDRESS OR INSURANCE     HMO30
652453F (PC2)

**Payment for Hospital Services**
━━ MAKE CHECKS PAYABLE TO: ━━



**Swedish Covenant Hospital**     17238-P451
5145 North California Avenue
Chicago, Illinois  60625-3642
www.swedishcovenant.org/patient-online-services

**RETURN SERVICE REQUESTED**

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PATIENT
HASHAD K DESAI

17238-P451*TWL050IKH000036



000204
0101

հիլ.|ելիկ...|կ|| կ.|կ.|ելլ|| |կ||
**HASHAD K DESAI**
6312 N TROY ST
CHICAGO, IL 60659-1414



IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER                                    AMOUNT

SIGNATURE                                      EXP. DATE

| STATEMENT DATE | AMOUNT DUE NOW | ACCT. # |
|---|---|---|
| 04/28/17 | 376.21 | 62932462 |

| DATE DUE | SHOW AMOUNT |
|---|---|
| 05/18/17 | PAID HERE  $ |

DETACH THIS PORTION AND RETURN WITH PAYMENT

 վելելիել|||ելիիիկ|ել||ել|ելլ||ելե||
**SWEDISH COVENANT HOSPITAL**
7426 SOLUTION CENTER
CHICAGO, IL  60677-7004

15

006293246200777426000000376213

**Account# 62932462**

**Patient Name:** HASHAD K DESAI

**Hospital Services - Account Summary**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | M&S NON STERILE | 65.00 |
| | ER/809140 | 517.00 |
| | MEDICAL/SURGICAL SUPPLIES | 12.00 |
| | Total Charges: | 594.00 |
| 02/23/17 | CIGNA DISCOUNT | -302.94 |
| 04/27/17 | CIGNA DISCOUNT | 85.15 |
| | Total Adjustments: | -217.79 |
| | Total due: | 376.21 |

## Change of Address or Health Insurance Information

Mail this stub to: Swedish Covenant Hospital, 7426 Solution Center, Chicago, IL 60677-7004
Or Call (773) 989-3841.

| PATIENT NAME | | | NEW PHONE # |
|---|---|---|---|
| NEW ADDRESS | CITY | STATE | ZIP CODE |
| POLICY HOLDER'S NAME (IF PATIENT IS DEPENDENT) | | ID/CASE# | GROUP # |
| IF GROUP INSURANCE, NAME OF GROUP (EMPLOYER, UNION/ASSOCIATION) | | | INSURANCE PHONE # |
| INSURANCE COMPANY NAME | | INSURANCE ADDRESS | |
| EMPLOYER | | EMPLOYER ADDRESS | |

*IF YOU HAVE A NEW ADDRESS OR HEALTH INSURANCE INFORMATION, PLEASE COMPLETE THE ABOVE PORTION*

**I-RS-KHODO**

FROM: HARSHAD K. DESAI.

6312 NORTH TROY STREET

CHICAGO, IL-60659

TO: INTERNAL REVENUE SERVICE.

    Stop 31313

    Fresno, CA 93888

Federal Trade Commission.

DEAR SIR,

Ref: 98022333

ON JUNE 22, 2018, AROUND EIGHT (8) PM, THE PERSONS NAMED KHODABHAI PATEL AND ASHWIN SHAH CAME TO MY HOUSE. I KNOW BOTH OF THEM FOR A LONG TIME. KHODABHAI PATEL IS ALSO MY CLIENT OF TWENTY YEARS AND USED TO BE A FRIEND. WE USED TO HAVE BEER AND FOOD PARTIES AT ONE OF THE SUBWAYS RESTAURANTS OF RAJ PATEL. RAJ PATEL HAS A SUBWAY RESTAURANT IN JEFFERSON PARK, CHICAGO WHICH I HAVE REFERENCED IN MY ILLINOIS ATTORNEY GENERAL COMPLAINT.

BOTH OF THEM WERE OUTSIDE MY HOUSE AND KHODABHAI PATEL CALLED ME. HE WANTED SOME TAX WORK DONE. FOR THE MOMENT, I WANTED TO SAY NO. BUT HE SAID HE IS JUST PARKED OUTSIDE THE HOUSE. SO, I SAID OK AND THEN BOTH OF THEM ENTERED MY HOUSE.

USUALLY WHEN KHODABHAI PATEL COMES TO MY HOUSE, HE ALWAYS COMES WITH HIS JUVENILE (10-12 YEARS OLD) SON, BUT THIS TIME KHODABHAI COMES WITH ASHWIN SHAH AN ELDERLY PERSON. THIS WAS A CALCULATED MOVE AS KHODABHAI NEEDED A COMPETENT WITNESS TO THIS STING OPRATION PRESUMABLY ORGANISED BY SUBWAY HEAD QUARTERS AND SUBWAY DEVELOPMENT CORPORATION OF CHICAGO.

I AM A TAX PREPAROR WHICH EVERYBODY KNOWS ABOUT FOR ABOUT 25 YEARS. OBVIOUSLY, SUBWAY KNOWS ABOUT THIS FACT AS THEY HAVE EVEN HIRED UNDERCOVER INVESTIGATORS TO TRACK MY EVERY MOVE. SUBWAY IS THE LARGEST FAST FOOD CHAIN AND THEY RUN A MULTI BILLION DOLLAR EMPIRE WITH UNLIMITED RESOURCES. SUBWAY IS INFAMOUS AND ILL REPUTEDLY KNOWN AS A FINANCIAL PREDITOR IN THE SUBWAY FRANCHISEE COMMUNITY.

OUR EX-PRESIDENT SUSAN GRECO IN HER DREAM TO BUILD 100,000 STORES, HAD LOST SIGHT OF THE REALITY OF THE SUBWAY BUSINESS AND PLIGHT OF SUBWAY FRANCHISEES. SUBWAY HAD GIVEN FREE REIGN TO ALL BUSINESS PARTNERS (THE DEVELOPMENT AGENTS), WHICH ENABLED THEM TO BEHAVE IN AN ILLEGAL AND UNETHICAL MANNER TO GROW THE FRANCHISE. AS THERE IS NO MORE ROOM FOR EXPANSION OF THE FRANCHISE, THE DEVELOPMENT AGENTS HAVE RESORTED TO FLIPPING EXISTING STORES BY WRITING FRANCHISEE OWNERS OUT OF COMPLIANCE BY UTILIZING THEIR OWN CORPORATE INSPECTORS AND CITY HEALTH INSPECTORS. THIS ALLOWS THEM TO TAKE THE FRANCHISEES TO ARBITRATION WHERE THEY CAN SEIZE THEIR STORE FOR PENNIES TO THE DOLLAR. THESE SEIZED STORES ARE THEN RESOLD TO NEW AND ENTHUSIATIC OWNERS. THIS IS A CLASSIC EXAMPLE OF EXTORTION AND ORGANIZED CRIME THAT SUBWAY USES TO PROFIT.

1 6

SO, BACK TO ENTRAPMENT AND ALLUREMENT. KHODABHAI PATEL TOLD ME, HE HAD COME FOR

TWO PURPOSES. 1ST HE WANTED ME TO FILE TAX RETURN FOR MIHIRKUMAR M. PATEL, &

~~SOCIAL SECURITY~~ RESIDING AT 6420 N. SACRAMENTO AVE APT 2, CHICAGO, IL-60645,

AND HE GAVE ME TWO W2'S. ONE FROM HIS COMPANY ADARSH PARTNERS LLC, 2 E. 159TH ST,

HARVEY, IL-60426. EIN: 46-2692058.

2ND W2 WAS ISSUED BY UMIYAMA INC., DBA SUBWAY, 4861 N. MILWAUKEE AVE, CHICAGO,

IL-60630-2145, EIN NO:20-0917481. CONTACT RAJENDRA PATEL 773-318-7961.

KHODABHAI TOLD ME IN OUR GUJRATI LANGUAGE "A W2 ME MARA STORE MA VAPARYU CHE AND 2ND
W2 RAJ NA STORE MA VAPARYU CHE." IN ENGLISH IT MEANS 1ST W2 IS ISSUED FROM HIS STORE
ADARSH PARTNERS, LLC AND 2ND W2 WAS ISSUED BY UMIYAMA, INC SUBWAY. COPIES ARE ENCLOSED

HEREWITH.

THESE STATEMENTS ALSO MEAN THAT BOTH W2 ARE FICTITIOUS AND HE ALSO TOLD ME
MIHIRKUMAR PATEL IS INCAPACITATED AND CAN NOT WORK. KHODABHAI PATEL HAS ALSO
ADMITTED THIS W2 WAS FICTITIOUS IN HIS MOBILE TEXT MESSAGE TO ME (COPY OF WHICH IS
ENCLOSED HEREWITH)


I ASKED KHODABHAI WHAT IS THE STATUS OF MIHIRKUMAR. HE IMMEDIATELY RESPONDED
SAYING SINGLE. I TOLD HIM I NEEDED MIHIRKUMAR TO BE PRESENT HERE AND WITHOUT HIM I CAN
NOT DO ANYTHING. THEN HE PRETENDED TO CALL HIM AND ASKED HIM TO COME. BUT MIHIRKUMAR
DID NOT PICK UP THE PHONE OR WHATEVER I HAVE NO KNOWLEDGE WHAT HAPPENED WHEN HE
CALLED. REGARDLESS, HE COULD NOT PROCURE THE PRESENCE OF MIHIRKUMAR PATEL. I TOLD HIM, I
CAN NOT DO THIS TAX RETURN. KHODABHAI TOLD ME, "I HAVE ALL THE IDENTIFICATION DOCUMENTS
OF MIHIR STORED ON MY PHONE". I DID NOT SEE THE NEED TO LOOK AT IT, SO I DID NOT EVEN LOOK
AT THE DOCUMENTS.

THE SECOND PURPOSE OF KHODABHAI'S VISIT WAS TO COLLECT HIS RELATIVE'S PAPERWORK., I HAD A
FORMER CLIENT NAMED CHIRAG PATEL FROM MASSACHUSETS WHO SENT ME PAPERWORK TO
PREPARE AN APPLICATION FOR INDIVIDUAL TAX PAYERS IDENTIFICATION NUMBER(ITIN) FOR HIS SON.
HE SAID, HE WANTED HIS PAPERWORK BACK. I CALLED AND HAD A TALK WITH CHIRAG. SO, WITH THE
PERMISSION OF CHIRAG I GAVE AWAY THE SEALED ENVELOPE AS HE HAD SENT IT TO KHODABHAI, ALL
THE WHILE, MR. ASHWIN SHAH WITNESSING OUR ACTIONS AND MOVEMENTS. WITH THIS KIND OF
ANTI-IMMIGRANT ATMOSPHERE, I DID NOT SEE IT APPROPRIATE TO DO THIS KIND OF WORK. AND
ALSO, I DID NOT KNOW AND STILL DO NOT KNOW, AND WAS NOT FEELING COMFORTABLE DOING THIS
TYPE OF WORK.

AT THE TIME, WE WERE HAVING BEER, JUST LIKE MY TRUSTED FRIEND AND CUSTOMER FOR SO
MANY YEARS. AND THE BEER AND FOOD PARTIES WE HAD IN THE ONE OF THE SUBWAY'S OF RAJ PATEL
AS DESCRIBED IN MY ILLINOIS ATTORNEY GENERALS COMPLAINT.
THEN HE TOLD ME ABOUT HE BOUGHT A NEW HOUSE IN SUBURBS FOR ABOUT

2

$300,000(THREE HUNDRED THOUSAND). THEN I TOLD HIM IMMEDIATELY, YOU WILL BE AUDITED BY IRS BEING AWARE OF HIS FINANACIAL SITUATION AS A TAX PREPAROR IN THE BACK OF MY MIND.THEN HE SAYS
HE GOT MONEY FROM A LIFE INSURANCE COMPANY DUE TO THE RECENT DEATH OF HIS SON. THEN I SAID IT IS OK. HE TOLD ME, HE IS NOT GOING TO MOVE TO HIS NEW HOUSE UNTIL DECEMBER. HE WANTED TO REPAIR THE HOUSE, AND STUFF. TO WHICH I DID NOT PAY ATTENTION.
WHETHER HE REALLY BOUGHT THE HOUSE OR NOT, I DO NOT KNOW. IT COULD BE A PLOY TO GET SOME INFORMATION FROM ME FOR MY RECENT MAJOR EXPENSE WHICH HE CAN DISCLOSE TO SUBWAY AND IN TURN TO IRS. HE ALSO TOLD RAJ PATEL WHO NOW OWNS TEN (10) SUBWAYS. I WAS HAPPY TO HEAR THAT.
THE FACTS OF THIS INCIDENCE AND HAPPENING ARE SO INTIMATE THAT ONLY TWO PARTIES COULD HAVE SUCCESSFULLY DONE IT. ONE IS SUBWAY AND THE OTHER IS CITY OF CHICAGO. BUT HERE ALL THE PARTIES ARE HAND PICKED FROM OUR BEER AND FOOD PARTY. KHODABHAI HAD COMPLETE ACCESS AT ANY TIME AND OPPORTUNITY TO BETRAY. KHODABHAI ALONE HAS NO MENTAL CAPACITY AND ABILITY TO DO THIS KIND OF COVERT OPERATION. SUBWAY HAS CONTROL AND DOMINION OVER THEIR FUTURE, THE ONLY PRESUMPTION IS THAT SUBWAY IS BEHIND THIS STING OPERATION.

TWO WEEKS AFTERWARDS, KHODABHAI ARRIVED AT MY RESIDENCE WITHOUT CALLING ME AS HE WANTED TO CONCEAL HIS VISIT TO MY HOUSE. HE CAME BY HIMSELF AND HE ASKED ME IF I FILED THE TAX RETURN AND I TOLD HIM THAT I WAS NEVER GOING TO FILE TAXES FOR A FICTICIOUS W2 AND FICTIOUS PERSON. HE WAS DRUNK AND TRIED TO THREATEN ME. ADDITIONALLY HE WANTED TO COME AND SEARCH MY HOME AND BASEMENT. HE ALSO ASKED ME WHY I AM SO STRESSED WITH MY SUBWAY BUISNESS AND EVEN MADE A COMMENT ABOUT HOW A SUBWAY THAT HE INVESTED $300,000 IN IS NOW WORTH ONLY $70,000. THE ONLY PRESUMPTION I CAN DRAW IS THAT KHODABHAI CAME TO MY RESIDENCE TO FRAME ME AT THE INSTIGATION AND BEHEST FROM SUBWAY.

IN BETWEEN KHODABHAI'S FIRST AND SECOND VISIT TO MY RESIDENCE AND ALSO AFTER I HAVE RECEIVED AN UNUSUALLY HIGH VOLUME OF CALLS FROM MANY PEOPLE ALL OF WHOM ARE FROM INDIAN DESCENT ASKING ME STRANGE QUESTIONS ABOUT ITINS AND ITS USAGE. THERE WERE EVEN A FEW PEOPLE WHO CAME TO MY RESIDENCE AS WELL FOR ITIN APPLICATIONS. THIS UNUSUAL VOLUME OF ITIN RELATED QUERIES HAS MADE ME BELIEVE THAT I WAS WIRE TAPPED BY THE IRS DUE TO THE CONSPIRACY OF SUBWAY AND ITS STAKEHOLDERS WHO NEED A WAY TO ENTRAP ME.


KHODABHAI AND RAJ PATEL WILL CONTINUE TO COOPERATE WITH SUBWAY AS THEY ARE BUSINESS STAKE HOLDERS AND WILL NOT WANT TO JEOPARDIZE THEIR RELATIONS AND BUSINESS INTERESTS WITH SUBWAY HQ. THIS IS WHY THEY WERE WILLING TO CREATE FICTITIOUS W2'S IN ORDER TO FRAME ME FOR IDENTITY THEFT CRIME ON THE INSITIGATION AND BEHEST OF SUBWAY HQ. SUBWAY HQ IS RUNNING A COVERT OPERATION TO RUIN MY REPUTATION AND BUSINESS AS I AM ACTING AS A WHISTLE BLOWER IN EXPOSING THEIR NATIONAL EXTORTION SCHEME OF FLIPPING FRANCHISEE STORES FOR THEIR OWN PROFITERRING GOALS. THIS NEEDS TO BE IMMEDIATELY INVESTIGATED AS TOO MANY FRANCHISEE OWNERS ARE BEING EMOTIONAL, PHYSCIALLY, AND FINANCIALLY RUINED AT THE HANDS OF A CORRUPT AND RUTHLESS CORPORATION.

3

SUBWAY IS USING ALL THE FRANCHISEES AND MY EMPLOYEES AND NEIGHBOURING SUBWAY AFFILIATES AS THEIR HANDS, EARS AND EYES AND USING THEM FOR THEIR TACTICAL AND ABUSIVE PURPOSES.
I HAVE FILED SO MANY COMPLAINTS WITH ATTORNEY GENERAL, FBI, ARDC, INSPECTOR GENERAL FOR APPARANT CORRUPTION IN VARIOUS DEPARTMENTS OF CITY OF CHICAGO FOR THEIR FREQUENT MALACIOUS INSPECTIONS, THIS MAKES ME PRESUME THERE IS CODE OF SILENCE. SUBWAY AND THE CITY OF CHICAGO ARE CONSTANTLY FABRICATING AND MANIPULATING MATERIAL WITNESSES.

## Copy B

| a Employee's SSN | b Employer ID number (EIN) 20-0917481 | Form W-2 Wage and Tax Statement 2017 Copy B To Be Filed with Employee's FEDERAL Tax Return. | OMB No. 1545-0008 | Dept. of Treas. - IRS |
|---|---|---|---|---|

**257.70**

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 12000.00 | 2 Federal income tax withheld |
|---|---|---|
| UMIYAMA, INC<br>SUBWAY<br>4861 N. MILWAUKEE AVE<br>CHICAGO IL 60630-2145<br>CONT: RAJENDRA PATE 773-318-7961 | 3 Social security wages 12000.00 | 4 Social security tax withheld 744.00 |
| | 5 Medicare wages and tips 12000.00 | 6 Medicare tax withheld 174.00 |
| | 7 Social security tips | 8 Allocated tips | 9 Verification code |

| d Control number 107 | Suff. |
|---|---|

| e Employee's name, address, and ZIP code | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
|---|---|---|---|
| MIHIRKUMAR PATEL<br>6420 N SACRAMENTO AVE<br>APT #2<br>CHICAGO        IL    60645 | 12b Code | 12c Code | 12d Code |
| | 13 Statutory employee<br>Retirement plan<br>Third-party sick pay | 14 Other | |

| 15 State Employer's state ID number IL   3518-8316 | 16 State wages, tips, etc. 12000.00 | 17 State income tax 132.01 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

FDEA0108L  04/27/17

This information is being furnished to the Internal Revenue Service.

## Copy 2

| a Employee's SSN | b Employer ID number (EIN) 20-0917481 | Form W-2 Wage and Tax Statement 2017 Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return. | OMB No. 1545-0008 | Dept. of Treas. - IRS |
|---|---|---|---|---|

**257.70**

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 12000.00 | 2 Federal income tax withheld |
|---|---|---|
| UMIYAMA, INC<br>SUBWAY<br>4861 N. MILWAUKEE AVE<br>CHICAGO IL 60630-2145<br>CONT: RAJENDRA PATE 773-318-7961 | 3 Social security wages 12000.00 | 4 Social security tax withheld 744.00 |
| | 5 Medicare wages and tips 12000.00 | 6 Medicare tax withheld 174.00 |
| | 7 Social security tips | 8 Allocated tips | 9 Verification code |

| d Control number 107 | Suff. |
|---|---|

| e Employee's name, address, and ZIP code | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
|---|---|---|---|
| MIHIRKUMAR PATEL<br>6420 N SACRAMENTO AVE<br>APT #2<br>CHICAGO        IL    60645 | 12b Code | 12c Code | 12d Code |
| | 13 Statutory employee<br>Retirement plan<br>Third-party sick pay | 14 Other | |

| 15 State Employer's state ID number IL   3518-8316 | 16 State wages, tips, etc. 12000.00 | 17 State income tax 132.01 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

FDEA0108L  04/27/17

## Copy C

FDEA0108L  04/27/17

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| a Employee's SSN | b Employer ID number (EIN) 20-0917481 | Form W-2 Wage and Tax Statement 2017 Copy C For EMPLOYEE'S RECORDS (see Notice to Employees). | OMB No. 1545-0008 | Dept. of Treas. - IRS |
|---|---|---|---|---|

**257.70**

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 12000.00 | 2 Federal income tax withheld |
|---|---|---|
| UMIYAMA, INC<br>SUBWAY<br>4861 N. MILWAUKEE AVE<br>CHICAGO IL 60630-2145<br>CONT: RAJENDRA PATE 773-318-7961 | 3 Social security wages 12000.00 | 4 Social security tax withheld 744.00 |
| | 5 Medicare wages and tips 12000.00 | 6 Medicare tax withheld 174.00 |
| | 7 Social security tips | 8 Allocated tips | 9 Verification code |

| d Control number 107 | Suff. |
|---|---|

| e Employee's name, address, and ZIP code | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
|---|---|---|---|
| MIHIRKUMAR PATEL<br>6420 N SACRAMENTO AVE<br>APT #2<br>CHICAGO        IL    60645 | 12b Code | 12c Code | 12d Code |
| | 13 Statutory employee<br>Retirement plan<br>Third-party sick pay | 14 Other | |

| 15 State Employer's state ID number 3518-8316 | 16 State wages, tips, etc. 12000.00 | 17 State income tax 132.01 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|



**Form W-2** Wage and Tax Statement 2017

| a Employee's SSN | | b Employer identification number (EIN) 46-2692058 | | OMB No. 1545-0008 |
|---|---|---|---|---|

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 6000.00 | 2 Fed inc tax withheld |
|---|---|---|
| ADARSH PARTNERS LLC | 3 Social security wages 6000.00 | |
| 2 E 159TH ST | 4 SS tax withheld 372.00 | 5 Medicare wages & tips 6000.00 | 6 Medicare tax withheld 87.00 |
| HARVEY IL 60426 | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 |

| 10 Dependent care benefits | 11 Nonqualified plans | 12a |

| e Employee's name, address, and ZIP code      Suff. | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 14 Other | 12b |
|---|---|---|---|
| MIHIRKUMAR M   PATEL | | | 12c |
| 6420 N SACRAMENTO AVE APT 2 | | | 12d |
| CHICAGO        IL 60645 | | | |

Copy B To Be Filed with Employee's FEDERAL Tax Return. This information is being furnished to the Internal Revenue Service.

| 15 State  Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| IL  46-2692058 000 | 6000.00 | 300.00 | | | |

REV 01/12/18 QSDT                              Department of the Treasury — IRS

---

**Form W-2** Wage and Tax Statement 2017

| a Employee's SSN | | b Employer identification number (EIN) 46-2692058 | | OMB No. 1545-0008 |
|---|---|---|---|---|

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 6000.00 | 2 Fed inc tax withheld |
|---|---|---|
| ADARSH PARTNERS LLC | 3 Social security wages 6000.00 | |
| 2 E 159TH ST | 4 SS tax withheld 372.00 | 5 Medicare wages & tips 6000.00 | 6 Medicare tax withheld 87.00 |
| HARVEY IL 60426 | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 |

| 10 Dependent care benefits | 11 Nonqualified plans | 12a |

| e Employee's name, address, and ZIP code      Suff. | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 14 Other | 12b |
|---|---|---|---|
| MIHIRKUMAR M   PATEL | | | 12c |
| 6420 N SACRAMENTO AVE APT 2 | | | 12d |
| CHICAGO        IL 60645 | | | |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.

| 15 State  Employer's state ID No. | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| IL  46-2692058 000 | 6000.00 | 300.00 | | | |

REV 01/12/18 QSDT

---

**Form W-2** Wage and Tax Statement 2017

| a Employee's SSN | | b Employer identification number (EIN) 46-2692058 | | OMB No. 1545-0008 |
|---|---|---|---|---|

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 6000.00 | 2 Fed inc tax withheld |
|---|---|---|
| ADARSH PARTNERS LLC | 3 Social security wages 6000.00 | |
| 2 E 159TH ST | 4 SS tax withheld 372.00 | 5 Medicare wages & tips 6000.00 | 6 Medicare tax withheld 87.00 |
| HARVEY IL 60426 | 7 Social security tips | 8 Allocated tips |
| d Control No. | 9 |

| 10 Dependent care benefits | 11 Nonqualified plans | 12a |

| e Employee's name, address, and ZIP code      Suff. | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 14 Other | 12b |
|---|---|---|---|
| MIHIRKUMAR M   PATEL | | | 12c |
| 6420 N SACRAMENTO AVE APT 2 | | | 12d |
| CHICAGO        IL 60645 | | | |

Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee.)

| 15 State  Employer's state ID No. | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| IL  46-2692058 000 | 6000.00 | 300.00 | | | |

REV 01/12/18 QSDT

12/2/2018

 Gmail

Harshad Desai <harshaddesai11@gmail.com>

## Rabari
1 message

Harshad Desai <harshaddesai11@gmail.com>
To: harshaddesai11@gmil.com

Sat, Nov 17, 2018 at 7:22 PM



17



Bharat Rabari visited HARSHAD DESAI'S HOUSE
ON October 29 around 8:00PM.

During this visit, Rabari stated that
during a health and sanitation inspection,
the city of CHICAGO Health inspector
waited more than 30 minutes for
Dipak Bhat (owner of subway in
lincoln square) to come with a
valid sanitation certificate.
Additionally Rabari said he would
not testify in court regarding the
arbitrary and unfair practises of
the city of chicago inspectors.
October 29th, 2018 was also the

Same day when the second Director of operations came to Harshad Desai's subway store, for the subway store inspection.

It appears to be obvious that the subway office sent Rabari to Desai's house to communicate the message regarding Rabari not agreeing to testify in court regarding the wrongdoing of subway and it's affiliates (Chicago Health Department).

10/29/18

DHARA MEHTA

DMehta

 Gmail

Harshad Desai <harshaddesai11@gmail.com>

---

**subway**
1 message

**Harshad Desai <harshaddesai11@gmail.com>**
To: bharatdesai43@yahoo.com

Mon, Mar 25, 2019 at 3:52 PM

THIS IS HARSHAD K. DESAI . I AM SORRY TO INFORM YOU THAT I COULD
NOT HELP YOU WHEN YOU VISITED MY HOUSE FOR YOUR FILING OF TAX
RETURN FOR 2018. YOU CAME TO MY HOUSE AT ABOUT SEVEN FIFTY (7.50PM)ON
MARCH 8,2019 WITHOUT CALLING ME AND WITHOUT AN APPOINTMENT FROM ME.
AND  WE HAD USUAL TALK . I ALSO INFORMED YOU THAT I COULD NOT
DO YOUR TAX RETURN DUE TO THE FACT THAT YOU ARE A WITNESS TO
MY DISPUTE WITH SUBWAY AND CITY OF CHICAGO AND OTHER MATERIAL
FACTS.
LAST TIME ALSO YOU HAD COME TO MY HOUSE ON OR AROUND IN THE MONTH OF
AUGUST 2018. WE ALSO HAD DISCUSSION ABOUT GIVING TESTIMONY REGARDING
HEALTH INSPECTION OF YOUR STORE AND CITY EMPLOYEE  WAITING FOR MORE
THAN HALF AN HOUR. BUT YOU EXPRESSLY TOLD ME THAT YOU WILL NOT HELP
ME IN THAT REGARD. NOT ONLY THAT , YOU TOLD ME THAT EVEN DIPAK BHATT,
WHO IS ALSO MATERIAL WITNESS TO THE EVENT , WILL NOT COME TO HELP ME
GET JUSTICE BY TESTIFYING AND  TELLING THE TRUTH OF THE CONDUCT OF
HEALTH DEPARTMENT EMPLOYEE.. WHICH WAS  AND IS UNFAIR AND UNJUST.
I KNOW DIPAK BHATT HAS LOST ALMOST THREE HUNDRED THOUSAND DOLLARS
DUE TO THIS SUBWAY SCAM. ACTUALLY HE SHOULD HELP ME AND RAXA TO GET
JUSTICE BY BEING GOOD WITNESS.

DATE MARCH 25/2019.
3.50PM, MONDAY.

 **Gmail**

Harshad Desai <harshaddesai11@gmail.com>

## tax id renewal
1 message

**Harshad Desai** <harshaddesai11@gmail.com>
To: bharatdesai43@yahoo.com

Thu, Aug 9, 2018 at 5:30 PM

To just let you know that I no longer do any thing related to INDIVIDUAL TAX PAYER IDENTIFICATION NUMBER(ITIN IN SHORT) SO YOU HAVE THAT WORK DONE BY SOMEBODY ELSE. I WILL NOT BE ABLE TO HELP YOU IN THAT RESPECT.

AND ALSO TO LET YOU KNOW I AM NOT A LAWYER.
SO PLEASE DO NOT ASK ME ANY LAW RELATED QUESTIONS. AS YOU ARE ALREADY AWARE LIKE EVERYBODY ELSE , THAT I HAVE A DISPUTE GOING ON WITH SUBWAY AND YOUR SUBWAY IS CLOSEST ONE TO MINE. SO THERE IS A CONFLICT OF INTERERST IN EVERY THING I SAY AND DO FOR YOU. SO I WANT YOU TO STOP ASKING ME QUESTIONS AND TAKE MY ADVICE.

*[handwritten notes:]*

Made sure
He read
Sure

called the same day →

Kabari Bharat has been battling this.
Phil Mesi since one and half
years. He wanted to close down
still he did not let him close down

and discussed



Franchise World Headquarters, LLC
325 Sub Way
Milford, CT 06461-3059
203.877.4281

Raxa H Desai
6312 N Troy
Chicago, IL 60659

April 30, 2019
via UPS
#1Z2FX3021390295437

Re: Subway® Restaurant #27895 located at 1938 W Lawrence Ave., Chicago, IL

Dear Raxa H Desai:

On behalf of Subway Real Estate LLC ("SRE") this letter is to advise you that SRE hereby elects to terminate the above-referenced Sublease, because you have failed to comply with Paragraph 6 of the Sublease, which states in part:

6: "If at any time during the term of this Sublease, Sublessee shall default in the performance of any of the terms of the Master Lease or the Franchise Agreement, Sublessor may terminate this Sublease on ten (10) days written notice to the Sublessee...".

You have defaulted in performance of the terms of the above-referenced Sublease by defaulting in your performance of the terms of your Franchise Agreement #27895 because you abandoned SUBWAY® Store #27895 on or about April 29, 2019. If you have not contacted your Business Development Agents or me by May 10, 2019 to advise us of the date you intend to reopen, we will consider this store as abandoned and this sublease will terminate without further notice to you. You may reach me at 800-888-4848 ext.1481 or your Business Development Agent at (773) 380-3040.

Sincerely yours,

*Diane Schackner*

Diane Schackner
Company Store Administrator

c.c. Mesi
File

Sublease termination
from April 30, 2019.

18

**SUBWAY**

Franchise World Headquarters, LLC
325 Sub Way
Milford, CT 06461-3059
203.877.4281

Via UPS: 1Z 02W V65 A4 7419 8731

May 28, 2019

Raxa Desai
Subway® Restaurant #27895
6312 N. Troy
Chicago, IL 60659

RE:     Subway® Restaurant #27895 – Abandonment of Property

Dear Ms. Desai:

Franchise World Headquarters, LLC ("FWH"), a Connecticut limited liability corporation, acts as a service provider to Doctor's Associates LLC., ("DAL") wherein FWH provides, amongst other things, legal services to DAL relating to its franchising operations, while providing leasing related services to Subway Real Estate Corporation ("SREC").

On August 25, 2004 a lease was entered into between Horizon Group I, LLC and Subway Real Estate Corp. ("SRBC") for the premises located at 1938 W. Lawrence Ave, Chicago, IL 06040. On November 1, 2004 you subsequently entered into a sublease with SREC for the sole purpose of operating a Subway® Restaurant at the above referenced location. Pursuant to paragraph four of your Sublease, you "agree to perform and observe all of the obligations of the sublessor (SREC) under the Master Lease." Section Ten of the lease specifically states:

> Tenant shall be permitted, within five (5) days after the expiration or sooner termination of this Lease, [to] remove any additions or improvements made by it, and repair any damage to the Premises caused by such removal or pay for any damage caused by such removal. Any such addition or improvement not removed upon the expiration or termination of this Lease shall be deemed abandoned and shall, thereupon become the property of Landlord without compensation to Tenant. Tenant shall remain responsible for the reasonable cost and expenses incurred by Landlord in removing such additions and improvements.

On or about April 28, 2019, you abandoned your Subway® restaurant #27895 ("Restaurant #27895") located at 1938 W. Lawrence Ave, Chicago, IL 60640. You were subsequently issued notices of default under both your Franchise Agreement and sublease dated April 30, 2019. (See attached notices of default) The notices were delivered on May 1, 2019 and provided you with ten (10) days to remedy the defaults. You have failed to cure both defaults.

In abandoning your Subway restaurant #27895 you left personal property, food product and various pieces of equipment in the restaurant location.

This letter shall serve as written notice that pursuant to the terms of Section Ten of the Lease you have five (5) business days to remove your property from the Restaurant. If the property is not removed, the property will be removed from the location and any property removed shall be deemed forfeited by you.

DAL and SREC reserve all rights and remedies available, including but not limited to seeking injunctive relief to enjoin you from further and/or continued breaches of the Franchise Agreement, and from causing DAL and SREC further harm. DAL does not waive the arbitration clause in your franchise agreement, mediation and arbitration fees, court costs, lawyers' fees, management, preparation time, witness fees, and travel expenses incurred. Furthermore, this letter is not intended to supersede any other notices of default or letters you may have received from DAL or its affiliates.

Sincerely,

Jonathan M. Engel
Sr. Supervising Corporate Counsel
Operational Compliance Group
Franchise World Headquarters, LLC

Enclosures